UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALTER URIBE aka WALLY URIBE | § § |
| Plaintiff, | § § |
| vs. | § § |
| CENTRAL INTELLIGENCE AGENCY (CIA), et al. | § § § |
| Defendants. | § § |

## NOTICE OF REMOVAL

TO:   The United States District Court for the Southern District of Texas:

PLEASE TAKE NOTICE THAT, pursuant to Title 28 U.S.C. § 1446(a), Defendant National Security Agency respectfully files this Notice of Removal and in support thereof shows the following:

1. On January 18, 2013, an action was commenced against the National Security Agency, among other defendants, in the 333rd Judicial District Court of Harris County, Texas, Case Number 2013-03394. The Original Petition and Citation were served on it by Certified Mail on February 25, 2013 and are attached hereto, respectively, as Exhibits 1 and 2.

2. The Original Petition alleges that the National Security Agency, along with other defendants, has conducted "satellite-driven 'slow-kill no-touch' assaults that involve satellite-driven directed energy to my body and organs, offensive psychotronic communication invasively deep to the audio cortex of my brain, and remote neural inserts of images and other 'defensive extractions' to the visual cortex of my brain which are intended to strip my reproduction, prevent me from working for a living, and cause psychological trauma resulting in a breakup of close

relationships and force relocation." Because the allegations are against "The United States or any agency thereof," removal is proper under 28 U.S.C. § 1442(a)(1).

3. Written notice of the filing of the Notice of Removal has been served on Plaintiff, the only party who has appeared in the removed lawsuit, and a copy of the Notice of Removal has been filed with the Office of the District Clerk for Harris County, Texas. A copy of the Notice to State Court of Filing of Notice of Removal, without exhibits, is attached hereto as Exhibit 4.

4. There are no counsel of record in the state court action. Plaintiff is representing himself and his contact information is as follows:

> Walter Uribe
> 6301 West Bellfort Street # 183
> Houston, Texas 77035
> (832) 374-3612

**WHEREFORE**, the undersigned respectfully requests that this matter be removed from the 333rd Judicial District Court of Harris County, Texas to this Honorable Court.

DATED this 19th day of March, 2013.

Respectfully Submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Amelia De Los Santos
Assistant United States Attorney
Southern District of Texas
Texas Bar No. 24048309 / SDTX No. 632482
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9731
Facsimile: (713) 718-3303

## **INDEX OF MATTERS BEING FILED**

1. Original Petition;

2. Citation (Non-Resident Corporate);

3. Docket Sheet and Service List; and

4. Notice to State Court of Filing Notice of Removal (Filed March 19, 2013).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was sent via first class mail, return receipt requested, on March 19, 2013 to the following:

Walter Uribe
6301 West Bellfort Street # 183
Houston, Texas 77035

_____
Amelia De Los Santos
Assistant United States Attorney