**2013-03394**

333rd

D-7

**COURT AFFIDAVIT**

CONFIRMED FILE DATE: 1/18/2013

Walter Uribe
     aka Wally Uribe

     PLAINTIFF

     v.

1.   Central Intelligence Agency (CIA)

2.   Joint Chiefs of Staff (JCOS),
     aka 'the fine line',
     aka 'top-tier domain oversight by
     the Department of Defense'

3.   National Security Agency

4.   PsiTech Viewing Corporation

5.   PsiCorp INTEL

6.   Scherff Corporation, Tampa FL

     DEFENDANTS



In The
Judicial District Court of
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

JAN 18 2013

Time: 10:38am

By _____
Harris County, Texas
         Deputy

## BACKGROUND

I, Walter Uribe, and other family members are victims of causal stalking and rogue non-consentual testing perservering against obstruction of justice by Project Artichoke program control rooms at Central Intelligence Agency (CIA) at 6500 N. Arlington Road, Arlington, VA  22365 managed by CIA's National Clandestine Service HUMINT Division which can be reached at (703) 482-0623.

I, Walter Uribe, am entitled to an injury amount of $100 million dollars or another amount to be negotiated with Central Intelligence Agency (CIA).

## STIPULATIONS

1.   I stipulate to the Court that I am a victim of causal stalking and rogue non-consentual testing perservering against obstruction of justice by Project Artichoke program control rooms at Central Intelligence Agency (CIA) managed by CIA's National Clandestine Service HUMINT Division.

2.   I cannot live and breathe my democracy due to satellite-driven 'slow-kill no-touch' assaults that involve satellite-driven directed energy to my body and organs, offensive psychotronic communication invasively deep to the audio cortex of my brain, and remote neural inserts of images and other 'defensive extractions' to the visual cortex of my brain which are intended to strip my reproduction, prevent me from working for a living, and cause psychological trauma resulting in a breakup of close relationships and force relocation.

3.   CIA is trying to help Walter Uribe to identify and locate rogue HUMINT operatives in Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms. See attached - Exhibit A.

4.   I stipulate to the Houston Police Department to provide the INTEL report generated under my name, Walter Uribe, which I have knowledge contains misinformation and omits references to my background as an Aerospace Engineer having been assigned the highest level of security clearances by Defense Security Service and Defense Industrial Security Clearance Office (DSS/DISCO) including top secret and working on

1

Certified Document Number: 54473070 - Page 1 of 7

penultimate weapon systems development such as Advanced Medium-Range Air-to-Air Missile (AMRAAM), Lightweight Exo-Atmospheric Projectile Kinetic Kill Vehicle/Star Wars Defense Initiative (LEAP-KKV/SDI), and a 1988 top secret program at Rockwell International to create the unbreakable encryption scheme to securely encrypt satellite-driven directed energy weapon systems, offensive psychotronic communication, and control room instrumentation based on my family bloodline with the oldest, rarest, and most complete set of haplogroups thought by CIA to be 'the longest-running lineage' on Earth as well as the exact bloodline to Jesus and Mary Magdalene (haplogroup R1).

5.   I stipulate knowledge that six (6) of my family members (grandmother, 2 uncles, cousin, grandfather, and pre-born) have been killed since 1991 by Monarch control rooms populated at one time with Charles Bratton, former New York Police Department (NYPD) Officer and Los Angeles Police Department (LAPD) Police Chief, and others per Exhibit A to illegally create/distribute encryption schemes using satellite-driven waveforms off their bodies per usurped 1988 top secret program at Rockwell International and eventually abscond with my family bloodline by cryogenically procreating with a stolen blood sample producing a cloned son named Charles Bratton III.

6.   I stipulate the mailing of a Freedom Of Information Act (FOIA) Appeal Letter as an affidavit for the court to exercise judgement for granting an appeal to the Agency Release Panel at CIA in person with Freedom Of Information Act (FOIA) Information and Privacy Coordinator, Michelle Meeks. See attached - Exhibit B and C.

