CAUSE NO. 201303394          AFFIDAVIT OF INABILITY
                             TO PAY COST FILED WITH PLEADING.

RECEIPT NO. 18892            0.00             C01
02-14-2013                   TR # 72874797

PLAINTIFF: URIBE, WALTER                    In The   333rd
   vs.                                      Judicial District Court
DEFENDANT: CENTRAL INTELLIGENCE AGENCY (CIA) of Harris County, Texas
                                            333RD DISTRICT COURT
                                            Houston, TX

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

**CERTIFIED MAIL BY CONSTABLE**

TO: NATIONAL SECURITY AGENCY
    C/O GENERAL JAMES CLAPPER
    9800 SAVAGE ROAD SUITE 6248 FT GEORGE G  MEADE MD 207556248

Delivered this ___ day of FEB 1 9 2013
Alan Rosen, Constable
Precinct #1 Harris County
By Sgt _____ 8/19
                DEPUTY

Attached is a copy of ORIGINAL PETITION

This instrument was filed on the 14th day of February, 2013, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
   This citation was issued on 15th day of February, 2013, under my hand and seal of said Court.

Issued at request of:                CHRIS DANIEL, District Clerk
URIBE, WALTER                        Harris County, Texas
6301 W BELLFORT ST #183              201 Caroline     Houston, Texas 77002
HOUSTON, TX 77035                    (P.O. Box 4651, Houston, Texas 77210)

Bar No.: 1                           GENERATED BY: SOLIS, ADILIANI A.   4BH/3VT/9499743

---

OFFICER/AUTHORIZED PERSON RETURN

   Received on the ____ day of _____, _____, at _____ o'clock ____ .M., and executed the same in _____ County, Texas, on the ____ day of _____, _____, at _____ o'clock _____.M., by summoning the _____,

           by delivering to _____, in person _____

a corporation <
           by leaving in the principal office during office hours

_____ of the said _____

a true copy of this notice, together with accompanying copy of

Serving _____ copy _____ $ _____



Constable Alan Rosen
Harris County Pct. 1
PO BOX 52578
Houston Texas 77052-2578





RETURN REQUESTED

**CERTIFIED MAIL**

91 7190 1037 6610 0004 0270

addressee only, restricted delivery

NATIONAL SECURITY AGENCY
C/O GENERAL JAMES CLAPPER
9800 SAVAGE ROAD
SUITE 6248
FT GEORGE G MEADE MD 20755-6248



US POSTAGE ›› PITNEY BOWES

ZP 77002
02 1W
0001371259 FEB 19 2013

$ 009.76⁰

OPEN BY CFSI
FEB 2 5 2013
INSPECTED BY CFSI

