**HCDistrictclerk.com**  URIBE, WALTER vs. CENTRAL INTELLIGENCE AGENCY (CIA)  3/19/2013

Cause: 201303394    CDI: 7    Court: 333

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 1/18/2013 | ORIGINAL PETITION | | | 0 | | | URIBE, WALTER |
| 1/18/2013 | PAUPER'S OATH | | | 0 | | | URIBE, WALTER |

| HCDistrictclerk.com | URIBE, WALTER vs. CENTRAL INTELLIGENCE AGENCY (CIA) | | | | 3/19/2013 |
|---|---|---|---|---|---|
| | Cause: 201303394 | CDI: 7 | Court: 333 | | |

## NOTICES
No Notices found.

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | | ORIGINAL PETITION | CENTRAL INTELLIGENCE AGENCY (CIA) BY SERVING MICHAEL MORRELL DIRECTOR | 1/18/2013 | 1/23/2013 | 2/11/2013 | | | 72866541 | CONST 1 JACK F. ABERCIA |
| CITATION (NON-RESIDENT CORPORATE) | | ORIGINAL PETITION | PSITECH VIEWING CORPORATION | 2/14/2013 | 2/15/2013 | 2/25/2013 | 3/7/2013 | 3/12/2013 | 72874788 | CONST 1 JACK F. ABERCIA |
| CITATION (NON-RESIDENT CORPORATE) | | ORIGINAL PETITION | PSICORP INTEL | 2/14/2013 | 2/15/2013 | 2/25/2013 | 3/7/2013 | 3/12/2013 | 72874789 | CONST 1 JACK F. ABERCIA |
| CITATION (NON-RESIDENT CORPORATE) | | ORIGINAL PETITION | SCHERFF CORPORATION | 2/14/2013 | 2/15/2013 | 2/23/2013 | 2/28/2013 | 3/7/2013 | 72874790 | CONST 1 JACK F. ABERCIA |
| CITATION (NON-RESIDENT CORPORATE) | | ORIGINAL PETITION | SCHERFF CORPORATION | 2/14/2013 | 2/15/2013 | | 3/8/2013 | | 72874791 | CONST 1 JACK F. ABERCIA |
| CITATION (NON-RESIDENT CORPORATE) | | ORIGINAL PETITION | DEPARTMENT OF DEFENSE OFFICE OF JOINT CHIEFS OF STAFF | 2/14/2013 | 2/15/2013 | 2/25/2013 | 3/7/2013 | 3/12/2013 | 72874793 | CONST 1 JACK F. ABERCIA |
| CITATION (NON-RESIDENT CORPORATE) | | ORIGINAL PETITION | NATIONAL SECURITY AGENCY | 2/14/2013 | 2/15/2013 | 2/25/2013 | 3/7/2013 | 3/12/2013 | 72874797 | CONST 1 JACK F. ABERCIA |