CASE NUMBER 2013-03394

| | | |
|---|---|---|
| WALTER URIBE aka WALLY URIBE | § | IN THE 333rd JUDICIAL |
| | § | |
| Plaintiff, | § | |
| | § | DISTRICT COURT OF |
| vs. | § | |
| | § | |
| CENTRAL INTELLIGENCE AGENCY (CIA), et al. | § | HARRIS COUNTY, TEXAS |
| | § | |
| Defendants. | § | |

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

Please take notice that on March 19, 2013, Defendant National Security Agency, by and through the undersigned Assistant United States Attorney, filed in the United States District Court, Southern District of Texas, Houston Division, a Notice of Removal. A copy of the Notice of Removal, without exhibits, is attached to this pleading as Exhibit 1.

In accordance with 28 U.S.C. §1446(d), the filing of a copy of the Notice of Removal with the Office of the District Clerk for Harris County, Texas, properly effects the removal and the state court shall proceed no further unless the case is remanded.

DATED this 19th day of March, 2013.

Respectfully Submitted,
KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Amelia De Los Santos
Assistant United States Attorney
Texas Bar No. 24048309
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9731
Facsimile: (713) 718-3303

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was sent via first class mail, return receipt requested, on March 19, 2013 to the following:

Walter Uribe
6301 West Bellfort Street # 183
Houston, Texas 77035

_____
Amelia De Los Santos
Assistant United States Attorney