UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER URIBE a/k/a WALLY URIBE | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. H-13-0774 |
| | § | |
| CENTRAL INTELLIGENCE AGENCY, | § | |
| et al. | § | |

## RECUSAL ORDER

I stand **RECUSED** in this case.

**SIGNED** at Houston, Texas, on this the 21st day of March, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE