**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Walter Uribe | § | |
| | § | |
| *versus* | § | Civil Action 4:13−cv−00774 |
| | § | |
| National Security Agency, et al. | § | |

# Notice of Reassignment

This case is reassigned to Judge Lynn N. Hughes.

Entered:  March 21, 2013                                     David J. Bradley, Clerk