| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Walter Uribe, §
　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　§
versus　　　　　　§   Civil Action H-13-774
　　　　　　　　　　§
National Security Agency, et al., §
　　　　　　　　　　§
　　　　Defendants. §

## Final Dismissal

Walter Uribe's claims against the National Security Agency, the Central Intelligence Agency, PsiTech Viewing Corporation, PsiCorp INTEL, Scherff Corporation, and the Joint Chiefs of Staff are dismissed because they are insane.

Signed on March 26, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge