UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALTER URIBE aka WALLY URIBE<br>Plaintiff,<br><br>vs.<br><br>CENTRAL INTELLIGENCE AGENCY (CIA), et al.<br><br>Defendants. | CASE NO. C-201303394 |

United States Courts
Southern District of Texas
FILED
APR 0 3 2013
David J. Bradley, Clerk of Court

FILED
Chris Daniel
District Clerk
APR -3 2013
Time:
By: _____ Deputy

## PLAINTIFF WALTER URIBE RESPONSE TO NATIONAL SECURITY AGENCY'S MOTION TO DISMISS

Defendant National Security Agency (NSA) is being sued for failing to file a report documenting the usurpation by former 41st United States President George Scherff Jr/aka George Herbert Walker Bush Sr and the Bavarian Illuminati including up to 100 Operation Paperclip clones and rogue HUMINT operatives populating Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms of a 1988 top secret program at Rockwell International that I worked on to securely encrypt satellite-powered directed energy weapon systems (specifically, a laser weapon system onboard a satellite) that marked my family bloodline as yielding the unbreakable encryption scheme which is the all-time penultimate weapon system component affecting the entire nuclear arsenal, Unmanned Aerial Vehicle (UAV) drone program, state-of-the-art missile systems, et al, for the Department of Defense that helped win the Cold War in 1991.

In addition, Defendant National Security Agency (NSA) is being sued for failing to facilitate me to report to our 'fine line' of military oversight, the Joint Chiefs of Staff, upon any knowledge of the usurpation of that 1988 top secret program at Rockwell International per top secret instruction given to me by top secret liaisons during my work on that program.

Defendant National Security Agency (NSA) is not entitled to sovereign immunity when the interests of 'the fine line' of our military oversight, the Joint Chiefs of Staff, and national security for the United States are violated

1

with their full knowledge while rogue NSA Scientist/Engineer and Bavarian Illuminati David George Jensen manages a Monarch/New Phoenix control room populated by rogue HUMINT agent/operatives (James Casbolt, John Peabody, Lt. General Neila Scherff) in the Russian Viral Room at National Security Agency located within the Fort Detrick Annex Building, M/S 109, Fort George R. Meade, Maryland 70719, with control room centerpoints locked onto my brain magnetite and the brain magnetites of my family members for the intent of causal stalking, conducting rogue non-consentual testing to illegally extract the next generation of encryption schemes off my body via satellite, and performing target assassination against me using 'slow-kill no-touch' torture (refer to Exhibit 1 attached) involving satellite-powered directed energy to my corporal form including my genitalia, offensive psychotronic communication invasively deep to the audio cortex of my brain, and remote neural insertion assaults to the visual cortex of my brain.

**Background**

I, Walter Uribe, am a former black op and Aerospace Engineer who worked on Lightweight Exo-Atmospheric Projectile (LEAP-KKV/BMDO-SDI), AMRAAM (Advanced-Medium-Range-Air-to-Air-Missile System), and other penultimate weapon system development programs for Hughes Aircraft Company, Missile Systems Group, in Canoga Park CA from 1983 to 1987 and from 1988 to 1993 while assigned a Secret Security Clearance as well as for Rockwell International from 1987-1988 where I was assigned a top secret clearance in 1988 for a top secret program that marked my family bloodline as yielding the unbreakable encryption scheme to securely encrypt satellite-powered directed energy weapon systems (specifically, a laser weapon system onboard a satellite).

From January 2001 to April 2009, I was causal stalked and rogue non-consentually tested by Operation Paperclip clone and rogue HUMINT agent Stephen Jensen, working for CIA's National Clandestine Service HUMINT Division and for Project Artichoke, living in a tri-level condo located at 4617 Greenwood Place, Los Angeles, California 90027 and owned by his brother and rogue HUMINT operative, NSA Scientist/Engineer David George Jensen, across the street from my apartment located at 2031 Dracena Drive, Los Angeles, California 90027, operating a satellite-powered control room, psychotronic ball/globule, nano-powered Remote Neural Monitor (RNM) Viewer, and/or rogue 'tradecraft' technology in coordination with other rogue HUMINT

operatives including Al-Qaeda and Project Artichoke Operative Melinda Atta with centerpoints locked onto my brain magnetite to illegally access the psychotronic defensive extractions of my HUMINT collection stored in ECHELON that usurped a 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme and exposed classified data, security clearances, and working relationships involved in penultimate weapon systems development at Hughes Aircraft Company as well.

