UNITED STATES OF AMERICA ALWAYS FIRST

A

**NAME:** Wally Uribe
**DATE:** 15 February 2013
**REFERENCE:** Freedom Of Information Act (FOIA) APPEAL CASE #P-2012-01261

**SUBJECT:** COMPLICIT LIST

| NO | CURRENT NAME AT TIME CRIME OCCURRED | FORMER IDENTITY / AKA | RELATIONSHIP |
|---|---|---|---|
| 1 | Abregon, Diana | | **ROLE** -Senior-Level manager at CIA. -Operation Paperclip clone of G. Bush Sr, C. Jensen, Phillipine Dictator Benigno Aquino. |
| 2 | Abregon, Linda | | **ROLE** -DCI of National Clandestine Service HUMINT Division -Half-sister of Diana Abregon. |
| 3 | Alexander, John B. Colonel | | **ROLE** -Rogue non consensual testing at Fort Bragg, NC. -Took graft from Frank Castellano Jr. |
| 4 | Anderson, Dawn / LAPD | | **ROLE** -Operative / Project Artichoke #100 who lived in my apartment building on 2nd floor facing Greenwood Place. -A victim of sexual assault by Jeb Bush. |
| 5 | Anderson, Leanne | | **ROLE** -Operative / Project Artichoke #100 who lived in Los Feliz with psychotronic ball / globule and nano-powered RNM Viewer provided by Richard Gehlen and/or Stephen Jensen. -Classmate of Linda Gehlen -Younger sister of actress Gillian Anderson of X-Files. |
| 6 | Applegate, Christina | | **ROLE** -Operative / Project Artichoke #100 who lived in Los Feliz near a cul-de-sac adjacent to the intersection of Los Feliz Blvd and Vermont Ave. -Associate of Stephen Jensen. -Girlfriend of John Ratko |
| 7 | Aquino, Michael S. Lt. | | **ROLE** -He's a 'rotating head on centerpoint' participating on the Joint Chiefs of Staff 2nd Committee. -Cloned son of NSA General Michael T. Aquino. |
| 8 | Atkinson, Phil | | **ROLE** -Rogue CIA Agent / Operative in Project Artichoke #100 who lived in Los Feliz near the home of Richard Spankett and David Lee Spankett. -Los Angeles Times Beat Reporter. -Associate of Frank Castellano. -Purchased WTC insurance coverage from Leonard Silverstein and deposited payouts at United Bank of Switzerland in Zurich. -Stole bank receipts from other Mafia family members who died in the demolition of buildings in NYC during the 9/11 Terrorist Attacks. |

| # | Name | Role |
|---|------|------|
| 9 | Atta, Melinda / Al-Qaeda Operative | -Associate of Richard Gehlen.<br>-Past Associate of Stephen Jensen who lived in tri-level condo at 4617 Greenwood Place from 1988-1995.<br>**ROLE**<br>-Al-Qaeda Operative who commandeered 1st airliner drone into the WTC Twin Tower buildings.<br>-Attended 1988 Bavarian Illuminati meeting at a GenBase facility in Saudi Arabia with George Scherff Jr/aka George H. W. Bush Sr and other Operation Paperclip clones to receive psychotronic globules embedded with unbreakable encryption scheme and cryounits of bloodlines per usurped 1988 top secret program at Rockwell Intl.<br>-Truth Roomed having dated Vice-Chairman JCOS and Admiral James Winnefeld, FBI Director Robert Mueller, NBC Today Show Anchor Matt Lauer, and others who played in the 9/11 Terrorist Attacks. |
| 10 | Atta, Mohammed / Al-Qaeda Operative | -Associate of Richard Gehlen.<br>-Friend of Stephen Jensen.<br>**ROLE**<br>-Al-Qaeda Operative who hijacked United Airlines 175 and buried all passengers aboard in an upstate NY airstrip.<br>-Attended 1988 Bavarian Illuminati meeting at a GenBase facility in Saudi Arabia with George Scherff Jr/aka George H. W. Bush Sr and other Operation Paperclip clones to receive psychotronic globules embedded with unbreakable encryption scheme and cryounits of bloodlines per usurped 1988 top secret program at Rockwell Intl. |
| 11 | Baird, Amanda | -Associate of Tony Christiansen.<br>-Past associate of Frank Castellano.<br>**ROLE**<br>-Rogue HUMINT Operative / Project Artichoke #100 who attempted to leveraged ECHELON facility at Alice Springs, Australia with stolen nuclear ordnance at Tonopah Underground Nuclear Railroad along with Bob O'Haurly, John Dvorak, John Gotti Jr, and Tony Christiansen.<br>-Truth Roomed having participated in stealing, moving, and dumping nuclear ordnance in a 'nuclear dumping ground' off the western coast of Australia along with Bob O'Haurly, John Dvorak, John Gotti Jr, and Tony Christiansen. |
| 12 | Barberie, Jillian | -Wife of Eric Weisman / LAPD Monarch Program.<br>**ROLE**<br>-Rogue HUMINT Operative and KTTV News Anchor who cryogenically procreated with stolen amnioscentesis of my pre-born from Sunset Free Clinic. |
| 13*** | Barr, David L. | -Associate of Stephen Jensen.<br>-Past Associate of John Gotti Jr.<br>-LAPD INTEL Undercover<br>-NSA Spotter w/RNM Viewer<br>-Childhood friend of D/CIA Michael Morrell in Idaho where Cuyahoga Falls is next to Blue Snake and Ruby Ridge, site of an nuclear suitcase encased in an underground control room with a satellite-powered transmitter that supports PsiTech Viewing Corp / PsiCorp INTEL Network.<br>-Son of Bavarian Illuminati, SS Officer, and radical Scientologist John Barr and member of ODESSA NETWORK who participated in the murder of Elizabeth Short at the Beehive House along with George Scherff Jr/aka George H. W. Bush Sr, Craig Jensen, Dr. Josef Mengele, Dr. George Hodel, et al.<br>**ROLE**<br>-Obtained the unbreakable encryption scheme extracted from my body with a microwave dish operated by Stephen Jensen per usurped 1988 top secret program at Rockwell International.<br>-Rogue HUMINT Operative who causal stalked me with 'military expertise' prancing and hopping around with a RNM Viewer upstairs in Apt #214 above Apt #114 while Michael Charles Jensen clamped onto my brain magnetite in a Monarch/New Phoenix program control room prepping AI-SIMM around centerpoint containing my position until I was forced to relocate to another grid section and residence to clamp further without detection from CIA all-inclusive tapped into RIGGED INTEL by John D. Bennett where I lived in Los Feliz across the street from Stephen Jensen in a tri-level condo.<br>-Truth Roomed having murdered Tupac Shakur in Las Vegas along with Stephen Jensen, et al, and other Bavarian Illuminati using a chainsaw. |
| 14 | Barr, Matthew Lt. /LAPD INTEL | -Associate of Stephen Jensen.<br>-Brother of David L. Barr who lived in Apt #114.<br>**ROLE**<br>-Lieutenant / Los Angeles Police Dept. Intelligence Officer who took up contract assasination against me from rogue HUMINT Operative and Lt. Matthew Jensen Jr. from Monarch program control room.<br>-Rogue HUMINT Operative in LAPD/Monarch Program who causal stalked me and my mother, Nelly Uribe, for our bloodline per usurped 1988 top secret program at Rockwell Intl.<br>-Truth Roomed having played a primary role in leveraging rogue ex-LAPD Officer Christopher Dorner who was a victim of carrying out a bloodline assignment involving the movement of POLONIUM at Title House near Lexington Avenue and Romaine Ave stripping him of natural reproduction creating a psychological condition that led to extreme hate against those who doled out the bloodline assignment and sequestered his bloodline involving also Police Chief William |

