CASE: C(20)30239y COURT:333 Walter Uribe
CASE # 4:13-cv-00774

EXHIBIT B.    List of Contact Agents and Operatives at CIA in Arlington VA (Rev 2).

\* denotes primary contact at CIA
\*\* denotes contacts at CIA previously met in person.

| NAME | PHONE | AKA / SACRED MISNOMER | CURRENT POSITION | ROLE |
|---|---|---|---|---|
| Sylvia Alba / Agent * | | Sylvia Rodriguez | At CIA in Arlington VA | -Managing the outer concentric and coordinating with Criminal Intelligence Division of Houston Police Department. |
| Gregory Bissell / Agent | 703-482-0623 | Niger | Senior-level manager / Project Artichoke Control Room #100 | -Managing the outer concentric. -He's the strong man maintaining physical order in Project Artichoke. |
| Henry Ciscineros / Agent | 703-482-0623 | Dayton Heights | Special Activities Division / Project Artichoke Control Room #100 National Clandestine Service HUMINT Division | -Managing the outer concentric. -Viewed defensive extractions verifying the theft of my amnioscentesis from Holy Cross Hospital in 1963 by Joseph D'Amico, owner of paper bag manufacturing plant in Napier IL where my father worked, and given to George Scherff Jr/ aka George H. W. Bush Sr as 'the smoking gun' that prompted the assassination of President John F Kennedy in Dallas on 22 November 1963 to re-encrypt the so-called NWO Psychotronic Pipe after decrypting it based on JFK's bloodline and brain magnetite. |
| Michelle Cooper / Agent | 703-482-0623 | American Kwanzaa | Special Activities Division / Project Artichoke Control Room #100 | -Managing the outer concentric and securing communications from within Project Artichoke control room #108 with Bob Scherff operating the Truth Room By Grid Point machine integrated with the Baseline based on my 100% Truth. |
| Dawn Grabowski / Agent ** | 703-482-0623 | Jewish Hannukah / Sylvia | Special Activities Division / National Clandestine Service HUMINT Division * assaulted with nano implant in eye that cannot be removed. | -Managing the outer concentric. -Told me to post updates on Facebook and write the book while clamping onto the grid section for Rice University to preserve my position and evidentiary. -Met at Chinese restaurant with other friends at Walt Disney Imagineering / NBC Universal. |
| Bob Scherf / Agent | 703-482-0623 | Bob McGinnity / Loyola | Project Artichoke Control Room #100 | -Maintains the 100% truthful Baseline with TITANO cyborg as controlled environment for Truth Room By Grid Point technology. |
| Ian Scherf / Agent | 703-482-0623 | The Lioncat | Senior-level manager | -Managing the outer concentric. -Wants to give sign approval to end Project Artichoke targeted assasination using 'slow-kill no-touch' torture but is being threatened by George Scherff Jr/aka George H. W. Bush Sr and the Bavarian Illuminati including Martin Hardin, John D. Bennett, Patricia Hardin, Linda Abregon, Jim Hardin, Michael Morrell. |
| Jennifer Scherf / Agent | 703-482-0623 | Jennifer McGinnity / Producer | Project Artichoke #100 / Psychotronic Ball * assaulted with nano implant in arm that requires removal. | -Managing the outer concentric at home in Los Angeles. |

FILED
MAR 28 2013
Chris Daniel District Clerk

\* denotes primary contact at CIA
\*\* denotes contacts at CIA previously met in person.

