*Bavarian Illuminati - Criminal Co-conspirators of 9/11 Terrorist Attacks and Theft of My Pre-Born's Amnioscentesis w/ Subsequent Killing of Pre-Born*
CIA John D. Bennett - DCI NCS HUMINT Division, George Scherff Jr/aka George Herbert Walker Bush Sr, Barbara Pierce Bush - CIA Agent, Jeb Bush - Scherff Corporation, Jenna Hager-Bush - CIA Operative, Lauren Bush - CIA Agent, Marvin Bush - SecuraCom, Neal Bush - CIA Agent, Sofia Bush - CIA Agent, CIA Frank Castellano - NCS HUMINT Division, General Martin Dempsey - JCOS/Chairman, D/CIA Richard Gehlen, D/CIA Porter Goss, John Gotti Jr, General Michael Hayden - NSA DNI, Martin Hardin - DCI CIA Project Artichoke, Paris Hilton - CIA Agent, Richard Allen Jaymeson - CIA Monarch Program, CIA Craig Jensen - Monarch Program, David George Jensen - NSA Scientist, Kathryn Jensen/AKA Katie Holmes - FBI Special Agent, Michael Charles Jensen - CIA Monarch Program, Michael Patrick Jensen - DOD/Pentagon, CIA Stephen Jensen - NCS HUMINT Division, CIA Sheila Martins - NCS HUMINT Division, D/CIA Michael Morrell, Matt Lauer - NBC Today Show Anchor, Barack Obama - U.S President, General David Howell Petraeus - JCOS/Staff Member, Erik Prince - CEO Xe, CIA Sandra Ritchie - NCS HUMINT Division, Donald Nicholas Rumsfeld - Secret Service, CIA David Lee Spankett - NCS HUMINT Division, CIA Richard Spankett - DCI NCS HUMINT Division, Roxanne Rumsfeld/AKA Roxanne Wheeler - CIA Agent, Admiral James Winnefeld - JCOS/Vice-Chairman.

*Bavarian Illuminati 'Token' - Al-Qaeda Agents/Operatives*
Melinda Atta, Mohammed Atta, Osama bin Laden.

*Bavarian Illuminati 'Token' - Associates of Stephen Jensen*
David L. Barr / NSA Spotter.

*Bavarian Illuminati - Joint Chiefs of Staff*
Lt. General Michael S. Aquino - 2nd Committee, Lt. Brian Dempsey - 2nd Committee, Lt. General Wayne Euchstad - 2nd Committee, Lt. General Neila Scherff - 2nd Committee.

*Bavarian Illuminati - CIA front-line managers:*
Linda Abregon, Diana Abregon, Alberto Cleavantes, Jim Hardin, George Hardin, Patricia Hardin, Peter Hardin.

*Bavarian Illuminati - CIA Agents:*
James Casbolt, David Cuddy, David Ferret, Wilfredo Garcia, Pedro Garza, Julie Harris-Bulmer, Pepi Hartournian, Susanna Hospital, Ashley Jensen, Kathryn Jensen/AKA Catherine Holmes, Harvisit Paraveshesh, Christopher Robbins.

*Bavarian Illuminati - CIA Agents - SOCOM UNIT:*
Frank Castellano Jr, Lt. Michael Euchstad, Steven Ferret.

*Bavarian Illuminati - Rogue HUMINT Operatives*
Barbara Bush Sr, William "Bill" Clinton, Hillary Rodham-Clinton, David Dewurst, Tom Ford - CIA Agent, Richard Gallagher - Xytech, Victoria Gotti, George Hartounian Jr, Brent Hill - HPD, Rebecca Hill - HPD, Trevor Hoffs - SEA ORG, Eric Holder - DOJ, Dan Jensen/AKA Dan Powers, Matthew Jensen Sr - LAPD, Vincent Jensen - SEA ORG, Peter Kasmeric - ODESSA NETWORK, Susanna Martins - SEA ORG, Robert Mueller - FBI Director, Michelle Obama - First Lady, Rick Perry - Governor of Texas, Jeremy Piven, Keanu Reeves, Nicole Ritchie, John Travolta, Bob Whittaker - CIA Agent.

*Bavarian Illuminati - DIA*
Lt. General Ronald Burgess, Tony Christiansen - President/Christian Science Monitor, Lt. Christopher Drake - MILTEL/Huntsville.

*CIA Monarch Program:*
Lt. Matthew Barr - LAPD, Police Chief William Bratton - LAPD, Jack Cagell - CIA, Eric Dimplestein - LAPD Hollenbeck Division, Robert Gosling - FBI, Matthew Jensen Jr - LAPD, Robyn Sax - LAPD, Eric Weisman - LAPD Rampart Division.

*CIA Project Artichoke - Operatives:*
Dawn Anderson - LAPD, Leanne Anderson, Christina Applegate, Debra Ashtait, Phil Atkinson, Amanda Baird, Winston Beech - MI6 Intelligence Chief, Charles Bratton III, Laura Bush, Jennifer Castellano/aka Jennifer Flavin, Allison Chavenhalleverian, Amalia Chavenhalleverian, Chelsea Clinton, Tom Cruise - SEA ORG, Suzie Dorfmann, John Dvorak, Ed Emmett - Judge, David Euchstad, Carly Fiorina - HP CEO, Harold C. Ford, Linda Gehlen, Anne Catherine Hathaway, Melissa Hartounian, Catherine Hidalgo, William Holmer, Cindy Lauer, Matt McConnaughey, Matthew McConnaughey, David Miscavige - CIA/SEA ORG, Steve Ordonez, Sharon Osborne, Joel Osteen, Christina Ricci, James Richards - MI6 Intelligence Officer, Tony Robbins, Juliawatta Sontag, John St. Cloud, Frank Stallone, Sylvester Stallone, Sharon Stone, Susan Zaragoza - LAPD.