7.   Per top secret instruction given by a top secret liaison representating the Joint Chiefs of Staff, I seek immediate facilitation to top-tier domain oversight by the Department of Defense to formally report the 'clean usurpation' by former 41st United States President George Scherff Jr/aka George Bush Sr and the Bavarian Illuminati including up to 100 Operation Paperclip clones and rogue HUMINT operatives at the onset of his presidential administration of a 1988 top secret program at Rockwell International to create the unbreakable encryption scheme to securely encrypt satellite-driven directed energy weapon systems, offensive psychotronic communication, and control room instrumentation using satellite-driven waveforms off my body at ground floor based on my family bloodline with the oldest, rarest (mtDN13), and most complete set of haplogroups thought by CIA to be the 'longest-running lineage' on Earth ever found as well as the exact bloodline to Jesus and Mary Magdalene.

8.   Per top secret instruction given by a top secret liaison representating the Joint Chiefs of Staff, I seek immediate facilitation to top-tier domain oversight by the Department of Defense to formally report the usurpation by Bavarian Illuminati and/or rogue HUMINT operatives working for CIA's National Clandestine Service HUMINT Division living in a tri-level condo across the street from my apartment at 2031 Dracena Drive, Los Angeles CA 90027, adjacent to Greenwood Place as well as blocks away in the Los Feliz area of Los Angeles and identified as Stephen Jensen/CIA National Clandestine Service HUMINT Division, Melissa Hartounian/CIA, George Hartounian Jr, Richard Gehlen/CIA, John D. Bennett/CIA National Clandestine Service HUMINT Division, Linda Abregon/CIA, David Buchstad, Lt. Michael Buchstad/SOCOM, Lt. General Wayne Euchstad/JCOS, David George Jensen/NSA, Vincent Jensen, Matthew Jensen Sr/LAPD, Matthew Jensen Jr/LAPD, Kathryn Jensen/aka Catherine Holmes/CIA, Kathryn Jensen/aka Katie Holmes, Tom Cruise, Jeb Bush, Marvin Bush, Barbara Pierce Bush, Jenna Hager-Bush, Lauren Bush, Sofia Bush, Eric Weisman/LAPD, Eric Dimplestein/LAPD, Dawn Anderson/LAPD, Charles Bratton/NYPD, Charles Bratton III/CIA, Sandra Ritchie/CIA, Nicole Ritchie, Paris Hilton, Bob Hurley/525 Post Production, Steve Ordonez, John Dvorak, Peter Kasmeric, Suzie Dorfmann, Anne Hathaway, John St. Cloud, David Cuddy/CIA, David L. Barr/LAPD, Harvisit Paravishesh/LAPD, Trevor Hoffs, Keanu Reeves, Christina Ricci, Christina Applegate, Tony Christiansen, Jon Gotti Jr, Frank Castellano, and et al per Freedom Of Information Act (FOIA) request (Exhibit A, see attached) of a 1988 top secret program at Rockwell International to create the unbreakable encryption scheme to securely encrypt satellite-driven directed energy weapon systems, offensive psychotronic communication, and control room instrumentation using satellite-driven waveforms off my body at ground floor based on my family bloodline with the oldest, rarest (mtDN13), and most complete set of haplogroups thought by CIA to be the 'longest-running lineage' on Earth ever found

Certified Document Number: 54473070 - Page 2 of 7

as well as the exact bloodline to Jesus and Mary Magdalene.

9. I stipulate to remove the brain magnetites of my family members from the pool of TARGETED INDIVIDUALS in the Russian Viral Room at National Security Agency housing the so-called New World Order (NWO) Psychotronic Pipe associated with the corepoint/centerpoint of ECHELON which allow satellite-driven control rooms and/or psychotronic globules 'tapped into' the psychotronic pipe to 'clamp' centerpoints onto our brains for rogue non-consentual testing as well as illegally creating and distributing the latest unbreakable encryption schemes using satellite-driven waveforms off our bodies.