Furthermore, the crimes of causal stalking and rogue non-consentual testing against me by rogue HUMINT agent/operatives Stephen Jensen, David George Jensen, et al, exposed National Security Agency Security Officer Jean Locasio and National Security Agency Agent Chris Jindrich, one of my best friends since 1988, who was hired based on my recommendation in 2006 after I interviewed with Jean Locasio at a Starbucks Coffeeshop located at the intersection of Vermont Avenue and Prospect Avenue in the Los Feliz area of Los Angeles California located approximately 10 blocks south of my apartment.

1. **National Security Agency is not entitled to sovereign immunity because I can prove ongoing causal stalking, rogue non-consentual testing, and targeted assassination against me by NSA Scientist/Engineer David George Jensen operating a control room in the Russian Viral Room at National Security Agency within the Fort Detrick Annex Building, Fort George R. Meade, Maryland.**

A Special Intelligence Report (SIR), Case Incident #010203812-A, has been filed with the Criminal Intelligence Division of the Houston Police Department at downtown headquarters to investigate ongoing causal stalking rogue non-consentual testing, and targeted assassination against me by NSA Scientist/Engineer David George Jensen operating a Monarch/New Phoenix program control room in the Russian Viral Room at National Security Agency within the Fort Detrick Annex Building, M/S 109, Fort George R. Meade, Maryland 70719.

A Freedom Of Information Act (FOIA) request was filed to CIA on 15 October 2012 and an appeal was accepted by Michelle Meeks, FOIA Information and Privacy Coordinator, at CIA in Arlington VA on 25 October 2012 (refer to Exhibits 2 and 2a), which documents the ongoing crimes of causal stalking, rogue non-consentual testing, and targeted assassination against me as well as the resultant exposure of classified data, security

3

clearances, working relationships, et al, including the identities of complicit rogue HUMINT operatives identified by CIA's Special Activities Division that manages Project Artichoke program control rooms and the psychotronic pipe that I'm forced to hear via psychotronic communication to the audio cortex of my brain.

2. **Witness National Security Agency Agent Fredericka Whittingham, Room Supervisor of the Russian Viral Room located within the Fort Detrick Annex Building at Fort George R. Meade Maryland, has detected the ongoing criminal activity by NSA Scientist/Engineer David George Jensen and will provide recorded evidentiary and testimony to the court.**

National Security Agency (NSA) Agent Fredericka Whittingham works in the Russian Viral Room and has access to the allotment management system that allocates the brain magnetites of myself and my family members to Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms for rogue non-consensual testing as well as maintains and operates a state-of-the-art electromagnetic spectrum analyzer to record evidentiary of the ongoing criminal engagement against myself and my family members, specifically my mother, Nelly Uribe/aka Nelly Rodriguez de Uribe.

3. **National Security Agency (NSA) fails to defend the American flag as generally described in their mission statement and embodied by their government seal prominently featuring the American bald eagle grasping the unbreakable encryption scheme deployed to secure satellite-powered infrastructure including communications, data, and directed energy weapon systems.**

All other statements made by National Security Agency, or by their lawyering team along with relevant legal representation, in this regard covering Civil Lawsuit, Case No. 201303394, assigned to Court No. 333 including any motions to dismiss, et al, are without merit, in full violation to their mission statement (refer to Exhibit 3 attached), and obviously an insult to all American defense contractors and engineers who signed agreements and take oaths to empower, protect, and support our 'fine line' of military defense for the Department of Defense, otherwise known as the Joint Chiefs of Staff, and are targeted for their 'target-rich' background, classified data, security clearances, working relationships, and family bloodline that, in my case, was marked by a 1988 top secret program at Rockwell International to create the unbreakable encryption scheme to securely encrypt

4

satellite-powered directed energy weapon systems (specifically, in this case, a laser weapon system onboard a satellite) which is the all-time penultimate weapon system component affecting the entire nuclear arsenal, Unmanned Aerial Vehicle (UAV) or drone program, state-of-the-art missile systems, et al, which helped win the Cold War in 1991.