Bratton, Lt. Randy Quon, Eric Weisman / LAPD Monarch Program.

| # | Name | Details |
|---|---|---|
| 15 | Beech, Winston | -Half-brother of Operation Paperclip clone David Ferrie who was complicit in the assasination of President John F. Kennedy above grassy knoll.<br>-Operation Paperclip clone from England of G. Bush Sr, C. Jensen, M. Jagger, et al. |
| 16 | Bennett, John D. | **ROLE**<br>-Rogue HUMINT Operative / Project Artichoke #100 who lived in Los Feliz with psychotronic ball / globule.<br>-Killed and strangled Amy Winehouse for operative indoctrination who refused to comply with flag-driven requirement for conscription.<br><br>**ROLE**<br>-Half-brother of Stephen Jensen and President Barack Obama, et al.<br>-Operation Paperclip clone of G. Bush Sr, C. Jensen, Richard Gehlen.<br><br>**ROLE**<br>-DCI of National Clandestine Service HUMINT Division and Primary Rogue HUMINT Agent who signed off on Project Artichoke against me for targeted assasination along with General Martin Dempsey, former DCI Porter Goss, Martin Hardin, Stephen Jensen.<br>-Obtained unbreakable encryption scheme off my body created with hand-held microwave dish per usurped 1988 top secret program at Rockwell Intl prior to 9/11 Terrorist Attacks.<br>-Operated along with Stephen Jensen an international Black Market of Encryption Schemes, Nuclear Suitcases, nano-powered RNM Viewers, Psychotronic Balls / Globules, et al.<br>-Scientology/OSA Guardian who stole amnioscentesis of my pre-born from Sunset Free Clinic in Silverlake CA<br>-Charged $1 million and up to 2500 Scientology members to cryogenically procreate with my stolen bloodline. |
| 17 | Bloomingdale, Christopher T. | **ROLE**<br>-Half-brother of Stephen Jensen and President Barack Obama, et al.<br>-Operation Paperclip clone of G. Bush Sr, C. Jensen, Dr. Josef Mengele.<br><br>**ROLE**<br>-Rogue HUMINT Operator / Project Artichoke against my mother, Nelly Uribe, for 23+ years since the usurpation of the 1988 top secret program at Rockwell Intl and myself since I lived in the Los Feliz.<br>-Project Artichoke controller responsible for embedding the instruction set 'move and kill anything' via satellite to the RFID implanted in the center lobe of the brain of controlled assasin Adam Lanza in coordination with Peter Lanza, a former CIA operative and 'token Bavarian Illuminati' as part of bloodline crime in pursuit of having 'the longest-running lineage' in Newtown, CT against the children of one of the oldest Jewish communities in the New England area and have their bloodlines sequestered where contamination of the water supply is also an issue.<br>-Project Artichoke controller responsible for rogue non-consentually testing Thinking Cap on Centerpoint' technology on controlled assasin James Eagan Holmes in pursuit of the Aurora Colorado shootings with military weaponry purchased from money stolen from the bank account of his father and Rothschild Illuminati and 'rung up' on the black market with filings marked off.<br>-Project Artichoke controller played a significant role prepping controlled assasins Sirhan Sirhan, Charles Manson, Nidal Hassan, Jacob Roberts, and others for 50+ years. |
| 18 | Bloomingdale, Michael W. | **ROLE**<br>-Project Artichoke controller responsible for rogue non-consentually testing Thinking Cap on Centerpoint' technology on controlled assasin Jared Loughner in pursuit of the assasination of Jewish Congresswoman Gabrielle Gifford.<br>-Project Artichoke controller played a significant role prepping controlled assasins Sirhan Sirhan, Charles Manson, Nidal Hassan, James Eagan Holmes, Jacob Roberts, Adam Lanza and others for 50+ years. |
| 19 | Bratton III, Charles | |
| 20 | Bratton, William | |
| 21 | Burgess, Ronald Lt. General retired | |
| 22 | Bush Sr, Barbara | |
| 23 | Bush, Barbara Pierce | |
| 24 | Bush Sr, George Herbert Walker | George Scherff Jr |
| 25 | Bush, Jeb | |
| 26 | Bush, Laura | |
| 27 | Bush, Lauren | |
| 28 | Bush, Marvin | |