14 March 2013
Walter Uribe

## EXHIBIT B.    List of Contact Agents and Operatives at CIA in Arlington VA (Rev 2).

| NAME | PHONE | AKA / SACRED MISNOMER | CURRENT POSITION | ROLE |
|---|---|---|---|---|
| Sylvia Alba / Agent * | 703-482-0623 | Sylvia Rodriguez | At CIA in Arlington VA | -Managing the outer concentric and coordinating with Criminal Intelligence Division of Houston Police Department. |
| Gregory Bissell / Agent | 703-482-0623 | Niger | Senior-level manager / Project Artichoke Control Room #100 | -Managing the outer concentric. -He's the strong man maintaining physical order in Project Artichoke. |
| Henry Ciscineros / Agent \*\* | 703-482-0623 | Dayton Heights | Special Activities Division / Project Artichoke Control Room #100 National Clandestine Service HUMINT Division | -Managing the outer concentric. -Viewed defensive extractions verifying the theft of my amniocentesis from Holy Cross Hospital in 1963 by Joseph D'Amico, owner of paper bag manufacturing plant in Napier IL where my father worked, and given to George Scherff Jr/ aka George H. W. Bush Sr as 'the smoking gun' that prompted the assasination of President John F Kennedy in Dallas on 22 November 1963 to re-encrypt the so-called NWO Psychotronic Pipe after decrypting it based on JFK's bloodline and brain magnetite. |
| Michelle Cooper / Agent | 703-482-0623 | American Kwanzaa | Special Activities Division / Project Artichoke Control Room #100 | -Managing the outer concentric and securing communications from within Project Artichoke control room #108 with Bob Scherf operating the Truth Room By Grid Point machine integrated with the Baseline based on my 100% Truth. |
| Dawn Grabowski / Agent \*\* | 703-482-0623 | Jewish Hannukah / Sylvia | Special Activities Division / National Clandestine Service HUMINT Division \* assaulted with nano implant in eye that cannot be removed. | -Managing the outer concentric. -Told me to post updates on Facebook and write the book while clamping onto the grid section for Rice University to preserve my position and evidentiary. -Met at Chinese restaurant with other friends at Walt Disney Imagineering / NBC Universal. |
| Bob Scherf / Agent | 703-482-0623 | Bob McGinnity / Loyola | Project Artichoke Control Room #100 | -Maintains the 100% truthful Baseline with TITANO cyborg as controlled environment for Truth Room By Grid Point technology. |
| Jan Scherf / Agent | 703-482-0623 | The Lioncat | Senior-level manager | -Managing the outer concentric. -Wants to give sign approval to end Project Artichoke targeted assasination using 'slow-kill no-touch' torture but is being threatened by George Scherff Jr/aka George H. W. Bush Sr and the Bavarian Illuminati including Martin Hardin, John D. Bennett, Patricia Hardin, Linda Abregon, Jim Hardin, Michael Morrell. |
| Jennifer Scherf / Agent | 703-482-0623 | Jennifer McGinnity / Producer | Project Artichoke #100 / Psychotronic Ball \* assaulted with nano implant in arm that requires removal. | -Managing the outer concentric at home in Los Angeles. |

* denotes primary contact at CIA
** denotes contacts met in person.

14 March 2013
Walter Uribe

## EXHIBIT B. List of Contact Agents and Operatives at CIA in Arlington VA (Rev 2).

| NAME | PHONE | AKA / SACRED MISNOMER | CURRENT POSITION | ROLE |
|---|---|---|---|---|
| Michael Strahan / Agent | 703-482-0623 | Rothschild | Project Artichoke Control Room #27 | -Managing the outer concentric<br>-Recording evidentiary<br>-Providing credentials to Criminal Intelligence Division |
| Christie Yun / Agent | 703-482-0623 | (by name alone) | Special Activities Division /<br>Project Artichoke Control Room #100<br>* assaulted with nano implant that was just removed. | -Managing the outer concentric.<br>-Assaulted at Macy's Department Store in downtown Houston by Project Artichoke operative / HPD Spokesman / Store Detective and infected with a viral.<br>* assaulted with nano implant in leg which was removed yet requires more backup by CIA agents. |
| Jean Locasio / NSA Security Officer ** | 301-688-1785<br>301-688-2587 fax | | -NSA Security Officer | -Sold out with Stephen Jensen wearing a Remote Neural Monitor (RNM) Viewer to extract her HUMINT and possibly other secure access codes to enter facilities for National Security Agency. |
| Chris Jindrich / NSA Agent ** | 301-688-1785<br>301-688-2587 fax | | -NSA Front-Line Agent /<br>ETSATCOMM | -Sold out at the beginning when I interviewed with NSA Security Officer Jean Locasio in 2006 to hire him based on my recommendation at a Starbucks on Vermont Ave in Los Feliz. |
| Fredericka Whittingham /<br>Supervisor, Russian Viral Room<br>NSA, Fort Meade, Baltimore MD.<br>Fort Detrick Annex Buidling. | 301-688-1785<br>301-688-2587 fax | | -NSA Front-Line Agent /<br>ETSATCOMM | -Sold out at the beginning when I interviewed with NSA Security Officer Jean Locasio in 2006 to hire him based on my recommendation at a Starbucks on Vermont Ave in Los Feliz. |
| Rick Hussey / Engineer<br>LEAP-EKV Program, Raytheon<br>Tucson, AZ | 520-665-5594 | | -Engineer for LEAP-EKV Program at Raytheon in Tucson AZ | -Must be notified of the usurpation of the 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme.<br>-Must be notified of the risk to the LEAP-EKV program and its ability to identify and lock-on to targets, prevent jamming, et al.<br>-Must be notiffied of military subversion during Operation Burnt Frost and launching of USA-202/Mentor-4/Intruder satellite to illegally extract and distribute unbreakable encryption schemes internationally. |
| Henry August / Scientist<br>Phantom Ray Drone Program,<br>Boeing Internationalin Long Beach CA | 312-544-2002 | | -Scientist for Phantom Ray Drone Program at Boeing International in Long Beach CA. | -Must be notified of the usurpation of the 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme. |