*CIA Project Artichoke - Controllers / Operators:*
Christopher T. Bloomingdale, Michael W. Bloomingdale, John Ratko, Robert Ricart.

*Rogue CIA Monarch / New Phoenix Program:*
Colonel John B. Alexander - Fort Bragg NC, Lt. Lisa Schwartzkopf - USMC Base Camp Lejeune, Lt. William "Bill" Smothers - USMC Base Camp Lejeune.

*Rogue FBI COINTELPRO*
Debra Jensen - Federal District Building, Robert McNamara - Westwood Field Office, Bob O'Haurly - 525 Post Production.

*Scientology Members Who Cryogenically Procreated With Pre-Born's Stolen Amnioscentesis To Obtain the Next Generation of the Unbreakable Encryption Scheme After Subsequent Killing Of The Pre-Born By Stephen Jensen:*
Jillian Barberie - KTTV News Anchor, Ashley Jensen - CIA Project Artichoke, Cindy Lauer - CIA Project Artichoke.

FILED
Chris Daniel
District Clerk
MAR 01 2013
Time: _____
Harris County, Texas
By _____

UNITED STATES OF AMERICA ALWAYS FIRST

BREAKING TRADECRAFT: Per CIA's Special Activities Division that manages Project Artichoke control rooms and the psychotronic pipe that I'm forced to hear via psychotronic communication to the audio cortex of my brain, suspects and CIA Agents David Ferret and Steven Ferret have been detected 'nano-calling' an organized stalking group to assasinate me and my mother after they were truth-roomed for a variety of military crimes and criminal thefts including the theft of an oil painting by French Impressionist Pierre Auguste Renoir, 'Madeleine Leaning on Her Elbow with Flowers in Her Hair', by Steven Ferret during an armed robbery from a Houston home on 8 September 2011.

Per CIA's Special Activities Division SOCOM Unit, Steven Ferret was last detected being sequestered in a Best Western hotel room in Biloxi Mississippi with 'slow-kill no-touch' torture due to ongoing investigation into the Black Market of Encryption Schemes, Psychotronic Globules, nano-powered Remote Neural Monitor (RNM) Viewers (contact lens or nano-implant deeply embedded typically in the left eye w/instruction sets capable of comprising a Nuclear Ignition System), CryoUnits of Bloodlines (human trafficked and stored at GenBase in Saudi Arabia, Gold Base in Hemet CA, and WWN in Culver City CA), Squeeze Bottles (reconstituted sperm from stolen bloodlines), and up to 120+ Nuclear Suitcases reported to me in the psychotronic pipe which were implemented and possibly initialized along the coastline of, and within, the United States and in other countries around the world and was recently uncovered by numerous Freedom Of Information Act requests filed under Case # P-2012-01261 assisted by CIA agents and operatives who are helping to facilitate to formally report the usurpation by former U.S. President George Scherff Jr/aka George H. W. Bush Sr and the Bavarian Illuminati including up to 100 Operation Paperclip clones and rogue HUMINT operatives of a 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme which is the all-time penultimate weapon system component that helped win the Cold War in 1991.

CIA Agent Steven Ferret is the brother of CIA Agent David Ferret who was also truth-roomed in Project Artichoke control room #27 and generated an 'exact truth' read that militarily-proved he was the murderer of Adam Walsh, the son of America's Most Wanted Host John Walsh. CIA Agent David Ferret has been last detected and sequestered at CIA in Arlington VA due to same ongoing investigation into the Black Market of Encryption Schemes, Nuclear Suitcases, et al, described above.

("petrified...verified...ed...it turned the whole machine completely off" was the read called out per Truth Room By Grid Point technology assessment facilitated by CIA all-inclusive read by CIA Agents with sacred misnomer 'LOYOLA' and 'JEWISH HANNUKAH', respectively, heard audible via psychotronic communication to the audio cortex of my brain).

http://www.fbi.gov/news/stories/2012/september/reward-offered-for-stolen-renoir-painting/reward-offered-for-stolen-renoir-painting

Militarily-proven with Truth Room By Grid Point technology assessment and NEURON TAGS facilitated by CIA all-inclusive, all the information stated above was either experienced 100% truth and/or heavily inferred without visual definitive via psychotronic communication to the audio cortex of my brain per CIA's Special Activities Division that manages Project Artichoke program control rooms #1 thru #100 and the psychotronic pipe that I've been forced to hear bypassing the ears since January 2001 when I moved into an apartment across the street from Stephen Jensen in a tri-level condo along Greenwood Place in the Los Feliz area of Los Angeles before the 9/11 Terrorist Attacks on New York City and the Pentagon and was subsequently targeted by Project Artichoke, Monarch/New Phoenix, and Targeted Killing programs to coverup the usurpation of that 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme as well as the absconding of my bloodline upon the theft of my pre-born's amnioscentesis in January 2006 and subsequent killing of my pre-born with a microwave dish in my fiance's womb to populate cryobank partner providers of Scientology, GenBase in Saudi Arabia and WWN in Culver City CA, to charge $1 million and up in service fees to allow 2500 Scientology members, including 1900 OSA Guardians, to cryogenically procreate with the bloodline and obtain the next generation of unbreakable encryption schemes after rogue HUMINT operatives took 'contract money' to populate Project Artichoke program control rooms from Bavarian Illuminati Jeb Bush, Stephen Jensen, Frank Castellano, John Gotti Jr, and Richard Gehlen who received lucrative insurance payouts related to coverage purchased from Leonard Silverstein for the WTC Twin Towers and related buildings as well as stole bank deposits from the United Bank of Switzerland in Zurich owned by other Mafiosi and victims of demolished buildings.