10. Related to stipulation #4, I stipulate to remove remote neural viewing of myself and other family members from PsiCorp INTEL Channels #125 and #78, respectively, which have been accessible by top-tier domain oversight by the Department of Defense and other well-defined INTEL of military defense, national security, federal bureau of investigation, local law enforcement and customs since 1988 at the time of the usurpation by former 41st United States President George Scherff Jr/aka George Bush Sr and the Bavarian Illuminati including up to 100 Operation Paperclip clones and rogue HUMINT operatives at the onset of his presidential administration of a 1988 top secret program at Rockwell International to create the unbreakable encryption scheme to securely encrypt satellite-driven directed energy weapon systems, offensive psychotronic communication, and control room instrumentation using satellite-driven waveforms off my body at ground floor based on my family bloodline with the oldest, rarest (mtDN13), and most complete set of haplogroups thought by CIA to be the 'longest-running lineage' on Earth ever found as well as the exact bloodline to Jesus and Mary Magdalene.

11. I stipulate that a response in writing be made by the Houston Police Department to a Special Intelligence Report (SIR) covered by Incident No. 01020382-A, Title: Investigator CID, Address: 105 Greenspoint Mall, Date: 24 January 2012, Officer's Name: J. C. McCoy, Unit No. 6B6D, and requested by myself when I walked into the local Houston Police precinct at the Greenspoint Mall with the assistance of United States Armed Forces Center, Sergeant First Class Jonathan W. Roewe, United States Army, located next door. See attached - Exhibit D.

12. I stipulate that I am a former Aerospace Engineer for Hughes Aircraft Company/Missile Systems Group in Canoga Park CA from 1983 to 1993 performing work for the Department of Defense who was assigned the highest level of security clearances and badges, Classified Badge/Blue Stripe/June 1983-May 1986 and Secret Badge/Red Stripe/May 1986-October 1987, by the Department of Defense, Defense Security Service and Defense Industrial Security Clearance Office (DSS/DISCO) for penultimate weapon systems development programs known as Advanced Medium Range Air-To-Air Missile (AMRAAM) and Lightweight Exo-Atmospheric Projectile - Kinetic Kill Vehicle (LEAP KKV) where I performed creative assessments, modeling/simulation programming for any solid propellant or liquid propulsion-based booster rocket or missile system such as Motor Design (MOTDES), program meetings and reviews, and prototype logistics and testing procedures (flight or hover testing).

13. I stipulate the exposure of classified data and documentation requiring access/need-to-know, security clearances, and penultimate weapon system development programs of myself when my brain magnetite was made available in the pool of TARGETED INDIVIDUALS in the Russian Viral Room at National Security Agency housing the so-called New World Order (NWO) Psychotronic Pipe associated with the corepoint/centerpoint of ECHELON which allow remote neural viewing of myself on PsiCorp INTEL Channel #125.

14. I stipulate the exposure of classified data and documentation requiring access / need-to-know, security clearances, and penultimate weapon system development programs of all family members, relationships-to-wed, intimate relationships, and friends when my brain magnetite was made available in the pool of TARGETED INDIVIDUALS in the Russian Viral Room at National Security Agency housing the so-called New World Order (NWO) Psychotronic Pipe associated with the corepoint/centerpoint of ECHELON which allow remote neural viewing of myself on PsiCorp INTEL Channel #125.

3

Certified Document Number: 54473070 - Page 3 of 7

15. I stipulate the exposure of classified data and documentation requiring access / need-to-know, security clearances, and penultimate weapon system development programs of Richard McClain who worked on AMRAAM and other derivative missile system design and development programs and lived with me as my roommate in Northridge CA when my brain magnetite was made available in the pool of TARGETED INDIVIDUALS in the Russian Viral Room at National Security Agency housing the so-called New World Order (NWO) Psychotronic Pipe associated with the corepoint/centerpoint of ECHELON which allow remote neural viewing of myself on PsiCorp INTEL Channel #125.