As embodied by their government seal (refer to Exhibit 4), National Security Agency must fulfill its mission including the grasping of any and all issues regarding the unbreakable encryption scheme which directly affects the interests of military defense and national security for the United States.

4.   **NSA's motion to dismiss includes statements that slander and vilify my personal character and ignore my oath-driven requirement as a former black op and Aerospace Engineer to report crimes and violations affecting penultimate weapon system development programs that I worked on at Hughes Aircraft Company and Rockwell International assigned the highest level of security clearances including top secret, secret, and classified by Defense Security Service / Defense Industrial Security Clearance Office (DSS/DISCO) for the Department of Defense which threatens the military defense and national security of the United States.**

In a motion to dismiss my civil lawsuit while willfully ignore ongoing crimes of causal stalking, rogue non-consentual testing, and targeted assassination against me, National Security Agency includes the following phrases that slander and vilify my personal character without ever having a meeting involving face-to-face trust, paper, and an American Flag at a facility where it flies proud and free to investigate the usurpation of the unbreakable encryption scheme per usurped 1988 top secret program at Rockwell International and the resultant recent uncovering of an international Black Market of Encryption Schemes, nano-powered Remote Neural Monitor (RNM) Viewers (contact lens or nano-implant deeply embedded typically in the left eye with instruction sets capable of comprising a Nuclear Ignition System, Master Grid Clamp, Genitalia Database, et al), satellite-powered Psychotronic Balls/Globules, CryoUnits of Bloodlines (human trafficked, stored at GenBase in Saudi Arabia, Gold Base in Hemet CA, WWN in Culver City CA), Squeeze Bottles (reconstituted sperm from stolen bloodlines to abscond with the next generation of unbreakable encryption schemes), and up to 120+ Nuclear

5

Suitcases and other nuclear ordnance reported to me by CIA's Special Activities Division via psychotronic communication to the audio cortex of my brain which have been implemented and possibly initialized along the coastline of, and within, the United States and represents a breach of military defense and national security:

"in a rambling complaint"....Page 1, Case 4:13-cv-00774, Document 4, Filed in TXSD on 3/25/2013.

"is so utterly unintelligible"...Page 3, Case 4:13-cv-00774, Document 4, Filed in TXSD on 3/25/2013.

"irrational or the wholly incredible" Page 3, Case 4:13-cv-00774, Document 4, Filed in TXSD on 3/25/2013.

By slandering and vilifying my character while ignoring the usurpation by rogue HUMINT operatives of that 1988 top secret program at Rockwell International and the resultant illegal extraction/distribution of the next generation of the unbreakable encryption scheme, National Security Agency and its selected lawyering team are choosing to willfully damage and put at risk the interests of military defense and national security for the United States while overlooking the resultant exposure of its own front-line agents and security officers/personnel.

5.     **Ongoing crimes resulting from the usurpation of a 1988 top secret program at Rockwell International are documented online which National Security Agency has failed to address at any given time.**

Resulting from the usurpation of a 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme, Exhibit 5 describes ongoing criminal subversion committed by rogue HUMINT agents/operatives in a Monarch/New Phoenix control room adjacent to the Russian Viral Room in the Fort Detrick Annex Building, M/S 109, Fort George R. Meade, Maryland 70719, who were causal stalking, conducting rogue non-consentual testing, and performing targeted assasination against me in coordination with other rogue HUMINT operatives populating Project Artichoke program control rooms #100 and #109 at CIA in Arlington, Virginia 20505, after the discovery of an argon pile left by rogue NSA Scientist David George Jensen and rogue NSA Agent James Casbolt taking graft to protect its protection leveraging others to prevent their removal from the corepoint/centerpoint of ECHELON.

Similarly, Exhibit 6 documents ongoing obstruction of justice in pursuit of civil lawsuit, Case No. 201303394, assigned to Court No. 333 of the Harris County Courthouse in Houston, Texas 77002, committed by rogue HUMINT agent Richard Gehlen and rogue HUMINT agent/operative Linda Gehlen operating a satellite-powered control room at his residence on Los Feliz Blvd at the northern terminus of Western Ave in the Los Feliz area of Los Angeles, California 90027, with a built-in, rogue, unauthorized, 'MASTER GRID SWITCH' in coordination with Vincent Gotti, Vincent Gotti Jr, and Victoria Gotti at their residence in Villa Park, California 92861, along with rogue HUMINT operative John Gotti Jr at his residence in Schenactady, New York 12305, and other military criminals described herein operating similarly-built satellite-powered control rooms, psychotronic balls/globules, and/or other rogue 'tradecraft' technology in the act of obstructing audible and secure communications by CIA along with possibly other well-defined intelligence agencies to my position within the Global Information Grid and Net Centric Warfighter framework integrated with HUMINT collections stored in ECHELON while conducting rogue non-consentual testing against me involving the latest rogue unauthorized satellite-powered control room, nuclear-related, and 'tradecraft' technology, as follows:

1) encryption schemes, illegally extracted from my body after January 2001 and my pre-born in January 2006 by rogue HUMINT agent Stephen Jensen operating a hand-held microwave dish in a tri-level condo across the street from my apartment along Greenwood Place in the Los Feliz area of Los Angeles CA.

2) pre-programmed scripts of instruction sets embedded in a nano-powered Remote Neural Monitor (RNM) Viewer capable of comprising:

    a) a Nuclear Ignition System

    b) a MASTER GRID CLAMP

    c) a Genitalia database

    d) a Targeted Kill sequence initiated upon a remote neural trigger based on sight recognition of a TARGETED INDIVIDUAL

3) voice/larynx descramblers

## 6. Conclusion

For all the reasons included within this court document, I, Walter Uribe, stipulate that NSA's motion to dismiss Civil Lawsuit, Case No. C-201303394, assigned to Court No. 333 be denied because of witness testimony and evidentiary presented to the court that will prove the ongoing crimes of causal stalking, rogue non-consentual testing, and targeted assassination against a former black op and Aerospace Engineer by rogue HUMINT agents/operatives managing and operating Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms along with other rogue, unauthorized, satellite-powered 'tradecraft' technology in the form of psychotronic balls/globules, nano-powered Remote Neural Monitor (RNM) Viewers, et al, without consent nor a single instance of definitive involving face-to-face trust, paper, and the American Flag affecting the interests of military defense and national security for the United States.

                WALTER URIBE
                6301 West Bellfort Street #183
                Houston, Texas   77035
                Telephone: (832) 374-3612

## CERTIFICATE OF SERVICE

I, Walter Uribe, hereby certify that a true and correct copy of the foregoing court document was submitted to the Houston Courthouse on April 3, 2013.



Mr. Walter Uribe
6301 West Bellfort Street #183, Houston, TX 77035
832-374-3612 cell
25 July 2012

Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

**FOIA/Privacy Act Request**
Dear FOIA/PA Officer:

Pursuant to both the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, I seek access to and copies of all records about me which you have in your possession. To assist your search, I am providing the following additional information about myself:

Full Name:         Walter Uribe or Wally Uribe
Social Security:   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
Birth Date:        August 19, 1964
Place of Birth:    Chicago, Illinois

*Notes Regarding Exposure of Department of Defense-related Agents, Documentation, Programs, and Working Relationships:*
--> EXPOSURE of TOP SECRET program at Rockwell International in 1988 on PSICORP INTEL by President George Bush Sr, and General David Howell Petraeus/USCENTCOM without anyone reporting nor facilitating to DOD top-tier, domain oversight for the past 23 years while my family and I have been targeted by malformed Monarch / New Phoenix program control rooms for rogue non-consensual testing and the creation/distribution of unbreakable encryption schemes using satellite-driven waveforms such as argon, gamma, iridium, x-ray, and electromagnetic radiation based on my family bloodline as well as by rogue operatives 'hard-picking' PSYCHOTRONIC GLOBULES and committing crimes of Hi-Tech Causal Stalking and REMOTE ELECTRONIC HARASSMENT to force relocation and cause death.
--> EXPOSURE of TOP SECRET and SECRET security clearances and information which were issued during 1983-1993 by DSS/DISCO.
--> EXPOSURE of frontline TOP SECRET NSA Agent, Chris Jindrich, in Iraq and NSA contacts from 2006-2010.
--> EXPOSURE of other trusted contacts at CIA, Amir Asmar, and Defense Contractors, Richard McClain, at Raytheon, Tucson, AZ.