| # | Name | Role |
|---|---|---|
| 29 | Bush, Neal | |
| 30 | Bush, Sofia | |
| 31 * | Casbolt, James | **ROLE** -Rogue CIA Agent / Operator of Project Artichoke #47 or #100 who has threatened my assasination and sells UNAUTHORIZED, nano-powered Remote Neural Monitor (RNM) Viewer MASTER CLAMPS that can directly clamp down on any grid section my genitalia via Net Centric Warfighter framework without any capability by CIA along with well-defined INTEL to DE-CLAMP subverting DOD top-tier military oversight while illegally extracting secure access codes to weapon systems built by defense contractors, private military contractors, et al. |
| 32 | Castellano, Frank | |
| 33 | Castellano Jr., Frank | |
| 34 | Castellano, Jennifer | Jennifer Flavin |
| 35 | Christiansen, Tony | |
| 36 | Clinton, William "Bill" | |
| 37 | Clinton, Hillary-Rodham | |
| 38 | Clinton, Chelsea | |
| 39 | Cruise, Tom | |
| 40 | Cuddy, David | |
| 41 | Dempsey, Brian Lt. | |
| 42 | Dempsey, Martin General | |
| 43 | Dewurst, David | **ROLE** -Rogue HUMINT operative who was Truth Roomed having possession of a psychotronic ball / globule and participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. -Former Lt. Governor Of Texas. |
| 44 | Dimplestein, Eric | |
| 45 | Dorfmann, Suzie | |
| 46 | Drake, Christopher Lt. | |
| 47 | Dvorak, John | |
| 48 | Euchstad, David | |
| 49 | Euchstad, Michael Lt./SOCOM CIA | |
| 50 | Euchstad, Wayne Lt. Gen. | |
| 51 | Ferret, David | |
| 52 | Ferret, Steven | |
| 53 | Fiorina, Carly | |
| 54 | Ford, Harold C. | |
| 55 | Ford, Tom | |
| 56 | Garcia, Wilfredo | |

| # | Name | Role / Description |
|---|------|---------------------|
| 57 | Gallagher, Richard | |
| 58 | Garza, Pedro | |
| 59 | Gehlen, Linda | |
| 60 | Gehlen, Richard | |
| 61 | Gosling, Robert / FBI Agent - Monarch Program | -Cryogenic creator of cloned son, Ryan Gosling, who attempted to procreate with my pre-born's stolen amnioscentesis from Sunset Free Clinic along with mutant clone, Eva Mendez. **ROLE** -FBI Agent operating a Monarch program control room from FBI's Northwest Field Office at the top floor who was truth-roomed by CIA all-inclusive to have provided cage support along with rogue COINTELPRO cages from Atlanta to ground support implementing five (5) nuclear suitcases, owned by Frank Castellano, in Houston with a warehouse north of the Port of Houston along the 30 bus route and embedded in concrete not yet initialized but capable. |
| 62 | Goss, Porter | |
| 63 | Gotti, John Jr. | |
| 64 | Gotti, Victoria | |
| 65 | Hager-Bush, Jenna | Jenna Bush |
| 66 | Hayden, Michael Gen. retired | |
| 67 | Hardin, Jim | |
| 68 | Hardin, George | |
| 69 | Hardin, Martin | |
| 70 | Hardin, Patricia | |
| 71 | Hardin, Peter | |
| 72 | Harris-Bulmer, Julie | |
| 73 | Hathaway, Anne Catherine | |
| 74 | Hartounian Jr., George | -Cryogenic creator of Operation Paperclip clone Melissa Hartounian. -Father of Pepi Hartounian. **ROLE** -Building Inspector Of Dracena Palms Apartments. |
| 75 | Hartounian, Melissa | -Girlfriend of Stephen Jensen. -Operation Paperclip clone of G. Scherff Jr/aka G. H. W. Bush Sr, C. Jensen, and G. Hartounian Jr. **ROLE** -Attempted to cryogenically procreate with Stephen Jensen using my bloodline. |
| 76 | Hartounian, Pepi | -Sister Of Melissa Hartounian. -Girlfriend of Lt. Michael Euchstad/SOCOM. **ROLE** -Truth Roomed having possession of Remote Neural Monitor (RNM) Viewer w/instruction sets comprising a Nuclear Ignition System, et al. -Truth Roomed having implemented Nuclear Suitcases in the Port of Long Beach w/Lt. Michael Euchstad/SOCOM and moved other Nuclear Suitcases along with Tony Christiansen. |
| 77 | Hidalgo, Catherine | |
| 78 | Hill, Brent / HPD - Criminal Intelligence Division | -Half-brother of cloned sister Rebecca Hill / HPD. -Was detected by CIA all-inclusive using Christian Science Monitor control room at the basement of Christian Science Monitor facility located at Jefferson and Main St in downtown Houston. **ROLE** |