16. I stipulate the exposure of classified data and documentation requiring access / need-to-know, security clearances, and penultimate weapon system development programs of Amir Asmar and his family who worked for CIA when my brain magnetite was made available in the pool of TARGETED INDIVIDUALS in the Russian Viral Room at National Security Agency housing the so-called New World Order (NWO) Psychotronic Pipe associated with the corepoint/centerpoint of ECHELON which allow remote neural viewing of myself on PsiCorp INTEL Channel #125.

17. I stipulate the exposure of classified data and documentation requiring access / need-to-know, security clearances, and penultimate weapon system development programs of Keith Henry and other engineers and/or black ops who worked for Rand Corporation and Hughes Aircraft Company when my brain magnetite was made available in the pool of TARGETED INDIVIDUALS in the Russian Viral Room at National Security Agency housing the so-called New World Order (NWO) Psychotronic Pipe associated with the corepoint/centerpoint of ECHELON which allow remote neural viewing of myself on PsiCorp INTEL Channel #125.

18. I stipulate the exposure of classified data and documentation requiring access / need-to-know, security clearances, and penultimate weapon system development programs of engineers and/or black ops who worked for Rockwell International at the Canoga Park facility near the intersection of Parthenia Ave and DeSoto Blvd when my brain magnetite was made available in the pool of TARGETED INDIVIDUALS in the Russian Viral Room at National Security Agency housing the so-called New World Order (NWO) Psychotronic Pipe associated with the corepoint/centerpoint of ECHELON which allow remote neural viewing of myself on PsiCorp INTEL Channel #125.

19. I stipulate the exposure of classified data and documentation requiring access / need-to-know, security clearances, and penultimate weapon system development programs of Chris Jindrich/ETCHSATCOM and Jean LoCasio who worked for National Security Agency when my brain magnetite was made available in the pool of TARGETED INDIVIDUALS in the Russian Viral Room at National Security Agency housing the so-called New World Order (NWO) Psychotronic Pipe associated with the corepoint/centerpoint of ECHELON which allow remote neural viewing of myself on PsiCorp INTEL Channel #125.

20. I stipulate that a military crime is defined when rogue military-style weaponry has assaulted military personnel and/or civilians in the United States without known recourse nor systems to record evidentiary available to civilians to report the military crime with military response time.

21. I want to report the following military crimes:

--> the uncovering of an international Black Market of Encryption Schemes, Psychotronic Globules, and nano-powered Remote Neural Monitor (RNM) Viewers, and Nuclear Suitcases which was the fundamental cause of the 9/11 Terrorist Attacks and other military crimes since the 'clean usurpation' by George Scherff Jr/aka George Bush Sr and the Bavarian Illuminati including up to 100 Operation Paperclip clones and rogue HUMINT operatives of a 1988 top secret program at Rockwell International to pursue an agenda called New World Order which prioritized one's 'lineage' over our flag, military oversight, and the well-defined citizens of the United States and around the world in pursuit of implementing nuclear suitcases and other nuclear devices along the coastline of the United States and other countries around the world initialized with satellite-driven waveforms by rigged satellites and telemetry channels of Interna Ground Station in San Jacincto CA while implementing malformed satellite-driven infrastructure such as the Global Information Grid and Net Centric Warfighter framework.

4

--> the Hi-Tech Causal Stalking by Stephen Jensen and other rogue HUMINT operatives in Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms in coordination with other rogue HUMINT operatives using psychotronic globules with centerpoints locked onto my brain magnetite to strip my reproduction, prevent me from writing my book, prevent me from informing top-tier domain oversight by the Department of Defense, and otherwise prevent me from living and breathing my democracy.

--> the theft of my 1963 amnioscentesis at Holy Cross Hospital in Chicago to create the encryption scheme for the so-called NWO Psychotronic Pipe housed in the Russian Viral Room at National Security Agency associated with the corepoint/centerpoint of ECHELON days after the assasination of President John F Kennedy in Dallas by then-CIA agent George Scherff Jr/aka George Bush Sr and other members of the Bavarian Illuminati who pursued the military objective of usurping the NWO Psychotronic Pipe from the Department of Defense top-tier domain oversight by carving out the brain magnetite of President John F Kennedy onboard Air Force One facilitated by Secret Service agent Roy Kellerman and decrypting the encryption scheme based on the unique bloodline of President John F Kennedy.