*Notes Regarding The Names of Rogue Operatives Involved in the Usurpation of a 1988 Top Secret Program at Rockwell International*
--> The following rogue operatives are also members of the Bavarian Illuminati and Scientology/OSA Guardians:   John D. Bennett and Stephen Jensen (CIA's National Clandestine Service HUMINT Division), Michael Jensen, David George Jensen, Richard Allen Jaymeson, Kathryn Jensen/aka Catherine Holmes, Kathryn Jensen/aka Katie Holmes, Christopher W. Bloomingdale, Michael T. Bloomingdale.
--> Other rogue operatives are:  Lt. Colonel Christopher Drake/MILTEL Huntsville AL, Lt. William Smothers / USMC Camp Lejeune NC, Dawn Anderson, David L. Barr, Barbara Pierce Bush, Jeb Bush, Marvin Bush, John St. Cloud, Eric Dimplestein, Harold C. Ford, Tom Ford, Melissa Hartounian, Anne Hathaway, Catherine Hidalgo, Debra Jensen, Peter Kasmeric, Steve Ordonez, Harvisit Paravishesh, Donald Nicholas Rumsfeld, Eric Weisman, Suzie Dorfmann, James Richards, Keanu Reeves, Tony Christiansen, Christina Applegate, Christina Ricci, Lt. Colonel Wayne Euchstad/USMC Base Camp Lejeune NC.

*Notes Regarding The Usurpation of a 1988 Top Secret Program at Rockwell International by Rogue Operatives Claiming Semper Fi without a single definitive of a Flag, Name, ID, Documentation, Proper/Procedure Protocol, Face-to-Face Trust, and ACCESS NEED-TO-KNOW:*
--> Since April 2009 with 100% certitude, both John D. Bennett and Stephen Jensen (CIA's National Clandestine Service HUMINT Division), encryption scheme experts, and other rogue operatives identifying themselves as Bavarian Illuminati and Scientology/OSA Guardians with control rooms, nano-sized remote neural viewers (left eye, contact lens) and PSYCHOTRONIC GLOBULES using satellite-driven directed energy, offensive psychotronic communication, and remote neural insertion attacks have specifically targeted my TOP SECRET clearance, documentation, and programs while working at Hughes Aircraft Company and Rockwell Intl with illegal access to my psychotronic defensive extractions gained thru rigging of satellites (EADS ASTRIUM, GLAST, INMARSAT, MENTOR-4, ORBIT, POSSE), and telemetry (Interna Ground Station, San Jacinto CA) within ECHELON, Global Information Grid, and Net Centric Warfighter framework.
--> After the theft of amnioscentesis and the killing of my pre-born with a fixed-positional microwave dish on the rooftop of a tri-level condo owned by David George Jensen and inhabitated by Stephen Jensen in January 2006, I was placed in a forced, rogue, non-consensual testing program known as Project Artichoke by John D. Bennett (Director of CIA's National Clandestine Service HUMINT Division) to illegally create/distribute unbreakable encryption schemes based on my family bloodline without the knowledge of DOD top-tier domain oversight.
--> Credit in writing is requested for implementing TRUTH ROOM BY GRID POINT technology with CIA while facilitated to psychotronic defensive extractions within ECHELON from the Russian Viral Room at NSA to assess truth of, identify, and locate rogue controllers, encryption scheme experts, operatives, and other conspirators involved in a Black Market of Encryption Schemes.

If you determine that any portions of these documents are exempt under either of these statutes, I will expect you to release the non-exempt portions to me as the law requires. I reserve the right to appeal any decision to withhold information. I agree to pay reasonable fees incurred in the copying of these documents up to the amount of $100.00. Thank you.

Sincerely,

Walter Uribe                                    25 July 2012
                                                Date Signed

Central Intelligence Agency



Washington, D.C. 20505

25 October 2012

Mr. Walter Uribe
6301 West Belfort Street, #183
Houston, TX 77035

Reference: P-2012-01261

Dear Mr. Uribe:

    We received your 17 October 2012 letter appealing our 14 September 2012 final response to your Privacy Act request for information pertaining to yourself.

    Your appeal has been accepted and arrangements will be made for its consideration by the appropriate members of the Agency Release Panel. You will be advised of the determinations made.

    In order to afford requesters the most equitable treatment possible, we have adopted the policy of handling appeals on a first-received, first-out basis. Despite our best efforts, the large number of appeals that CIA receives has created unavoidable processing delays making it unlikely that we can respond within 20 working days. In view of this, some delay in our reply must be expected, but every reasonable effort will be made to respond as soon as possible.