| # | Name | Notes |
|---|---|---|
| | | -Deep-mined oil pipe, i.e. 'clean-up pipe', crew member linked to Monarch program at Houston Police Department who was truth-roomed by CIA all-inclusive to have causal stalked me and my mother, Nelly Uribe, in knowledge of the 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme using satellite-powered directed energy LASER taken off our body as of yet without consent nor definitive of any kind. -a role player in Black Market of Encryption Schemes, Nuclear Suitcases, Psychotronic Balls/Globules, nano-powered Remote Neural Monitor (RNM) Viewers (contact lens or nano-implant deeply embedded typically in the left eye w/instruction sets capable of comprising a Nuclear Suitcase Ignition). |
| 79 | Hill, Rebecca / HPD | -Half-sister of natural-born brother Brent Hill / HPD-Criminal Intelligence Division. -Was detected by CIA all-inclusive using Christian Science Monitor control room at the basement of Christian Science Monitor facility located at Jefferson and Main St in downtown Houston. |
| 80 | Hilton, Paris | |
| 81 | Hoffs, Trevor | ROLE -Rogue HUMINT operative who was Truth Roomed having possession of a psychotronic ball / globule and participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 82 | Holder, Eric | |
| 83 | Holmer, William | ROLE -Technician In Project Artichoke |
| 84 | Hospital, Susanna | |
| 85 | Jaymeson, Richard Allen | |
| 86 | Jensen, Ashley | |
| 87 | Jensen, Craig | |
| 88 | Jensen, Dan | Dan Powers |
| 89 | Jensen, David George | |
| 90 | Jensen, Debra | Debra Ashtait -Ex Wife of Craig Jensen |
| 91 | Jensen, Kathryn | Catherine Holmes -Sister of Craig Jensen. |
| 92 | Jensen, Kathryn | Katie Holmes -Descendant of Mary Ann Holmes, wife of John Wilkes Booth, assassin of President Abraham Lincoln. |
| 93 | Jensen, Matthew Jr | |
| 94 | Jensen, Matthew Sr | |
| 95 | Jensen, Michael Charles | |
| 96 | Jensen, Michael Patrick | |
| 97 | Jensen, Stephen | |
| 98 | Jensen, Vincent | |
| 99 | Kasmeric, Peter | |
| 100 | Martin, Sheila | |
| 101 | Martins, Susanna | |
| 102 | McConnaughey, Matt | |

| # | Name | Role |
|---|---|---|
| 103 | McConnaughey, Matthew | |
| 104 | McCourt, Frank | |
| 105 | McNamara, Robert | |
| 106 | Miscavige, David | |
| 107 | Morrell, Michael | **ROLE** -Rogue HUMINT operative who was Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. -Current Director of CIA. -owned a residence on Rodney Drive 1 block east of my apartment. |
| 108 | Mueller, Robert | -Operation Paperclip clone of G. Bush Sr, C. Jensen, M. Bormann/aka Clyde Tolson. -Truth roomed by CIA all-inclusive having dated Al-Qaeda Operative Melinda Atta prior to 9/11 Terrorist Attacks on New York City and the Pentagon |
| 109 | Laden, Osama bin | |
| 110 | Lauer, Cindy | -Wife of NBC Today Show Anchor Matt Lauer. **ROLE** -Former CIA Operative in Project Artichoke who was Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. -Cryogenically procreated with my pre-born's amnioscentesis stolen from Sunset Free Clinic in Silverlake CA along with Matt Lauer, et al, to create Jack Lauer. |
| 111 | Lauer, Matt | -Mutant clone / Operation Paperclip program of Italy and France. -Husband of Cindy Lauer. **ROLE** -Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. -Cryogenically procreated with my pre-born's amnioscentesis stolen from Sunset Free Clinic in Silverlake CA along with Matt Lauer, et al, to create Jack Lauer. |
| 112 | O'Haurty, Bob | |
| 113 | Obama, Barack President | |
| 114 | Obama, Michelle First Lady | |
| 115 | Ordonez, Steve | |
| 116 | Osborne, Sharon | |
| 117 | Paraveshesh, Harvisit | |
| 118 | Perry, Rick | **ROLE** -Causal stalked my mother, Nelly Uribe, along with Jeb Bush and David Dewurst 'tapped into' Project Artichoke program control rooms and the psychotronic pipe managed by CIA's Special Activities Division. -Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. -Current Governor Of Texas. |
| 119 | Petraeus, David Howell Gen. retired | |
| 120 | Piven, Jeremy | **ROLE** -Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 121 | Prince, Erik | **ROLE** -Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, |


Squeeze Bottles, and up to 120+ Nuclear Suitcases.

122  Ratko, John

123  Reeves, Keanu

**ROLE**
-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases.

124  Ricart, Robert

**ROLE**
-Agent / Operator of Project Artichoke who was spotted on the balcony of David L. Barr in Apt #214 and rogue non-consentually tested me to illegally create/distribute rogue versions of unbreakable encryption schemes based on argon, iridium, gamma, laser, et al, per usurped 1988 top secret program at Rockwell International.
-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases.

125  Ricci, Christina
126  Richards, James
127  Ritchie, Nicole
128  Ritchie, Sandra
129  Robbins, Christopher
130  Robbins, Tony
131  Rumsfeld, Donald Nicholas
132  Sax, Robyn
133  Schwartzkopf, Lisa Lt.
134  Scherff, Neila Lt. General

**ROLE**
-Joint Chiefs of Staff 2nd Committee
-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases.

135  Smothers, William "Bill"
136  Sontag, Juliawatta
137  Spankett, David Lee
138  Spankett, Richard
139  St. Cloud, John
140  Stallone, Frank
141  Stallone, Sylvester
142  Stone, Sharon
143  Travolta, John
144*  Weisman, Eric / LAPD

-Husband of Jillian Barberie, KTTV News Anchor.
-Brother of Stuart Weisman in Houston TX.