--> the illegal use of my 1963 amnioscentesis in Operation Paperclip by the Department of Defense to cryogenically procreate up to 80 Operation Paperclip clones some of whom are identified as follows:

a) Marvin Bush - cloned son of Craig Jensen and George Scherff Jr/aka George Bush Sr as the 'cryogenic creators' with Barbara Bush as the surrogate mother.
b) Lt. General Wayne Euchstad - cloned son of Wayne Euchstad, Craig Jensen, and George Scherff Jr/aka George Bush Sr as the 'cryogenic creators'.
c) Paris Hilton - cloned daughter of Wayne Hilton, Craig Jensen, and George Scherff Jr/aka George Bush Sr as the 'cryogenic creators' with Billie Holiday as the surrogate mother.
d) David George Jensen - cloned son of Craig Jensen, George Scherff Jr/aka George Bush Sr and Kathryn Jensen/aka Catherine Holmes as the surrogate mother.
e) Kathryn Jensen/aka Katie Holmes - cloned daughter of Craig Jensen, George Scherff Jr/aka George Bush Sr as the 'cryogenic creators' with Kathryn Jensen/aka Catherine Holmes as the surrogate mother.
f) Stephen Jensen - cloned son of Craig Jensen and George Scherff Jr/aka George Bush Sr as the 'cryogenic creators' with Kathryn Jensen/aka Catherine Holmes as the surrogate mother.
g) Osama bin Laden - cloned son of Craig Jensen, George Scherff Jr/aka George Bush Sr, and the Royal Prince of the Saudi Arabian Royal Family with Kathryn Jensen/aka Catherine Holmes as the surrogate mother.
h) Michael Powell - cloned son of General Colin Powell, Craig Jensen, and George Scherff Jr/aka George Bush Sr as the 'cryogenic creators' with Billie Holiday as the surrogate mother.
i) Nicole Ritchie - cloned daughter of Wayne Hilton, Craig Jensen, and George Scherff Jr/aka George Bush Sr as the 'cryogenic creators' with Billie Holiday as the surrogate mother.
j) John Travolta - cloned son of Joseph D'Amico, Craig Jensen, and George Scherff Jr/aka George Bush Sr as the 'cryogenic creators' with Ava Gardner as the surrogate mother.

--> the illegal use of my 1983 blood sample submitted to Hughes Aircraft Company in Operation Paperclip by the Department of Defense to cryogenically procreate up to 80 Operation Paperclip clones some of whom are identified as follows:

Barbara Pierce Bush

--> the illegal use of my 1987 blood sample submitted to Hughes Aircraft Company in Operation Paperclip by the Department of Defense to cryogenically procreate up to 80 Operation Paperclip clones some of whom are identified as follows:

Lauren Bush
Sofia Bush
Chelsea Clinton
Malia Obama

Certified Document Number: 54473070 - Page 5 of 7

Sasha Obama

--> the theft of my pre-born amnioscentesis from Sunset Free Clinic in Silverlake CA by Stephen Jensen, Kathryn Jensen/aka Katie Holmes, Tom Cruise, et al to populate cryobank partner providers, WWN in Culver City and GenBase in Saudi Arabia, to charge service fees of $1 million and up to allow approximately 2500 members of Scientology to cryogenically procreate with my bloodline.

--> the killing of my pre-born by Stephen Jensen, Vincent Jensen, and others et al using a microwave dish to force a breakup of my relationship-to-wed with Odette Bourgeois and a relocation to another neighborhood.