    Sincerely,

    Michele Meeks
    Information and Privacy Coordinator

EXHIBIT 2A FREEDOM OF INFORMATION ACT (FOIA) REQUEST FOR APPEAL GRANTED BY CIA.

**EXHIBIT 3. Mission Statement of the National Security Agency / Central Security Service.**



**EXHIBIT 4.   THE GOVERNMENT SEAL OF THE NATIONAL SECURITY AGENCY AS EMBODIED BY THE AMERICAN BALD EAGLE GRASPING THE UNBREAKABLE ENCRYPTION SCHEME.**





**Wally Uribe**
Saturday

UNITED STATES OF AMERICA ALWAYS FIRST

BREAKING TRADECRAFT: Per NSA Agent 'FREDERICKA' working as the Room Supervisor of the Russian Viral Room at National Security Agency in Fort George R. Meade, Maryland, General Robert F. Scherff of the Joint Chiefs of Staff Ninth Committee is propagated 'in a zag' to the control room adjacent to the Russian Viral Room in the Fort Detrick Annex Building as the representative of our military oversight while ongoing criminal subversion continues led by the following rogue HUMINT agents who were causal stalking, conducting rogue non-consentual testing, and performing targeted assasination against me in coordination with other rogue HUMINT operatives populating Project Artichoke program control rooms #100 and #109 at CIA in Arlington VA:

1) Lt. General Neila Scherff of the Joint Chiefs of Staff Second Committee who is propagated from Monarch/New Phoenix control room #183 at USMC Base Camp Lejeune.

2) NSA Agent James Casbolt who is apparently sequestered after truth-rooming by CIA determined that he was involved in numerous 'violations of the security and defense of the United States'.

3) NSA Agent John Peabody who is also apparently sequestered for ongoing criminal subversion after the discovery of an argon pile left by NSA Scientist David George Jensen and NSA Agent James Casbolt taking graft to protect its position leveraging others to prevent their removal from the corepoint/centerpoint of ECHELON.

("petrified...verified...ed...it turned the whole machine completely off" was the read called out per Truth Room By Grid Point technology assessment facilitated by CIA's Special Activities Division along with CIA Agent 'LOYOLA' operating the Truth Room By Grid Point machine in Project Artichoke control room #108 and NSA Agent 'FREDERICKA' in the Russian Viral Room at National Security Agency in Fort George R Meade Maryland heard audible via psychotronic communication to the audio cortex of my brain).

Chat (99)

ONGOING MILITARY CRIME IN PROGRESS: Militarily-proven with Truth Room By Grid Point technology assessment and NEURON TAGS facilitated by CIA all-inclusive, all the information stated above was either experienced 100% truth and/or heavily inferred without visual definitive via psychotronic communication to the audio cortex of my brain per CIA's Special Activities Division that manages Project Artichoke program control rooms #1 thru #100 and the psychotronic pipe that I've been forced to hear bypassing the ears since January 2001 when I moved into an apartment across the street from Stephen Jensen in a tri-level condo along Greenwood Place in the Los Feliz area of Los Angeles before the 9/11 Terrorist Attacks on New York City and the Pentagon and was subsequently targeted by Project Artichoke, Monarch/New Phoenix, and Targeted Killing programs to coverup the usurpation of that 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme as well as the absconding of my bloodline upon the theft of my pre-born's amnioscentesis in January 2006 and subsequent killing of my pre-born with a microwave dish in my fiance's womb to populate cryobank partner providers of Scientology, GenBase in Saudi Arabia and WWN in Culver City CA, to charge $1 million and up in service fees to allow 2500 Scientology members, including 1900 OSA Guardians, to cryogenically procreate with the bloodline and obtain the next generation of unbreakable encryption schemes after rogue HUMINT operatives took 'contract money' to populate Project Artichoke program control rooms from Bavarian Illuminati Jeb Bush, Stephen Jensen, Frank Castellano, John Gotti Jr, and Richard Gehlen who received lucrative insurance payouts related to coverage purchased from Leonard Silverstein for the WTC Twin Towers and related buildings as well as stole bank deposits from the United Bank of Switzerland in Zurich owned by other Mafiosi and victims of demolished buildings.