**ROLE**
-Rogue HUMINT Operative in LAPD Monarch Program who lived in Los Feliz while causal stalking and rogue non-consentually testing me and my mother for our bloodline and unbreakable encryption scheme per usurped 1988 top secret program at Rockwell International.

| | | | |
|---|---|---|---|
| 145 | -Wheeler, Roxanne | Roxanne Rumsfeld | -Sister of Donald Nicholas Rumsfeld, Daughter of Secretary of Defense Donald Rumsfeld. |

**ROLE**
-Truth Roomed having implemented a nuclear suitcase in Washington D.C. near the White House in a State Department building embedded in concrete along with Stephen Jensen, Anna Chapman, Bob O'Haurly, et al, to be initialized with INMARSAT satellite and later with Intruder satellite with an encryption scheme based on argon which leaves a residue once de-crypted to prevent any recovery of military response time.
-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases.

| | | |
|---|---|---|
| 146 | Winnefeld, James Admiral | |
| 147 | Zaragoza, Susan | |

UNITED STATES OF AMERICA ALWAYS FIRST

NAME: Wally Uribe
DATE: 8 February 2013
REFERENCE: Freedom Of Information Act (FOIA) APPEAL CASE #P-2012-01261

SUBJECT:   COMPLICIT LIST

| NO | CURRENT NAME AT TIME CRIME OCCURRED | FORMER IDENTITY | AKA | RELATIONSHIP |
|---|---|---|---|---|
| 1 | Abregon, Diana | ROLE<br>-Senior-Level manager at CIA. | | -Operation Paperclip clone of G. Bush Sr, C. Jensen, Phillipine Dictator Benigno Aquino. |
| 2 | Abregon, Linda | ROLE<br>-DCI of National Clandestine Service HUMINT Division | | -Half-sister of Diana Abregon. |
| 3 | Alexander, John B. Colonel | ROLE<br>-Rogue non consentual testing at Fort Bragg, NC. | | -Took graft from Frank Castellano Jr. |
| 4 | Anderson, Dawn / LAPD | ROLE<br>-Operative / Project Artichoke #100 who lived in my apartment building on 2nd floor facing Greenwood Place. | | -A victim of sexual assault by Jeb Bush . |
| 5 | Anderson, Leanne | ROLE<br>-Operative / Project Artichoke #100 who lived in Los Feliz with psychotronic ball / globule and nano-powered RNM Viewer provided by Richard Gehlen and/or Stephen Jensen. | | -Classmate of Linda Gehlen<br>-Younger sister of actress Gillian Anderson of X-Files. |
| 6 | Applegate, Christina | ROLE<br>-Operative / Project Artichoke #100 who lived in Los Feliz near a cul-de-sac adjacent to the intersection of Los Feliz Blvd and Vermont Ave. | | -Associate of Stephen Jensen.<br>-Girlfriend of John Ratko |
| 7 | Aquino, Michael S. Lt. | ROLE<br>-He's a 'rotating head on centerpoint' participating on the Joint Chiefs of Staff 2nd Committee. | | -Cloned son of NSA General Michael T. Aquino. |
| 8 | Atkinson, Phil | ROLE<br>-Rogue CIA Agent / Operative in Project Artichoke #100 who lived in Los Feliz near the home of Richard Spankett and David Lee Spankett.<br>-Los Angeles Times Beat Reporter. | | -Associate of Frank Castellano.<br>-Purchased WTC insurance coverage from Leonard Silverstein and deposited payouts at United Bank of Switzerland in Zurich.<br>-Stole bank receipts from other Mafia family members who died in the demolition of buildings in NYC during the 9/11 Terrorist Attacks. |