--> the illegal creation and distribution of the latest unbreakable encryption schemes off my body using dangerous satellite-driven waveforms such as argon, electromagnetic radiation, gamma, iridium, and laser per usurped 1988 top secret program at Rockwell International which were announced at the time while I lived in MacArthur Park via psychotronic communication to the audio cortex of my brain with neuron tags generated using remote neural technology from 15 December 2009 to 11 August 2011 and while I lived in Harris County of the city of Houston within several suburban areas such as Greenspoint and Braestown from 15 August 2011 to present.

22. I stipulate all rogue non-consentual testing must cease and desist against myself and all other family members which was detected by the experience as well as via psychotronic communication to the audio cortex of my brain from CIA, JCOS, and the United States Armed Forces despite my citing of 'NUREMBERG' innumerable times from 2010-2012.

23. I stipulate all unbreakable encryption schemes be turned in by the Department of Defense and other rogue HUMINT operatives for examination to determine with definitive the original bloodline source used to create them.

24. I stipulate knowledge that rogue HUMINT operatives have stored cryounits of my pre-born's amnioscentesis and/or my stolen blood samples previously submitted to Hughes Aircraft Company in 1983 and 1988 as well as to Rockwell International at cryobank partner providers, WWN in Culver City CA and GenBase in Saudi Arabia.

25. I stipulate all existing satellite-driven psychotronic globules with centerpoints locked onto my brain magnetite must flush out the cache of brain magnetites stored and release centerpoint locks forever as well as stop remote neural viewing and rogue non-consentual testing against myself, all my family members, and all other TARGETED INDIVIDUALS.

26. I stipulate all existing satellite-driven control rooms with centerpoints locked onto my brain magnetite must flush out the cache of brain magnetites stored and release centerpoint locks forever as well as stop remote neural viewing and rogue non-consentual testing against myself, all my family members, and all other TARGETED INDIVIDUALS.

--> White House Control Room #1 in Washington DC, District of Columbia.

--> Project Artichoke program control rooms #1-100 at CIA in Arlington, Virginia.

--> Game Room control room at CIA in Arlington, Virginia.

--> Monarch / New Phoenix program control rooms at CIA in Arlington, Virginia.

--> Monarch / New Phoenix program control rooms at USMC Base Camp Lejeune in North Carolina.

--> All known control rooms at Bush/Scherff Compound in Kennebunkport, Maine.

--> All known control rooms at Crawford Ranch in Crawford, Texas.

--> All known control rooms at the main Scientology facility, otherwise known as the 'blue building', at the intersection of L. Ron Hubbard Way and Sunset Blvd in Los

6

Angeles, California.

--> All known control rooms at the main SEA ORGANIZATION facility at the intersection of L. Ron Hubbard Way and Fountain Ave in Los Angeles, California.

--> All known control rooms at Scientology Celebrity Circles in the United States as well as in countries and territories and commonwealth of nations around the world.

--> All known control rooms at the Christian Science Monitor facility at the intersection of Jefferson Ave and Main Street in Houston, Texas.

--> All known control rooms at the Christian Science Monitor facility in Blue Snake, Idaho, and Blue Snake, Colorado.

--> All known control rooms at Lone Star College outside of Houston, Texas, within Harris County.

27.   I want to borrow funds from the Court to printout the event logging on Facebook, the notes kept on flash drives and other hard disks, 900+ pages of a typewritten manuscript documenting all crimes related to this affidavit, Freedom Of Information Act (FOIA) requests, letter responses, emails, and other evidentiary to present to the Court in support of this affidavit.

Signature: _____

Printed Name: _WALTER URIBE_

Physical Address: _6301 W. BELLFORT ST #183_
_HOUSTON, TX 77035_

Phone: _832-374-3612_

Fax: _____

e-mail: _WALLY URIBE@GMAIL.COM_

Sworn to before me
this _17th_ day of _January_, 2012

_____
Notary



SYED FAWZAN ALAM
My Commission Expires
January 19, 2016



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2013

Certified Document Number:        54473070

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated**
**documents are valid. If there is a question regarding the validity of this document and or seal**
**please e-mail support@hcdistrictclerk.com**