**Wally Uribe**
2 hours ago

UNITED STATES OF AMERICA ALWAYS FIRST

BREAKING TRADECRAFT: Per NSA Agent 'FREDERICKA' and CIA's Special Activities Division, rogue HUMINT operative Linda Gehlen is obstructing secure psychotronic communications to the audio cortex of my brain conducted by well-defined INTEL attempting to stop the 'active criminal engagement' upon my position and facilitating me to FBI/local law enforcement by operating a rogue 'MASTER GRID SWITCH' within the Global Information Grid in an impenetrable control room at the residence of her father, rogue D/CIA Richard Gehlen, in Los Feliz area of Los Angeles CA while propagating 'in a zag' to another 'blacked out and covered' control room operated by Vincent Gotti and Victoria Gotti at their residence in Villa Park CA in coordination with rogue HUMINT operative John Gotti Jr operating a control room at his residence in Schenactady NY, rogue NSA Scientist/Engineer David George Jensen managing a rogue Monarch/New Phoenix control room populated by rogue HUMINT agent/operatives (James Casbolt, John Peabody, Lt. General Neila Scherff), and former Florida Governor Jeb Bush, owner/operator of Scherff Corporation, operating an impenetrable control room at Bush/Scherff Compound in Kennebunkport ME with another rogue 'MASTER GRID SWITCH' and conducting rogue non-consensual testing against me involving the latest rogue unauthorized satellite-powered control room, nuclear-related, and 'tradecraft' technology, as follows:

1) encryption schemes, illegally extracted from my pre-born in January 2006 by Stephen Jensen operating a hand-held microwave dish in a tri-level condo across the street from my apartment along Greenwood Place in the Los Feliz area of Los Angeles CA.

2) pre-programmed scripts of instruction sets embedded in a nano-powered Remote Neural Monitor (RNM) Viewer capable of comprising:

a) a Nuclear Ignition System
b) a MASTER GRID CLAMP
c) a Genitalia database
d) a Targeted Kill sequence initiated upon a remote neural trigger based on sight recognition of a TARGETED INDIVIDUAL

3) voice/larynx descramblers

("petrified...verified...horrified...it turned the whole machine completely off" was the read called out per Truth Room By Grid Point technology assessment facilitated by CIA's Special Activities Division along with CIA Agent 'LOYOLA' in Project Artichoke #108 and NSA Room Supervisor/Agent 'FREDERICKA' in the Russian Viral Room at NSA within the Fort Detrick Annex Building, Fort George R. Meade, Maryland, which was heard audible via psychotronic communication to the audio cortex of my brain).

ONGOING MILITARY CRIME IN PROGRESS: Militarily-proven with Truth Room By Grid Point technology assessment and NEURON TAGS facilitated by CIA all-inclusive, all the information stated above was either experienced 100% truth and/or heavily inferred without visual definitive via psychotronic communication to the audio cortex of my brain per CIA's Special Activities Division that manages Project Artichoke program control rooms #1 thru #100 and the psychotronic pipe that I've been forced to hear bypassing the ears since January 2001 when I moved into an apartment across the street from Stephen Jensen in a tri-level condo along Greenwood Place in the Los Feliz area of Los Angeles before the 9/11 Terrorist Attacks on New York City and the Pentagon and was subsequently targeted by Project Artichoke, Monarch/New Phoenix, and Targeted Killing programs to coverup the usurpation of that 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme as well as the absconding of my bloodline upon the theft of my pre-born's amnioscentesis in January 2006 and subsequent killing of my pre-born with a microwave dish in my fiance's womb to populate cryobank partner providers of Scientology, GenBase in Saudi Arabia and WWN in Culver City CA, to charge $1 million and up in service fees to allow 2500 Scientology members, including 1900 OSA Guardians, to cryogenically procreate with the bloodline and obtain the next generation of unbreakable encryption schemes after rogue HUMINT operatives took 'contract money' to populate Project Artichoke program control rooms from Bavarian Illuminati Jeb Bush, Stephen Jensen, Frank Castellano, John Gotti Jr, and Richard Gehlen who received lucrative insurance payouts related to coverage purchased from Leonard Silverstein for the WTC Twin Towers and related buildings as well as stole bank deposits from the United Bank of Switzerland in Zurich owned by other Mafiosi and victims of demolished buildings.