| # | Name | Details |
|---|---|---|
| 9 | Atta, Melinda / Al-Qaeda Operative | -Associate of Richard Gehlen.<br>-Past Associate of Stephen Jensen who lived in tri-level condo at 4617 Greenwood Place from 1988-1995.<br><br>ROLE<br>-Al-Qaeda Operative who commandeered 1st airliner drone into the WTC Twin Tower buildings.<br>-Attended 1988 Bavarian Illuminati meeting at a GenBase facility in Saudi Arabia with George Scherff Jr/aka George H. W. Bush Sr and other Operation Paperclip clones to receive psychotronic globules embedded with unbreakable encryption scheme and cryounits of bloodlines per usurped 1988 top secret program at Rockwell Intl.<br>-Truth Roomed having dated Vice-Chairman JCOS and Admiral James Winnefeld, FBI Director Robert Mueller, NBC Today Show Anchor Matt Lauer, and others who played in the 9/11 Terrorist Attacks. |
| 10 | Atta, Mohammed / Al-Qaeda Operative | -Associate of Richard Gehlen.<br>-Friend of Stephen Jensen.<br><br>ROLE<br>-Al-Qaeda Operative who hijacked United Airlines 175 and killed by AR-15 and buried all passengers aboard at an upstate NY airstrip.<br>-Attended 1988 Bavarian Illuminati meeting at a GenBase facility in Saudi Arabia with George Scherff Jr/aka George H. W. Bush Sr and other Operation Paperclip clones to receive psychotronic globules embedded with unbreakable encryption scheme and cryounits of bloodlines per usurped 1988 top secret program at Rockwell Intl. |
| 11 | Baird, Amanda | -Associate of Tony Christiansen.<br>-Past associate of Frank Castellano.<br><br>ROLE<br>-Rogue HUMINT Operative / Project Artichoke #100 who attempted to leveraged ECHELON facility at Alice Springs, Australia with stolen nuclear ordnance from Tonopah Underground Nuclear Railroad along with Bob O'Haurly, John Dvorak, John Gotti Jr, and Tony Christiansen.<br>-Truth Roomed having participated in stealing, moving, and dumping nuclear ordnance in a 'nuclear dumping ground' off the western coast of Australia along with Bob O'Haurly, John Dvorak, John Gotti Jr, and Tony Christiansen. |
| 12 | Barberie, Jillian | -Wife of Eric Weisman / LAPD Monarch Program.<br><br>ROLE<br>-Rogue HUMINT Operative and KTTV News Anchor who cryogenically procreated with stolen amnioscentesis of my pre-born from Sunset Free Clinic. |
| 13*** | Barr, David L. | -Associate of Stephen Jensen.<br>-Past Associate of John Gotti Jr.<br>-LAPD INTEL Undercover<br>-NSA Spotter w/RNM Viewer<br>-Childhood friend of D/CIA Michael Morrell in Idaho where Cuyahoga Falls is next to Blue Snake and Ruby Ridge, site of an nuclear suitcase encased in an underground control room with a satellite-powered transmitter that supports PsiTech Viewing Corp / PsiCorp INTEL Network.<br>-Son of Bavarian Illuminati, SS Officer, and radical Scientologist John Barr and member of ODESSA NETWORK who participated in the murder of Elizabeth Short at the Beehive House along with George Scherff Jr/aka George H. W. Bush Sr, Craig Jensen, Dr. Josef Mengele, Dr. George Hodel, et al.<br><br>ROLE<br>-Obtained the unbreakable encryption scheme extracted from my body with a microwave dish operated by Stephen Jensen per usurped 1988 top secret program at Rockwell International.<br>-Rogue HUMINT Operative who causal stalked me with 'military expertise' prancing and hopping around with a RNM Viewer upstairs in Apt #214 above Apt #114 while Michael Charles Jensen clamped onto my brain magnetite in a Monarch/New Phoenix program control room prepping AI-SIMM around centerpoint containing my position until I was forced to relocate to another grid section and residence to clamp further without detection from CIA all-inclusive tapped into RIGGED INTEL by John D. Bennett where I lived in Los Feliz across the street from Stephen Jensen in a tri-level condo.<br>-Truth Roomed having murdered Tupac Shakur in Las Vegas along with Stephen Jensen, et al, and other Bavarian Illuminati using a chainsaw. |
| 14 | Barr, Matthew Lt. /LAPD INTEL | -Associate of Stephen Jensen.<br>-Brother of David L. Barr who lived in Apt #214 above my Apt #114.<br><br>ROLE<br>-Lieutenant / Los Angeles Police Dept. Intelligence Officer who took up contract assasination against me from rogue HUMINT Operative and Lt. Matthew Jensen Jr. from Monarch program control room.<br>-Rogue HUMINT Operative in LAPD/Monarch Program who causal stalked me and my mother, Nelly Uribe, for our bloodline per usurped 1988 top secret program at Rockwell Intl.<br>-Truth Roomed having played a primary role in leveraging rogue ex-LAPD Officer Christopher Dorner who was a victim of carrying out a bloodline assignment involving the movement of POLONIUM at Title House near Lexington Avenue and Romaine Ave stripping him of natural reproduction creating a psychological condition that led to extreme hate against those who doled out the bloodline assignment and sequestered his bloodline involving also Police Chief William |

Bratton, Lt. Randy Quon, Eric Weisman / LAPD Monarch Program.

| # | Name | Details |
|---|---|---|
| 15 | Beech, Winston | -Half-brother of Operation Paperclip clone David Ferrie who was complicit in the assassination of President John F. Kennedy above grassy knoll.<br>-Operation Paperclip clone from England of G. Bush Sr, C. Jensen, M. Jagger, et al.<br>**ROLE**<br>-Rogue HUMINT Operative / Project Artichoke #100 who lived in Los Feliz with psychotronic ball / globule.<br>-Killed and strangled Amy Winehouse for operative indoctrination who refused to comply with flag-driven requirement for conscription. |
| 16 | Bennett, John D. | -Half-brother of Stephen Jensen and President Barack Obama, et al.<br>-Operation Paperclip clone of G. Bush Sr, C. Jensen, Richard Gehlen.<br>**ROLE**<br>-DCI of National Clandestine Service HUMINT Division and Primary Rogue HUMINT Agent who signed off on Project Artichoke against me for targeted assasination along with General Martin Dempsey, former DCI Porter Goss, Martin Hardin, Stephen Jensen.<br>-Obtained unbreakable encryption scheme off my body created with hand-held microwave dish per usurped 1988 top secret program at Rockwell Intl prior to 9/11 Terrorist Attacks.<br>-Operated along with Stephen Jensen an international Black Market of Encryption Schemes, Nuclear Suitcases, nano-powered RNM Viewers, Psychotronic Balls / Globules, et al.<br>-Scientology/OSA Guardian who stole amnioscentesis of my pre-born from Sunset Free Clinic in Silverlake CA<br>-Charged $1 million and up to 2500 Scientology members to cryogenically procreate with my stolen bloodline. |
| 17 | Bloomingdale, Christopher T. | -Half-brother of Stephen Jensen and President Barack Obama, et al.<br>-Operation Paperclip clone of G. Bush Sr, C. Jensen, Dr. Josef Mengele.<br>**ROLE**<br>-Rogue HUMINT Operator / Project Artichoke against my mother, Nelly Uribe, for 23+ years since the usurpation of the 1988 top secret program at Rockwell Intl and myself since I lived in the Los Feliz.<br>-Project Artichoke controller responsible for embedding the instruction set 'move and kill anything' via satellite to the RFID implanted in the center lobe of the brain of controlled assasin Adam Lanza in coordination with Peter Lanza, a former CIA operative and 'token Bavarian Illuminati' as part of bloodline crime in pursuit of having 'the longest-running lineage' in Newtown, CT against the children of one of the oldest Jewish communities in the New England area and have their bloodlines sequestered where contamination of the water supply is also an issue.<br>-Project Artichoke controller responsible for rogue non-consentually testing 'Thinking Cap on Centerpoint' technology on controlled assasin James Eagan Holmes in pursuit of the Aurora Colorado shootings with military weaponry purchased from money stolen from the bank account of his father and Rothschild Illuminati and 'rung up' on the black market with filings marked off.<br>-Project Artichoke controller played a significant role prepping controlled assasins Sirhan Sirhan, Charles Manson, Nidal Hassan, Jacob Roberts, and others for 50+ years. |
| 18 | Bloomingdale, Michael W. | **ROLE**<br>-Project Artichoke controller responsible for rogue non-consentually testing 'Thinking Cap on Centerpoint' technology on controlled assasin Jared Loughner in pursuit of the assassination of Jewish Congresswoman Gabrielle Gifford.<br>-Project Artichoke controller played a significant role prepping controlled assasins Sirhan Sirhan, Charles Manson, Nidal Hassan, James Eagan Holmes, Jacob Roberts, Adam Lanza and others for 50+ years. |
| 19 | Bratton III, Charles | |
| 20 | Bratton, William | |
| 21 | Burgess, Ronald Lt. General retired | |
| 22 | Bush Sr, Barbara | |
| 23 | Bush, Barbara Pierce | |
| 24 | Bush Sr, George Herbert Walker | George Scherff Jr |
| 25 | Bush, Jeb | |
| 26 | Bush, Laura | |
| 27 | Bush, Lauren | |
| 28 | Bush, Marvin | |

| # | Name | Role |
|---|---|---|
| 29 | Bush, Neal | |
| 30 | Bush, Sofia | |
| 31 * | Casbolt, James | **ROLE**<br>-Rogue CIA Agent / Operator of Project Artichoke #47 or #100 who has threatened my assasination and sells UNAUTHORIZED, nano-powered Remote Neural Monitor (RNM) Viewer MASTER CLAMPS that can directly clamp down on any grid section my genitalia via Net Centric Warfighter framework without any capability by CIA along with well-defined INTEL to DE-CLAMP subverting DOD top-tier military oversight while illegally extracting secure access codes to weapon systems built by defense contractors, private military contractors, et al. |
| 32 | Castellano, Frank | |
| 33 | Castellano Jr., Frank | |
| 34 | Castellano, Jennifer | Jennifer Flavin |
| 35 | Christiansen, Tony | |
| 36 | Clinton, William "Bill" | |
| 37 | Clinton, Hillary-Rodham | |
| 38 | Clinton, Chelsea | |
| 39 | Cruise, Tom | |
| 40 | Cuddy, David | |
| 41 | Dempsey, Brian Lt. | |
| 42 | Dempsey, Martin General | |
| 43 | Dewurst, David | **ROLE**<br>-Rogue HUMINT operative who was Truth Roomed having possession of a psychotronic ball / globule and participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases.<br>-Former Lt. Governor Of Texas. |
| 44 | Dimplestein, Eric | |
| 45 | Dorfmann, Suzie | |
| 46 | Drake, Christopher Lt. | |
| 47 | Dvorak, John | |
| 48 | Euchstad, David | |
| 49 | Euchstad, Michael Lt./SOCOM CIA | |
| 50 | Euchstad, Wayne Lt. Gen. | |
| 51 | Fiorina, Carly | |
| 52 | Ford, Harold C. | |
| 53 | Ford, Tom | |
| 54 | Garcia, Wilfredo | |
| 55 | Gallagher, Richard | |
| 56 | Garza, Pedro | |

| # | Name | Role |
|---|---|---|
| 57 | Gehlen, Linda | |
| 58 | Gehlen, Richard | |
| 59 | Gosling, Robert | |
| 60 | Goss, Porter | |
| 61 | Gotti, John Jr. | |
| 62 | Gotti, Victoria | |
| 63 | Hager-Bush, Jenna | Jenna Bush |
| 64 | Hayden, Michael Gen. retired | |
| 65 | Hardin, Jim | |
| 66 | Hardin, George | |
| 67 | Hardin, Martin | |
| 68 | Hardin, Patricia | |
| 69 | Hardin, Peter | |
| 70 | Harris-Bulmer, Julie | |
| 71 | Hathaway, Anne Catherine | |
| 72 | Hartounian Jr., George | -Cryogenic creator of Operation Paperclip clone Melissa Hartounian.<br>-Father of Pepi Hartounian. |
| 73 | Hartounian, Melissa | ROLE<br>-Building Inspector Of Dracena Palms Apartments.<br>-Girlfriend of Stephen Jensen.<br>-Operation Paperclip clone of G. Scherff Jr/aka G. H. W. Bush Sr, C. Jensen, and G. Hartounian Jr.<br>ROLE<br>-Attempted to cryogenically procreate with Stephen Jensen using my bloodline. |
| 74 | Hartounian, Pepi | -Sister Of Melissa Hartounian.<br>-Girlfriend of Lt. Michael Euchstad/SOCOM.<br>ROLE<br>-Truth Roomed having possession of Remote Neural Monitor (RNM) Viewer w/instruction sets comprising a Nuclear Ignition System, et al.<br>-Truth Roomed having implemented Nuclear Suitcases in the Port of Long Beach w/Lt. Michael Euchstad/SOCOM and moved other Nuclear Suitcases along with Tony Christiansen. |
| 75 | Hidalgo, Catherine | |
| 76 | Hilton, Paris | |
| 77 | Hoffs, Trevor | ROLE<br>-Rogue HUMINT operative who was Truth Roomed having possession of a psychotronic ball / globule and participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 78 | Holder, Eric | |
| 79 | Holmer, William | ROLE<br>-Technician In Project Artichoke |
| 80 | Hospital, Susanna | |

| # | Name | | | |
|---|---|---|---|---|
| 81 | Jaymeson, Richard Allen | | | |
| 82 | Jensen, Ashley | | | |
| 83 | Jensen, Craig | | | |
| 84 | Jensen, Dan | Dan Powers | | |
| 85 | Jensen, David George | | | |
| 86 | Jensen, Debra | Debra Ashtait | | -Ex Wife of Craig Jensen |
| 87 | Jensen, Kathryn | | Catherine Holmes | -Sister of Craig Jensen. |
| | | | | -Descendant of Mary Ann Holmes, wife of John Wilkes Booth, assasin of President Abraham Lincoln. |
| 88 | Jensen, Kathryn | | Katie Holmes | |
| 89 | Jensen, Matthew Jr | | | |
| 90 | Jensen, Matthew Sr | | | |
| 91 | Jensen, Michael Charles | | | |
| 92 | Jensen, Michael Patrick | | | |
| 93 | Jensen, Stephen | | | |
| 94 | Jensen, Vincent | | | |
| 95 | Kasmeric, Peter | | | |
| 96 | Martin, Sheila | | | |
| 97 | Martins, Susanna | | | |
| 98 | McConnaughey, Matt | | | |
| 99 | McConnaughey, Matthew | | | |
| 100 | McCourt, Frank | | | |
| 101 | McNamara, Robert | | | |
| 102 | Miscavige, David | | | |
| 103 | Morrell, Michael | | | ROLE<br>-Rogue HUMINT operative who was Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases.<br>-Current Director of CIA.<br>-owned a residence on Rodney Drive 1 block east of my apartment. |
| 104 | Mueller, Robert | | | -Operation Paperclip clone of G. Bush Sr, C. Jensen, M. Bormann/aka Clyde Tolson.<br>-Truth roomed by CIA all-inclusive having dated Al-Qaeda Operative Melinda Atta prior to 9/11 Terrorist Attacks on New York City and the Pentagon |
| 105 | Laden, Osama bin | | | |
| 106 | Lauer, Cindy | | | -Wife of NBC Today Show Anchor Matt Lauer.<br>ROLE<br>-Former CIA Operative in Project Artichoke who was Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |

| # | Name | Details |
|---|---|---|
| 107 | Lauer, Matt | -Cryogenically procreated with my pre-born's amnioscentesis stolen from Sunset Free Clinic in Silverlake CA along with Matt Lauer, et al, to create Jack Lauer.<br>-Mutant clone / Operation Paperclip program of Italy and France.<br>-Husband of Cindy Lauer.<br>**ROLE**<br>-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases.<br>-Cryogenically procreated with my pre-born's amnioscentesis stolen from Sunset Free Clinic in Silverlake CA along with Matt Lauer, et al, to create Jack Lauer. |
| 108 | O'Haurly, Bob | |
| 109 | Obama, Barack President | |
| 110 | Obama, Michelle First Lady | |
| 111 | Ordonez, Steve | |
| 112 | Osborne, Sharon | |
| 113 | Paraveshesh, Harvisit | |
| 114 | Perry, Rick | **ROLE**<br>-Causal stalked my mother, Nelly Uribe, along with Jeb Bush and David Dewurst 'tapped into' Project Artichoke program control rooms and the psychotronic pipe managed by CIA's Special Activities Division.<br>-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases.<br>-Current Governor Of Texas. |
| 115 | Petraeus, David Howell Gen. retired | |
| 116 | Piven, Jeremy | **ROLE**<br>-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 117 | Prince, Erik | **ROLE**<br>-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 118 | Ratko, John | |
| 119 | Reeves, Keanu | **ROLE**<br>-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 120 | Ricart, Robert | **ROLE**<br>-Agent / Operator of Project Artichoke who was spotted on the balcony of David L. Barr in Apt #214 and rogue non-consentually tested me to illegally create/distribute rogue versions of unbreakable encryption schemes based on argon, iridium, gamma, laser, et al, per usurped 1988 top secret program at Rockwell International.<br>-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 121 | Ricci, Christina | |
| 122 | Richards, James | |
| 123 | Ritchie, Nicole | |
| 124 | Ritchie, Sandra | |
| 125 | Rumsfeld, Donald Nicholas | |

| | | |
|---|---|---|
| 126 | Sax, Robyn | |
| 127 | Schwartzkopf, Lisa Lt. | |
| 128 | Scherff, Neila Lt. General | ROLE<br>-Joint Chiefs of Staff 2nd Committee<br>-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 129 | Smothers, William "Bill" | |
| 130 | Sontag, Juliawatta | |
| 131 | Spankett, David Lee | |
| 132 | Spankett, Richard | |
| 133 | St. Cloud, John | |
| 134 | Stallone, Frank | |
| 135 | Stallone, Sylvester | |
| 136 | Stone, Sharon | |
| 137 | Travolta, John | |
| 138* | Weisman, Eric / LAPD | -Husband of Jillian Barberie, KTTV News Anchor.<br>-Brother of Stuart Weisman in Houston TX.<br>ROLE<br>-Rogue HUMINT Operative in LAPD Monarch Program who lived in Los Feliz while causal stalking and rogue non-consentually testing me and my mother for our bloodline and unbreakable encryption scheme per usurped 1988 top secret program at Rockwell International. |
| 139 | Wheeler, Roxanne | Roxanne Rumsfeld   -Sister of Donald Nicholas Rumsfeld, Daughter of Secretary of Defense Donald Rumsfeld<br>ROLE<br>-Truth Roomed having implemented a nuclear suitcase in Washington D.C. near the White House in a State Department building embedded in concrete along with Stephen Jensen, Anna Chapman, Bob O'Haurly, et al, to be initialized with INMARSAT satellite and later with Intruder satellite with an encryption scheme based on argon which leaves a residue once de-crypted to prevent any recovery of military response time.<br>-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 140 | Winnefeld, James Admiral | |
| 141 | Zaragoza, Susan | |