United States District Court
Southern District of Texas
FILED

APR 0 8 2013

David J. Bradley, Clerk of Court

| | |
|---|---|
| TO: | Police Chief Charles MacClelland<br>Houston Police Department<br>1200 Travis Street<br>Houston, TX 77002 |
| SUBJECT: | SPECTRUM ANALYZER REQUIRED IMMEDIATELY to Record Physical Evidentiary to File an Injunction to Cease and Desist 'SLOW-KILL NO-TOUCH' Torture by Rogue HUMINT Operatives Populating Control Rooms and Affixing 'AI/SIMM GAME CONSOLE ON CENTERPOINT' Clamped on My Brain Magnetite While Preventing Illegal Extraction/Distribution of the Unbreakable Encryption Scheme per 1988 Top Secret Progam at Rockwell International to IGNITE A NUCLEAR SUITCASE in the City of Houston UNDETECTABLE BY THE HOUSTON POLICE DEPARTMENT. |
| TOPIC: | Usurpation by Former U.S. President George Scherff Jr/aka George Herbert Walker Bush Sr and the Bavarian Illuminati Including Up to 100 Operation Paperclip Clones and Rogue HUMINT Operatives of a 1988 Top Secret Program at Rockwell International That Marked My Family Bloodline as Yielding the Unbreakable Encryption Scheme Using Satellite-Powered Directed Energy Waveforms Off My Body as the Fundamental Cause of the 9/11 Terrorist Attacks on New York City and the Pentagon. |
| REF #1: | Special Intelligence Report (SIR), Case Incident No. 010203812-A, 24 January 2012, Criminal Intelligence Division, Houston Police Department, downtown Headquarters. |
| REF #2: | Central Intelligence Agency (CIA) FOIA CASE #P-2012-01261, Appeal Granted, 25 October 2012. |
| DATE: | 08 April 2013 |

Dear Police Chief Charles MacClelland,

Your urgent reply is immediately requested. A spectrum analyzer is required immediately by the Houston Police Department to detect and record physical evidentiary regarding satellite-powered directed energy attacks by rogue HUMINT operatives to allow citizens in the city of Houston to:

1) file a crime report and/or an injunction to cease and desist 'SLOW-KILL NO-TOUCH' torture by rogue control rooms with or without permits and affixing 'AI/SIMM GAME CONSOLE ON CENTERPOINT' clamped on their brain magnetites for leverage to extort.

2) prevent illegal extraction / distribution of the next generation of unbreakable encryption schemes taken off the bodies of individuals having bloodlines with the oldest, rarest, and most complete set of haplgroups using dangerous waveforms via satellite per 1988 top secret program at Rockwell International that I worked on that marked my family bloodline, recently truth-roomed by CIA to be the exact bloodline to Jesus and Mary Magdalene and the 'longest-running lineage on Earth', as yielding the unbreakable encryption scheme which is the all-time penultimate weapon system component affecting the entire nuclear arsenal, unmanned aerial vehicle (UAV) or drone program, state-of-the-art missile systems, et al, that helped win the Cold War in 1991.

3) prevent the remote ignition of nuclear ordnance, specifically a nuclear suitcase bomb, of which I reported the intelligence gathered via psychotronic communication in the so-called NWO Psychotronic Pipe managed by CIA's Special Activities Division regarding five (5) nuclear suitcase bombs already implemented along the northshore of the Port of Houson accessible along MetroBus Route 30 as embedded in concrete within septic tanks across the street from a warehouse with an underground walkway which is otherwise undetectable by the Houston Police Department without a spectrum analyzer and an ability to decrypt the unbreakable encryption scheme.

On 7 April 2013, I phoned a 9-1-1 emergency call to Houston Police Department to file a crime report regarding ongoing 'slow-kill no-touch' torture involving offensive satellite-powered directed energy, psychotronic communication, and remote neural insertion assaults by a control room operated by Vincent Gotti, Vincent Gotti Jr, and Victoria Gotti at their residence in Villa Park, California, in coordination with former Florida Governor and rogue HUMINT operative Jeb Bush, owner/operator of Scherff Corporation, operating an impenetrable control room at Bush/Scherff Corporation in Kennebunkport Maine along with other rogue HUMINT operatives populating control rooms at Gold Base in Hemet California, U.S. Training/aka Xe/Blackwater Worldwide in Grand Prairie Texas and San Francisco California, et al, while affixing 'AI/SIMM GAME CONSOLE ON CENTERPOINT' clamped on my brain magnetite which illegally extracted/distributed the next generation of unbreakable encryption schemes per usurped 1988 top secret program at Rockwell International and could ignite any one of the five nuclear suitcase bombs previously reported to CIA in Arlington VA, via Freedom Of Information Act (FOIA) Appeal Case No. P-2012-01261, FBI's Northwest Field Office in Houston via documentation presented during walk-in visits, and Criminal Intelligence Division at the Houston Police Department at downtown headquarters via Special Intelligence Report (SIR), Case Incident No. 010203812-A.

The 911 emergency call was immediately received yet I was told by a Houston Police officer on the telephone recording the message that no spectrum analyzer is available to detect the satellite-powered assaults preventing me from filing the crime report and the resultant 'slow-kill no-touch' torture upon my corporal form specifically my genitalia stripping me of my natural ability and health to procreate.

The Houston Police Department must immediately acquire a spectrum analyzer, similar to an Anaritsu Spectrum Analyzer for $100,000 as recommended to me by best friend and NSA Agent Christopher Jindrich, to defend the health and natural ability and health of all citizens in the city of Houston as well as have the response time to apply solutions to nuclear-related ordnance once implemented within city limits.

At this point, I am at risk of losing my life due to ongoing causal stalking, rogue non-consentual testing, and targeted assasination by all of the aforementioned control rooms along with Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms populated by rogue HUMINT operatives wearing the latest rogue, unauthorized yet fully-encrypted Remote Neural Monitor (RNM) Viewers either by contact lens or nano-implant deeply embedded typically in the left eye with instruction sets capable of comprising a Nuclear Ignition System, MASTER GRID CLAMP, MASTER GRID SWITCH, Genitalia Database, and other PRE-PROGRAMMED SCRIPTS to initialize a targeted kill sequence or other military crime also without detection, I firmly believe, by Central Intelligence Agency (CIA), National Security Agency (NSA), and Defense Intelligence Agency (DIA) along with other well-defined military intelligence agencies in the United States.

Per Truth Room By Grid Point technology assessments facilitated by CIA's Special Activities Division, the following communication to the 'fine line' of our military oversight of the Department of Defense for the United States, otherwise known as the Joint Chiefs of Staff, via the Office of the Secretary of Defense, 1155 Defense Pentagon, Washington, District of Columbia 20301-1155, and to the attention of Secretary of Defense Chuck Hagel must be formally reported and action must be taken to save my life and the life of my mother, Nelly Uribe/aka Nelly Rodriguez de Uribe, from ongoing causal stalking, rogue non-consentual testing, and targeted assasination by Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms populated by rogue HUMINT operatives who have taken graft to benefit military criminals in possession of the unbreakable encryption scheme:

a) Please ensure the MASTER GRID CLAMPS applied to the brain magnetites of myself, my mother, and all other family members are always actively engaged and in possession of 'the fine line' of our military oversight,

b) Please remove the AI/SIMM GAME console from the centerpoint of all Monarch/New Phoenix, Project Artichoke, and Targeted Killing program control rooms that are interface with the MASTER KEYS referencing the brain magnetites of myself, my mother, and all other family members as well as from all other control room centerpoints which are rogue to our positions,

c) Please remove the MASTER KEY LOCKS referencing the brain magnetites of myself, my mother, and all other family members from all other control room centerpoints that are not at NSA, CIA, et al, and rogue to our positions.

Furthermore, for your review and dissemination to the Joint Chiefs of Staff and/or Secretary of Defense Chuck Hagel, DIA, NSA, FBI, and CIA all-inclusive, please find attached the following documents that outline country-first issues uncovered since the 9/11 Terrorist Attacks on New York City and the Pentagon via psychotronic communication per Agents and Operatives of CIA's Special Activities Division assisting to preserve my position by facilitating Truth Room By Grid Point technology and calling reads that help to identify and locate positions of those complicit:

1) Exhibit A. Country-First Issues Including Rogue Nuclear-Related, Satellite-Powered, and Tradecraft Technology.
2) Exhibit B. List of Contact Agents and Operatives at CIA in Arlington VA.
3) Exhibit C. List of Rogue HUMINT Operatives Complicit in Ongoing Military Crimes.

To fulfill the top secret instruction given to me back in 1988 at Rockwell International, I must meet with FOIA representatives of NSA and CIA to facilitate me to our 'fine line' of military oversight, the Joint Chiefs of Staff, to formally report the usurpation by George Scherff Jr/aka George Bush Sr and the Bavarian Illuminati including up to 100 Operation Paperclip clones and rogue HUMINT operatives of that top secret program that I worked on to create the unbreakable encryption scheme based on my family bloodline which is the all-time penultimate weapon system component that helped win the Cold War in 1991 as well as the country-first issues uncovered as a result of its illegal extraction and distribution as part of a recently uncovered international Black Market of Encryption Schemes, Psychotronic Balls/Globules, nano-powered Remote Neural Monitor (RNM) Monitor Viewers (contact lens or nano-implant deeply embedded typically in the left eye w/instruction sets capable of comprising a Nuclear Ignition System), CryoUnits of Bloodlines (human trafficked and stored at GenBase in Saudi Arabia, Gold Base in Hemet CA, WWN in Culver City CA), Squeeze Bottles (reconstituted sperm from stolen bloodlines), and up to 120+ Nuclear Suitcases reported to me via psychotronic communication per CIA's Special Activities Division which were implemented and possibly initialized along the coastline of, and within, the United States and in countries around the world.

Sincerely

Walter Uribe
former Department of Defense / Aerospace Engineer
Hughes Aircraft Company / Rockwell International
with the highest level of security clearances assigned (1983-1993)
-------------------------------------------------------------------
6301 West Bellfort Street #183
Houston, TX 77035
(832) 374-3612 (cell phone)
wallyuribe@gmail.com

**State of Texas** )
) ss
**County of** )

This instrument was acknowledged before me on _8th of April 2013_ (date) by

_Leydy Ventura_ (name of signer(s))

_____(Signature of Notary)

LEYDY E VENTURA
My Commission Expires
July 27, 2015

BREAKING TRADECRAFT: To date, the following country-first issues involving the operation of an INTERNATIONAL BLACK MARKET of rogue military-related and/or satellite-powered infrastructure, instrumentation, technology, and weaponry have been identified with the help of CIA all-inclusive facilitating Truth Room By Grid Point technology assessments to my position which leverage our 'fine line' of military oversight for the Department of Defense, otherwise known as the Joint Chiefs of Staff, while being causal stalked and rogue non-consentually tested by Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms populated by rogue HUMINT agents and operatives with centerpoints clamped onto the brain magnetites of myself, my mother, and other family members to extract unbreakable encryption schemes taken off our bodies using satellite-powered waveforms based on our family bloodline having the oldest, rarest, and most complete set of haplogroups (and thought to be the exact bloodline to Jesus and Mary Magdalene) per usurped 1988 top secret program at Rockwell International:

1) the recovery of up to 120+ NUCLEAR SUITCASES mostly embedded in concrete within shipping containers and already implemented along the coastline, and within, the United States and in countries around the world having satellite-powered infrastructure for ECHELON and the Prime Meridian as well as large deposits of oil reserves.

2) the recovery of illegally extracted and distributed UNBREAKABLE ENCRYPTION SCHEMES taken off the bodies of myself, my mother, my other family members, and other TARGETED INDIVIDUALS enhanced with rogue algorithms using:

a) waveforms such as argon, gamma, infrared, iridium, laser, et al, via satellite.

b) hand-held microwave dish.

3) the recovery of unauthorized, rogue REMOTE NEURAL MONITOR (RNM) VIEWERS, contact lens or nano-implant deeply embedded typically in the left eye w/instruction sets capable of comprising a NUCLEAR IGNITION SYSTEM, that have been distributed among Bavarian Illuminati in coordination with Al-Qaeda operatives such as Osama bin Laden, Mohammed Atta, Melinda Atta, et al, per an international distribution list maintained by DCI Richard Gehlen.

4) the recovery of MASTER GRID CLAMPS used:

a) as part of 'a nuclear sandwich' implemented within the Global Information Grid and used to block out all other Net Centric Warfighter framework channels as well as psychotronic 'connects' from the so-called NWO Psychotronic Pipe to a control room centerpoint clamped onto a grid section linked to a grid point associated to nuclear ordnance such as a nuclear suitcase.
b) by rogue HUMINT operatives to clamp directly onto the brain magnetite and extract secure access codes from military defense contractors and engineers working for the Department of Defense which can then OPENLY DISTRIBUTED within rogue 'tap-ins' to the so-called NWO Psychotronic Pipe associated with the corepoint/centerpoint of ECHELON and integrated with Net Centric Warfighter framework and the Global Information Grid.

5) the recovery and secured-locking of a Remote Neural Monitor database containing the unique identifiers used with rogue algoritms of genitalia for all well-defined Americans which allows rogue HUMINT operatives wearing RNM Viewers to clamp directly for extortion and/or stripping of reproduction within seconds.

6) the recovery of unauthorized, nano-powered, INTERCONNECT DEVICES, i.e. 'nano-connects', affixed manually onto control room centerpoints which facilitate other:

a) control room centerpoints.

b) rogue HUMINT operatives wearing RNM Viewers and/or operating psychotronic balls/globules.

c) subversive access to directed energy actuation systems on targeted satellites.

d) subversive access to telemetry channels at satellite ground stations.

7) the 'on-the-fly' creation of private networked segments within Net Centric Warfighter framework by private military contractors such as Scientology Inc., Scherff Corporation, Mitre Corporation, GK Sierra, et al, or rogue HUMINT operatives to illegally distribute INSTRUCTION SETS capable of comprising a Nuclear Ignition System, caching neuro-linguistic programmed interfaces to apply Truth Room By Grid Point technology or keyword search threats, erasing HUMINT collection or psychotronic defensive collections, inserting or replacing visual cortex HUMINT collection with other images, etc.

8) the immediate removal of Global Information Grid and Net Centric Warfighter framework integrated with ECHELON involving rigged satellites, rigged telemetry channels at Interna Ground Station in San Jacincto CA near Gold Base in Hemet CA with the loss of the unbreakable encryption scheme along with master clamps that immediately threatens our ability and health to naturally procreate as well as our ability to launch, maneuver, or navigate unmanned aerial vehicles (UAVs) or drones for our military defense and national security.

9) establish SYSTEMS TO RECORD EVIDENTIARY IN THE ELECTROMAGNETIC SPECTRUM FOR GRID POINTS AND GRID SECTIONS OF THE GLOBAL INFORMATION GRID which are available on websites for local law enforcement that can be credit card purchased for a given time period by well-defined Americans to create notifications and triggered alerts for detecting:

a) 'slow-kill no-touch' directed energy assaults on pre-borns, children, and adults at home or on travel by airline flight, ship, car, et al, via satellite, active denial, taser, microwave dish, et al.

b) radon seeping into a residential property.

c) radiation upon nuclear reactor failure or detonation of nuclear ordnance.

10) establish investigative, judicial, and legislative RECOURSE to empower first-responders, victims, and other well-defined Americans in a democracy to report satellite-driven crimes or crimes involving REMOTE ELECTRONIC HARASSMENT.

EXHIBIT A.

Country-First Issues Including Rogue Nuclear-Related,
Satellite-Powered, and Tradecraft Technology.

CASE NO. 4:13-cv-00774

5 April 2013
Walter Uribe

\* denotes primary contact at CIA
\*\* denotes contacts at CIA previously met in person.

**EXHIBIT B.   List of Contact Agents and Operatives at CIA in Arlington VA (Rev 2).**

| NAME | PHONE | AKA / SACRED MISNOMER | CURRENT POSITION At CIA In Arlington VA | ROLE |
|---|---|---|---|---|
| Sylvia Alba / Agent \*\* | 703-482-0623 | Sylvia Rodriguez | | -Witness |
| James Berkshire / Agent | 703-482-0623 | Hot Rod | Senior-level manager / Project Artichoke Control Room #108 | -Operating the Truth Room By Grid Point machine along with CIA Agent 'LOYOLA' in Project Artichoke control room #108. |
| Gregory Bissell / Agent | 703-482-0623 | Niger | Senior-level manager / Project Artichoke Control Room #100 | -Managing the outer concentric.<br>-He's the strong man maintaining physical order in Project Artichoke. |
| Henry Ciscineros / Agent \*\* | 703-482-0623 | Dayton Heights | Special Activities Division / Project Artichoke Control Room #100 National Clandestine Service HUMINT Division | -Managing the outer concentric.<br>-Viewed defensive extractions verifying the theft of my amnioscentesis from Holy Cross Hospital in 1963 by Joseph D'Amico, owner of paper bag manufacturing plant in Napier IL where my father worked, and given to George Scherff Jr/ aka George H. W. Bush Sr as 'the smoking gun' that prompted the assasination of President John F Kennedy in Dallas on 22 November 1963 to re-encrypt the so-called NWO Psychotronic Pipe after decrypting it based on JFK's bloodline and brain magnetite. |
| Michelle Cooper / Agent | 703-482-0623 | American Kwanzaa | Special Activities Division / Project Artichoke Control Room #108 | -Managing the outer concentric and securing communications from within Project Artichoke control room #108 with Bob Scherf operating the Truth Room By Grid Point machine integrated with the Baseline based on my 100% Truth. |
| Dawn Grabowski / Agent \*\* | 703-482-0623 | Jewish Hannukah / Sylvia | Special Activities Division / National Clandestine Service HUMINT Division<br>\* assaulted with nano implant in eye that cannot be removed. | -Managing the outer concentric.<br>-Told me to post updates on Facebook and write the book while clamping onto the grid section for Rice University to preserve my position and evidentiary.<br>-Met at Chinese restaurant with other friends at Walt Disney Imagineering / NBC Universal. |
| Rebecca Rodriguez / Agent | 703-482-0623 | | Special Activities Division / Project Artichoke Control Room #108 | -Managing the outer concentric. |
| Bob Scherf / Agent \* | 703-482-0623 | Bob McGinnity / Loyola | Project Artichoke Control Room #108 | -Maintains the 100% truthful Baseline with TITANO cyborg as controlled environment for Truth Room By Grid Point technology. |
| Jan Scherf / Agent \* | 703-482-0623 | The Lioncat | Senior-level manager | -Managing the outer concentric<br>-Wants to give sign approval to end Project Artichoke targeted assasination using 'slow-kill no-touch' torture but is being threatened by George Scherff Jr/aka George H. W. Bush Sr and the Bavarian Illuminati including Martin Hardin,   John D. Bennett, Patricia Hardin,   Linda Abregon,   Jim Hardin,   Michael Morrell. |
| Jennifer Scherf / Agent | 703-482-0623 | Jennifer McGinnity / Producer | Project Artichoke #100 / Psychotronic Ball<br>\* assaulted with nano implant in arm that requires removal. | -Managing the outer concentric at home in Los Angeles. |

\* denotes primary contact at CIA
\*\* denotes contacts met in person.

5 April 2013
Walter Uribe

***EXHIBIT B.***   *List of Contact Agents and Operatives at CIA in Arlington VA (Rev 2).*

| NAME | PHONE | AKA / SACRED MISNOMER | CURRENT POSITION | ROLE |
|---|---|---|---|---|
| Michael Strahan / Agent | 703-482-0623 | Rothschild | Project Artichoke Control Room #27 * assaulted with nano implant in leg which was removed yet requires more backup by CIA agents. | -Managing the outer concentric -Recording evidentiary -Providing credentials to Criminal Intelligence Division |
| Christie Yun / Agent | 703-482-0623 | (by name alone) | Special Activities Division / Project Artichoke Control Room #100 * assaulted with nano implant that was just removed. | -Managing the outer concentric. -Assaulted at Macy's Department Store in downtown Houston by Project Artichoke operative / HPD Spokesman / Store Detective and infected with a viral. |
| Jean Locasio / NSA Security Officer \*\* | 301-688-1785 301-688-2587 fax | | -NSA Security Officer | -Sold out with Stephen Jensen wearing a Remote Neural Monitor (RNM) Viewer to extract her HUMINT and possibly other secure access codes to enter facilities for National Security Agency. |
| Chris Jindrich / NSA Agent \*\* | 301-688-1785 301-688-2587 fax | | -NSA Front-Line Agent / ETSATCOMM | -Sold out at the beginning when I interviewed with NSA Security Officer Jean Locasio in 2006 to hire him based on my recommendation at a Starbucks on Vermont Ave in Los Feliz. |
| Federicka Whittingham / ✷ Supervisor, Russian Viral Room NSA, Fort Meade, Baltimore MD. Fort Detrick Annex Buidling. | 301-688-1785 301-688-2587 fax | | -NSA Front-Line Agent / ETSATCOMM | -Sold out at the beginning when I interviewed with NSA Security Officer Jean Locasio in 2006 to hire him based on my recommendation at a Starbucks on Vermont Ave in Los Feliz. |
| Rick Hussey / Engineer LEAP-EKV Program, Raytheon Tucson, AZ | 520-665-5594 | | -Engineer for LEAP-EKV Program at Raytheon in Tucson AZ | -Must be notified of the usurpation of the 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme. -Must be notified of the risk to the LEAP-EKV program and its ability to identify and lock-on to targets, prevent jamming, et al. -Must be notififed of military subversion during Operation Burnt Frost and launching of USA-202/Mentor-4/Intruder satellite to illegally extract and distribute unbreakable encryption schemes internationally. |
| Henry August / Scientist Phantom Ray Drone Program, Boeing International in Long Beach CA | 312-544-2002 | | -Scientist for Phantom Ray Drone Program at Boeing International in Long Beach CA. | -Must be notified of the usurpation of the 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme. |

CASE NO. 4:13-cv-00774

**EXHIBIT C.**   List Of Rogue HUMINT Operatives Complicit In Ongoing Military Crimes (WORKING LIST IN PROGRESS WHILE I AM TARGETED FOR ASSASINATION)

| NO | CURRENT NAME AT TIME CRIME OCCURRED | FORMER IDENTITY | AKA | RELATIONSHIP |
|---|---|---|---|---|
| 1 | Abregon, Diana / CIA Front-line manager | | | -Operation Paperclip clone of G. Bush Sr, C. Jensen, Phillipine Dictator Benigno Aquino. |
| | **ROLE** -Front-line manager at CIA. | | | |
| 2 | Abregon, Linda / DCI of NCS HUMINT Division | | | -Half-sister of Diana Abregon. |
| | **ROLE** -DCI of National Clandestine Service HUMINT Division. | | | |
| 3 | Alexander, John B. / Colonel - Fort Bragg NC | | | -Took graft from Frank Castellano Jr. |
| | **ROLE** -Involved in rogue non consentual testing at Fort Bragg, NC, and illegally extracting and distributing unbreakable encryption schemes taken off my body. | | | |
| 4 | Anderson, Dawn / LAPD | | | -A victim of sexual assault by Jeb Bush . |
| | **ROLE** -Operative / Project Artichoke #100 who lived in my apartment building on 2nd floor facing Greenwood Place. | | | |
| 5 | Anderson, Leanne / CIA Operative - Project Artichoke | | | -Classmate of Linda Gehlen<br>-Younger sister of actress Gillian Anderson of X-Files. |
| | **ROLE** -Operative / Project Artichoke #100 who lived in Los Feliz with psychotronic ball / globule and nano-powered RNM Viewer provided by Richard Gehlen and/or Stephen Jensen. | | | |
| 6 | Applegate, Christina | | | -Associate of Stephen Jensen.<br>-Girlfriend of John Ratko |
| | **ROLE** -Operative / Project Artichoke #100 who lived in Los Feliz near a cul-de-sac adjacent to the intersection of Los Feliz Blvd and Vermont Ave. | | | |
| 7 | Aquino, Michael S. / Lieutenant General | | | -Cloned son of NSA General Michael T. Aquino. |
| | **ROLE** -He's a 'rotating head on centerpoint' participating on the Joint Chiefs of Staff 2nd Committee. | | | |
| 8 | Atkinson, Phil / CIA Operative - Project Artichoke | | | -Associate of Frank Castellano.<br>-Purchased WTC insurance coverage from Leonard Silverstein and deposited payouts at United Bank of Switzerland in Zurich.<br>-Stole bank receipts from other Mafia family members who died in the demolition of buildings in NYC during the 9/11 Terrorist Attacks. |
| | **ROLE** -Rogue CIA Agent / Operative in Project Artichoke #100 who lived in Los Feliz near the home of Richard Spankett and David Lee Spankett.<br>-Los Angeles Times Beat Reporter. | | | |
| 9 | Atta, Melinda / Al-Qaeda Operative - 911 Terrorist Attacks | | | -Associate of Richard Gehlen.<br>-Past Associate of Stephen Jensen who lived in tri-level condo at 4617 Greenwood Place from 1988-1995. |
| | **ROLE** -Al-Qaeda Operative who commandeered 1st airliner drone into the WTC Twin Tower buildings.<br>-Attended 1988 Bavarian Illuminati meeting at a GenBase facility in Saudi Arabia with George Scherff Jr/aka George H. W. Bush Sr and other Operation Paperclip clones to receive psychotronic globules embedded with unbreakable encryption scheme and cryounits of bloodlines per usurped 1988 top secret program at Rockwell Intl.<br>-Truth Roomed having dated Vice-Chairman JCOS and Admiral James Winnefeld, FBI Director Robert Mueller,   NBC Today Show Anchor Matt Lauer, and others who played in the 9/11 Terrorist Attacks. | | | |

| NO | CURRENT NAME AT TIME CRIME OCCURRED | FORMER IDENTITY | AKA | RELATIONSHIP |
|---|---|---|---|---|
| 10 | Atta, Mohammed / Al-Qaeda Operative - 911 Terrorist Attacks | | | -Associate of Richard Gehlen.<br>-Friend of Stephen Jensen. |
| | **ROLE** | | | |

| NO | CURRENT NAME AT TIME CRIME OCCURRED | FORMER IDENTITY | AKA | RELATIONSHIP |
|---|---|---|---|---|

| 10 | | | | -Al-Qaeda Operative who hijacked United Airlines 175 and killed by AR-15 and buried all passengers aboard at an upstate NY airstrip.<br>-Attended 1988 Bavarian Illuminati meeting at a GenBase facility in Saudi Arabia with George Scherff Jr/aka George H. W. Bush Sr and other Operation Paperclip clones to receive psychotronic globules embedded with unbreakable encryption scheme and cryounits of bloodlines per usurped 1988 top secret program at Rockwell Intl. |

| 11 | Baird, Amanda / CIA Operative - Project Artichoke | | | -Associate of Tony Christiansen.<br>-Past associate of Frank Castellano.<br><br>ROLE<br>-Rogue HUMINT Operative / Project Artichoke #100 who attempted to leveraged ECHELON facility at Alice Springs, Australia with stolen nuclear ordnance from Tonopah Underground Nuclear Railroad along with Bob O'Haurly, John Dvorak, John Gotti Jr, and Tony Christiansen.<br>-Truth Roomed having participated in stealing, moving, and dumping nuclear ordnance in a 'nuclear dumping ground' off the western coast of Australia along with Bob O'Haurly, John Dvorak, John Gotti Jr, and Tony Christiansen. |

| 12 | Barberie, Jillian / KTTV News Anchor | | | -Wife of Eric Weisman / LAPD Monarch Program.<br><br>ROLE<br>-Rogue HUMINT Operative and KTTV News Anchor who cryogenically procreated with stolen amnioscentesis of my pre-born from Sunset Free Clinic. |

| 13*** | Barr, David L. / NSA Spotter | | | -Associate of Stephen Jensen.<br>-Past Associate of John Gotti Jr.<br>-LAPD INTEL Undercover<br>-NSA Spotter w/RNM Viewer<br>-Childhood friend of D/CIA Michael Morrell in Idaho where Cuyahoga Falls is next to Blue Snake and Ruby Ridge, site of an nuclear suitcase encased in an underground control room with a satellite-powered transmitter that supports PsiTech Viewing Corp / PsiCorp INTEL Network.<br>-Son of Bavarian Illuminati, SS Officer, and radical Scientologist John Barr and member of ODESSA NETWORK who participated in the murder of Elizabeth Short at the Beehive House along with George Scherff Jr/aka George H. W. Bush Sr, Craig Jensen, Dr. Josef Mengele, Dr. George Hodel, et al.<br><br>ROLE<br>-Obtained the unbreakable encryption scheme extracted from my body with a microwave dish operated by Stephen Jensen per usurped 1988 top secret program at Rockwell International.<br>-Rogue HUMINT Operative who causal stalked me with 'military expertise' prancing and hopping around with a RNM Viewer upstairs in Apt #214 above Apt #114 while Michael Charles Jensen clamped onto my brain magnetite in a Monarch/New Phoenix program control room prepping AI-SIMM around centerpoint containing my position until I was forced to relocate to another grid section and residence to clamp further without detection from CIA all-inclusive tapped into RIGGED INTEL by John D. Bennett where I lived in Los Feliz across the street from Stephen Jensen in a tri-level condo.<br>-Truth Roomed having murdered Tupac Shakur in Las Vegas along with Stephen Jensen, et al, and other Bavarian Illuminati using a chainsaw. |

| 14 | Barr, Matthew Lt. /LAPD INTEL | | | -Associate of Stephen Jensen.<br>-Brother of David L. Barr who lived in Apt #214 above my Apt #114.<br><br>ROLE<br>-Lieutenant / Los Angeles Police Dept. Intelligence Officer who took up contract assasination against me from rogue HUMINT Operative and Lt. Matthew Jensen Jr. from Monarch program control room.<br>-Rogue HUMINT Operative in LAPD/Monarch Program who causal stalked me and my mother, Nelly Uribe, for our bloodline per usurped 1988 top secret program at Rockwell Intl.<br>-Truth Roomed having played a primary role in leveraging rogue ex-LAPD Officer Christopher Dorner who was a victim of carrying out a bloodline assignment involving the movement of POLONIUM at Title House near Lexington Avenue and Romaine Ave stripping him of natural reproduction creating a psychological condition that led to extreme hate against those who doled out the bloodline assignment and sequestered his bloodline involving also Police Chief William Bratton, Lt. Randy Quon, Eric Weisman / LAPD Monarch Program. |

| 15 | Beech, Winston / MI6 Intelligence Officer | | | -Half-brother of Operation Paperclip clone David Ferrie who was complicit in the assasination of President John F. Kennedy above grassy knoll.<br>-Operation Paperclip clone from England of G. Bush Sr, C. Jensen, M. Jagger, et al.<br><br>ROLE<br>-Rogue HUMINT Operative in Project Artichoke #100 who lived in Los Feliz with psychotronic ball / globule.<br>-Killed and strangled Amy Winehouse for operative indoctrination who refused to comply with flag-driven requirement for conscription. |

16  Bennett, John D. / DCI of NCS HUMINT Division
-Half-brother of Stephen Jensen and President Barack Obama, et al.
-Operation Paperclip clone of G. Bush Sr,  C. Jensen, Richard Gehlen.
ROLE
-DCI of National Clandestine Service HUMINT Division and Primary Rogue HUMINT Agent who signed off on Project Artichoke against me for targeted assasination along with General Martin Dempsey, former DCI Porter Goss, Martin Hardin, Stephen Jensen.
-Obtained unbreakable encryption scheme off my body created with hand-held microwave dish per usurped 1988 top secret program at Rockwell Intl prior to 9/11 Terrorist Attacks.
-Operated along with Stephen Jensen an international Black Market of Encryption Schemes, Nuclear Suitcases, nano-powered RNM Viewers, Psychotronic Balls / Globules, et al.
-Scientology/OSA Guardian who stole amnioscentesis of my pre-born from Sunset Free Clinic in Silverlake CA
-Charged $1 million and up to 2500 Scientology members to cryogenically procreate with my stolen bloodline.

17  Bloomingdale, Christopher T.    / CIA Operator - Project Artichoke
-Half-brother of Stephen Jensen and President Barack Obama, et al.
-Operation Paperclip clone of G. Bush Sr,  C. Jensen, Dr. Josef Mengele.
ROLE
-Rogue HUMINT Operator in Project Artichoke against my mother, Nelly Uribe, for 23+ years since the usurpation of the 1988 top secret program at Rockwell Intl and myself since I lived in the Los Feliz.
-Project Artichoke controller responsible for embedding the instruction set 'move and kill anything' via satellite to the RFID implanted in the center lobe of the brain of controlled assasin Adam Lanza in coordination with Peter Lanza, a former CIA operative and 'token Bavarian Illuminati' as part of bloodline crime in pursuit of having 'the longest-running lineage' in Newtown,   CT against the children of one of the oldest Jewish communities in the New England area and have their bloodlines sequestered where contamination of the water supply is also an issue.
-Project Artichoke controller responsible for rogue non-consentually testing 'Thinking Cap on Centerpoint' technology on controlled assasin James Eagan Holmes in pursuit of the Aurora Colorado shootings with military weaponry purchased from money stolen from the bank account of his father and Rothschild Illuminati and 'rung up' on the black market with filings marked off.
-Project Artichoke controller played a significant role prepping controlled assasins Sirhan Sirhan, Charles Manson, Nidal Hassan, Jacob Roberts, and others for 50+ years.

18  Bloomingdale,  Michael W. / CIA Operator - Project Artichoke
ROLE
-Project Artichoke controller responsible for rogue non-consentually testing 'Thinking Cap on Centerpoint' technology on controlled assasin Jared Loughner in pursuit of the assassination of Jewish Congresswoman Gabrielle Gifford.
-Project Artichoke controller played a significant role prepping controlled assasins Sirhan Sirhan, Charles Manson, Nidal Hassan, James Eagan Holmes, Jacob Roberts, Adam Lanza and others for 50+ years.

19  Bratton III,  Charles/ CIA Operative - Project Artichoke
-Operation Paperclip cloned son of G. Bush Sr,    C. Jensen,    LAPD Police Chief William Bratton and my stolen blood sample taken at Rockwell International and/or Hughes Aircraft Company who lived in the Los Feliz area near the Scientology Celebrity Circle located at Franklin Ave and Bronson Ave and attended Loyola High School.
ROLE
- Rogue HUMINT Operative in Project Artichoke #100 hired to fix instrumentation and subsequently became involved in my targeted assasination and/or stripping of natural reproduction.

20  Bratton,  William / LAPD Police Chief
-Cryogenic creator of cloned son Charles Bratton III.
-Associate of John Gotti.
ROLE
-Stole my blood sample taken at Rockwell International (1987) and Hughes Aircraft Company (1983, 1988) and used it to cryogenically procreate Charles Bratton III.
-Sexually assaulted my mother,  Nelly Uribe, along with Eric Dimplestein/LAPD while at Sybil Brand Institute in Sylmar CA while in command of LAPD and NYPD Monarch program.

21  Burgess, Ronald / Lt. General retired - Defense Intelligence Agency

22  Bush Sr,  Barbara
-Wife of George Scherff Jr/aka George Hebert Walker Bush Sr and involved in out-of-wedlock arrangement along with actor George Hamilton to naturally procreate George W. Bush Sr.
ROLE
-Truth Roomed by CIA's Special Activities Division having knowledge of the true identity of George H. W. Bush Sr as George Scherff Jr before marriage.
-Illegally distributed psychotronic balls/globules embedded with unbreakable encryption scheme per usurped 1988 top secret program at Rockwell International.
-Causal stalked my mother and grandmother from White House Control Room #1 which had illegally locked into centerpoint their brain magnetites per Executive Orders demanded by George Scherff Jr/aka George H. W. Bush Sr from the onset of his presidential administration in 1988-ongoing.

23  Bush,  Barbara Pierce / Owner of Scientology Inc.
-Operation Paperclip cloned daughter of G. Bush Sr,   C. Jensen.
ROLE

24  Bush Sr, George Herbert Walker          George Scherff Jr
    -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.
    ROLE
    -Criminal planner of 9/11 Terrorist Attacks on New York City and the Pentagon.

25  Bush, Jeb / CEO of Scherff Corporation             -Operation Paperclip cloned son of G. Bush Sr, C. Jensen, and Sheik Rahman Al-Saud.
    ROLE
    -Criminal planner of 9/11 Terrorist Attacks on New York City and the Pentagon.

26  Bush, Laura / CIA Operative                    -former First Lady and wife of former U.S. President George W. Bush Jr.
    ROLE
    -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon having foreknowledge of the planning and execution who did nothing about it except 'nano-blank' to negatively affect HUMINT collection.

27  Bush, Lauren / CIA Agent
    ROLE
    -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.

28  Bush, Marvin / CIA Agent
    ROLE
    -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon having used explosives to demolish WTC7 Building destroying classified archives for 'the fine line' of top-tier domain oversight for the Department of Defense affecting the 'power of the walk'.
    -Criminal planner of 2001 Anthrax Attacks for the intent of removing the Democrat and Republican political opposition for upcoming presidential elections involving Operation Paperclip cloned offspring of George Scherff Jr/aka George H. W. Bush Sr such as Barack Obama, David Howell Petraeus, Jeb Bush, et al, for generations to come while in knowledge of nuclear ordnance implementations and possible initializations along the coastline of, and within, the United States and in other countries around the world.

29  Bush, Neal / CIA Operative - Project Artichoke
    ROLE
    -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.

30  Bush, Sofia / CIA Agent
    ROLE
    -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.

31 * Casbolt, James / CIA Agent, NSA Agent / Front-line Manager, Russian Viral Room, Fort Detrick Annex Building, M/S 109, Fort George R. Meade, Maryland 70719.
    ROLE
    -Rogue CIA Agent / Operator of Project Artichoke #47 or #100 who has threatened **my assassination** and sells UNAUTHORIZED, nano-powered Remote Neural Monitor (RNM) Viewer MASTER CLAMPS that can directly clamp down on any grid section my genitalia via Net Centric Warfighter framework without any capability by CIA along with well-defined INTEL to DE-CLAMP subverting DOD top-tier military oversight while illegally extracting secure access codes to weapon systems built by defense contractors, private military contractors, et al.

32  Castellano, Frank / DCI of NCS HUMINT Division
    ROLE
    -Criminal master-planner of 9/11 Terrorist Attacks on New York City and the Pentagon specifically targeting the demolition of New York City buildings.
    -Criminal planner of sexual assault of relationship-to-wed while I lived in the Mayfair Planned Development of Valencia along with NBC Today Show Main Anchor Matt Lauer, FBI COINTELPRO Agent and 525 Post Production Sales Executive Bob O'Haurly, FBI Agent Robert Gosling, FBI Agent Robert McNamara, Xytech/Xymox CEO Richard Gallagher, and other agents and operatives of CIA Project Artichoke, FBI COINTELPRO, and malformed Monarch/New Phoenix program control rooms also involved in the causal stalking and/or targeted assassination of my mother, Nelly Uribe, and other family members.

33  Castellano Jr., Frank / CIA SOCOM Unit

34  Castellano, Jennifer / CIA Operative          Jennifer Flavin
    ROLE
    -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.

35  Christiansen, Tony / DIA Agent and President of Christian Science Monitor
    ROLE
    -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.

36. Clinton, William "Bill" / former U.S. President
ROLE
-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon having foreknowledge of the planning and execution.
-Gave signed approval of Executive Orders that ensured the brain magnetites of my family members were locked into centerpoint of White House Control Room #1 while causal stalking my mother, Nelly Uribe, in return for gratuity.

37. Clinton, Hillary-Rodham / Secretary of State and former U.S. First Lady
ROLE
-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon having foreknowledge of the planning and execution.
-Truth-roomed by CIA all-inclusive having been complicit in the assasination of White House Intern Chandra Levy for U.S. Senator Gary Condit in May 2001 because she had overheard conversations involving the planning of the 9/11 Terrorist Attacks on New York City and the Pentagon.
-Wife of former U.S. President William "Bill" Clinton who assasinated Intern Chandra Levy for Senator Gary Condit who is the daughter-in-law of CIA Agent Michael Strahan who saved my life while preserving my 100% truth baseline in Project Artichoke.

38. Clinton, Chelsea
-Operation Paperclip cloned daughter of G. Bush Sr, C. Jensen.

39. Cruise, Tom / CIA Operative and SEA ORGANIZATION LEAD CAPTAIN
-former husband of Operation Paperclip clone Kathryn Jensen/aka Katie Holmes who cryogenically procreated Baby Suri upon the theft of my pre-born's amnioscentesis from Sunset Free Clinic in Silverlake CA and subsequently killing of my pre-born by Stephen Jensen with a microwave dish after directly having created unbreakable encryption schemes per usurped 1988 top secret program at Rockwell International that marked my family bloodline as the exact bloodline to Jesus and Mary Magdalene as well as the direct lineage from Seti/Hathor.
ROLE
-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon having foreknowledge of the planning and execution as well as the information regarding the location of my apartment across the street from Stephen Jensen along Greenwood Place in the Los Feliz area of Los Angeles.

40. Cuddy, David / CIA Agent

41. Dempsey, Brian / Lieutenant
-Operation Paperclip cloned son of General Martin Dempsey, G. Bush Sr, C. Jensen, and my stolen blood sample taken from Hughes Aircraft Company (1983, 1988) and Rockwell International (1987) who was cryogenically procreated specifically to include R1 haplogroup and usurp the culture, history, lineages involved in the origins of the Catholic Church and steal the bounty left by the Knights Templar at the bottom of Timnra, Israel, which is the reason Israel must preserve the territorial rights to Gaza and the origins of the country of Israel and the Lost Tribes.
-All military criminals involved in the absconding of, and cryogenically procreation with, my family bloodline must be excommunicated from the Catholic Church to preserve its original culture, history, and lineages as well as serve as a reminder to future perpetrators how close we came to initiating all nuclear arsenals owned by well-defined military oversight and rogue HUMINT operatives along with the permanent stripping of the natural ability to procreate of the Human Race which was hopefully stopped around 21 December 2012.
ROLE
-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.

42. Dempsey, Martin General / Chairman of the Joint Chiefs of Staff, General
ROLE
-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.

43. Dewurst, David / MILTEL, former Lt. Governor of Texas
ROLE
-Rogue HUMINT operative who was Truth Roomed having possession of a psychotronic ball / globule and participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases.
-Former Lt. Governor Of Texas.

44. Dimplestein, Eric / LAPD

45. Dorfmann, Suzie / CIA Operative - Project Artichoke
ROLE
-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.

46. Drake, Christopher / DIA Agent, Lieutenant

| # | Name / Role | Details |
|---|---|---|
| 47 | Dvorak, John / CIA Operative - Project Artichoke | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. -Truth-roomed by CIA's Special Activities Division as the murderer of Ronald Goldman and Nicole Brown Simpson wielding a long axe whereupon the head of the axe was dumped in a sewer drain near the scene of the crime near the intersection of Bundy Drive and Wilshire Blvd. |
| 48 | Euchstad, David / former CIA Agent and SEA ORGANIZATION | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon having foreknowledge of the planning and execution. -Lived on the 3rd Floor of the Dracena Palms Apartment building where I lived, namely in Apt #114. |
| 49 | Euchstad, Michael / CIA Agent SOCOM Unit, Lieutenant | |
| 50 | Euchstad, Wayne / Staff Member of the Joint Chiefs of Staff, Lt. General | |
| 51 | Ferret, David / CIA Agent | |
| 52 | Ferret, Steven / CIA Agent | |
| 53 | Fiorina, Carly / CIA Operative - Project Artichoke, former CEO of Hewlett-Packard | |
| 54 | Ford, Harold C. / CIA Operative | |
| 55 | Ford, Tom | |
| 56 | Garcia, Wilfredo | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 57 | Gallagher, Richard | |
| 58 | Garza, Pedro | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 59 | Gehlen, Linda | |
| 60 | Gehlen, Richard | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 61 | Gosling, Robert / FBI Agent - Monarch Program | -Cryogenic creator of cloned son, Ryan Gosling, who attempted to procreate with my pre-born's stolen amnioscentesis from Sunset Free Clinic along with mutant clone, Eva Mendez. **ROLE** -FBI Agent operating a Monarch program control room from FBI's Northwest Field Office at the top floor who was truth-roomed by CIA all-inclusive to have provided cage support along with rogue COINTELPRO cages from Atlanta to ground support implementing five (5) nuclear suitcases, owned by Frank Castellano, in Houston within a warehouse north of the Port of Houston along the 30 bus route and embedded in concrete not yet initialized but capable. |
| 62 | Goss, Porter | **ROLE** -Criminal master-planner of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 63 | Gotti, John Jr. | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 64 | Gotti, Victoria | |
| 65 | Hager-Bush, Jenna | Jenna Bush |
| 66 | Hayden, Michael / NSA DNI, General retired | |

| # | Name | ROLE |
|---|---|---|
| 67 | Hardin, Jim | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 68 | Hardin, George | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 69 | Hardin, Martin | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 70 | Hardin, Patricia | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 71 | Hardin, Peter | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 72 | Harris-Bulmer, Julie / CIA Agent | |
| 73 | Hathaway, Anne Catherine / CIA Operative - Project Artichoke | |
| 74 | Hartounian Jr., George | -Cryogenic creator of Operation Paperclip clone Melissa Hartounian. -Father of Pepi Hartounian. -German-Turkish origin, not Armenian. **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. -Building Inspector Of Dracena Palms Apartments. |
| 75 | Hartounian, Melissa / CIA Operative | -Girlfriend of Stephen Jensen. -Operation Paperclip clone of G. Scherff Jr/aka G. H. W. Bush Sr, C. Jensen, and G. Hartounian Jr. -German-Turkish origin, not Armenian. **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. -Attempted to cryogenically procreate with Stephen Jensen using my bloodline. |
| 76 | Hartounian, Pepi / CIA Agent | -Sister Of Melissa Hartounian. -Girlfriend of Lt. Michael Euchstad/SOCOM Unit. -German-Turkish origin, not Armenian. **ROLE** -Truth Roomed having possession of Remote Neural Monitor (RNM) Viewer w/instruction sets comprising a Nuclear Ignition System, et al. -Truth Roomed having implemented Nuclear Suitcases in the Port of Long Beach w/Lt. Michael Euchstad/SOCOM and moved other Nuclear Suitcases along with Tony Christiansen. |
| 77 | Hidalgo, Catherine | |
| 78 | Hill, Brent / HPD - Criminal Intelligence Division | -Half-brother of cloned sister Rebecca Hill / HPD. -Was detected by CIA all-inclusive using Christian Science Monitor control room at the basement of Christian Science Monitor facility located at Jefferson and Main St in downtown Houston. **ROLE** -Deep-mined oil pipe, i.e. 'clean-up pipe', crew member linked to Monarch program at Houston Police Department who was truth-roomed by CIA all-inclusive to have causal stalked me and my mother, Nelly Uribe, in knowledge of the 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme using satellite-powered directed energy LASER taken off our body as of yet without consent nor definitive of any kind. -a role player in Black Market of Encryption Schemes, Nuclear Suitcases, Psychotronic Balls/Globules, nano-powered Remote Neural Monitor (RNM) Viewers (contact lens or nano-implant deeply embedded typically in the left eye w/instruction sets capable of comprising a Nuclear Suitcase Ignition). |
| 79 | Hill, Rebecca / HPD | -Half-sister of natural-born brother Brent Hill / HPD-Criminal Intelligence Division. -Was detected by CIA all-inclusive using Christian Science Monitor control room at the |

| # | Name | Details |
|---|---|---|
| 80 | Hilton, Paris / CIA Agent | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. basement of Christian Science Monitor facility located at Jefferson and Main St in downtown Houston. |
| 81 | Hoffs, Trevor | **ROLE** -Rogue HUMINT operative who was Truth Roomed having possession of a psychotronic ball / globule and participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 82 | Holder, Eric | |
| 83 | Holmer, William | **ROLE** -Technician In Project Artichoke involved in my targeted assasination per contract hit. |
| 84 | Hospital, Susanna | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. -17yr old |
| 85 | Jaymeson, Richard Allen | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 86 | Jensen, Ashley | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 87 | Jensen, Craig | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 88 | Jensen, Dan | Dan Powers |
| 89 | Jensen, David George | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 90 | Jensen, Debra | Debra Ashtait    -Ex Wife of Craig Jensen **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 91 | Jensen, Kathryn | Catherine Holmes    -Sister of Craig Jensen. **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. -Descendant of Mary Ann Holmes, wife of John Wilkes Booth, assasin of President Abraham Lincoln. |
| 92 | Jensen, Kathryn | Katie Holmes **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 93 | Jensen, Matthew Jr | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 94 | Jensen, Matthew Sr | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |

| # | Name | | |
|---|---|---|---|
| 95 | Jensen, Michael Charles | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. | |
| 96 | Jensen, Michael Patrick | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. | |
| 97 | Jensen, Stephen | **ROLE** -Criminal master-planner of 9/11 Terrorist Attacks on New York City and the Pentagon. | |
| 98 | Jensen, Vincent | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. | |
| 99 | Kasmeric, Peter | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. | |
| 100 | Martins, Sheila | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. | |
| 101 | Martins, Susanna | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. | |
| 102 | McConnaughey, Matt | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. | |
| 103 | McConnaughey, Matthew | **ROLE** -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. | |
| 104 | McCourt, Frank | | |
| 105 | McNamara, Robert | | |
| 106 | Miscavige, David | | |
| 107 | Morrell, Michael | **ROLE** -Rogue HUMINT operative who was Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. -Current Director of CIA. -owned a residence on Rodney Drive 1 block east of my apartment. | |
| 108 | Mueller, Robert | | -Operation Paperclip clone of G. Bush Sr, C. Jensen, M. Bormann/aka Clyde Tolson. -Truth roomed by CIA all-inclusive having dated Al-Qaeda Operative Melinda Atta prior to 9/11 Terrorist Attacks on New York City and the Pentagon |
| 109 | Laden, Osama bin | | |
| 110 | Lauer, Cindy | **ROLE** -Former CIA Operative in Project Artichoke who was Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. -Cryogenically procreated with my pre-born's amnioscentesis stolen from Sunset Free Clinic in Silverlake CA along with Matt Lauer, et al, to create Jack Lauer. | -Wife of NBC Today Show Anchor Matt Lauer. |
| 111 | Lauer, Matt | **ROLE** | -Mutant clone / Operation Paperclip program of Italy and France. -Husband of Cindy Lauer. |

| # | Name | Role |
|---|---|---|
| 112 | O'Haurly, Bob | -Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. -Cryogenically procreated with my pre-born's amnioscentesis stolen from Sunset Free Clinic in Silverlake CA along with Matt Lauer, et al, to create Jack Lauer. |
| 113 | Obama, Barack / President of the United States | - |
| 114 | Obama, Michelle / First Lady | |
| 115 | Ordonez, Steve | |
| 116 | Osborne, Sharon / CIA Operative - Project Artichoke | |
| 117 | Paraveshesh, Harvisit / CIA Agent | ROLE -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 118 | Perry, Rick / MILTEL, Governor of Texas | ROLE -Causal stalked my mother, Nelly Uribe, along with Jeb Bush and David Dewurst 'tapped into' Project Artichoke program control rooms and the psychotronic pipe managed by CIA's Special Activities Division. -Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. -Current Governor Of Texas. |
| 119 | Petraeus, David Howell Gen. retired | ROLE -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. -Shoulder-fired SLAMRAAM missile targeting the seat coordinates of Lauren Catuzzi-Grandcolas onboard United Airlines Flight #93 killing all passengers onboard as well as having murdered along with Mohammed Atta all passengers disembarked from United Airlines Flight #175 using the latest AR-15 weapon. |
| 120 | Piven, Jeremy | ROLE -Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 121 | Powers, Dan | Dan Jensen |
| 122 | Prince, Erik | ROLE -Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 123 | Ratko, John | ROLE -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 124 | Reeves, Keanu | ROLE -Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 125 | Ricart, Robert | ROLE -Agent / Operator of Project Artichoke who was spotted on the balcony of David L. Barr in Apt #214 and rogue non-consentually tested me to illegally create/distribute rogue versions of unbreakable encryption schemes based on argon, iridium, gamma, laser, et al, per usurped 1988 top secret program at Rockwell International. -Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 126 | Ricci, Christina | ROLE -Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |

| | | |
|---|---|---|
| 127 | Richards, James | |
| 128 | Ritchie, Nicole | |
| 129 | Ritchie, Sandra | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 130 | Robbins, Christopher | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 131 | Robbins, Tony | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 132 | Rumsfeld, Donald Nicholas | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 133 | Sax, Robyn | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 134 | Schwartzkopf, Lisa Lt. | |
| 135 | Scherff, Neila Lt. General | **ROLE**<br>-Joint Chiefs of Staff 2nd Committee<br>-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases. |
| 136 | Smothers, William "Bill" | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 137 | Sontag, Juliawatta | |
| 138 | Spankett, David Lee | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 139 | Spankett, Richard | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 140 | St. Cloud, John | |
| 141 | Stallone, Frank | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 142 | Stallone, Sylvester | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |
| 143 | Stone, Sharon / CIA Operative – Project Artichoke | |
| 144 | Travolta, John | **ROLE**<br>-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon. |

| | | |
|---|---|---|
| 145* | Weisman, Eric / LAPD | -Husband of Jillian Barberie, KTTV News Anchor.<br>-Brother of Stuart Weisman in Houston TX. |

**ROLE**
-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.
-Rogue HUMINT Operative in LAPD Monarch Program who lived in Los Feliz while causal stalking and rogue non-consentually testing me and my mother for our bloodline and unbreakable encryption scheme per usurped 1988 top secret program at Rockwell International.

| | | |
|---|---|---|
| 146 | Wheeler, Roxanne/ CIA Agent | Roxanne Rumsfeld — Sister of Donald Nicholas Rumsfeld, Daughter of Secretary of Defense Donald Rumsfeld. |

**ROLE**
-Truth Roomed having implemented a nuclear suitcase in Washington D.C. near the White House in a State Department building embedded in concrete along with Stephen Jensen, Anna Chapman, Bob O'Haurly, et al, to be initialized with INMARSAT satellite and later with Intruder satellite with an encryption scheme based on argon which leaves a residue once de-crypted to prevent any recovery of military response time.
-Truth Roomed participating in an international Black Market of Encryption Schemes, nano-powered RNM Viewers, Psychotronic Balls/Globules, CryoUnits of Bloodlines, Squeeze Bottles, and up to 120+ Nuclear Suitcases.

| | |
|---|---|
| 147 | Winnefeld, James / Vice-Chairman of the Joint Chiefs of Staff, Admiral |

**ROLE**
-Criminal co-conspirator of 9/11 Terrorist Attacks on New York City and the Pentagon.

| | |
|---|---|
| 148 | Zaragoza, Susan / CIA Operative - Project Artichoke |

| | |
|---|---|
| 149 | Peabody, John / NSA Agent |

**ROLE**
-Rogue NSA Agent operating a Monarch / New Phoenix program control room in the room adjacent to the Russian Viral Room at National Security Agency, Fort Detrick Annex Building, M/S 109, Fort George R. Meade, Maryland 70719

| | |
|---|---|
| 150 | Ratko, Christopher / CIA Senior-level manager |

**ROLE**
-Rogue HUMINT operative causal stalking, conducting rogue non-consentual testing, and performing targeted assasination against me wearing the latest, rogue, Unauthorized Remote Neural Monitor (RNM) Viewer with instruction sets capable of comprising a Nuclear Ignition System, MASTER GRID CLAMP, et al.

| | |
|---|---|
| 151 | Gotti, Vincent |

**ROLE**
-killed my pre-born along with Stephen Jensen operating a hand-held microwave dish in a tri-level condo located across the street from my apartment in Los Feliz.
-Rogue HUMINT operative causal stalking, conducting rogue non-consentual testing, and performing targeted assasination against me operating an impenetrable control room in Villa Park CA.

| | |
|---|---|
| 152 | Gotti, Vincent Jr. |

**ROLE**
-killed my pre-born along with Stephen Jensen operating a hand-held microwave dish in a tri-level condo located across the street from my apartment in Los Feliz.
-Rogue HUMINT operative causal stalking, conducting rogue non-consentual testing, and performing targeted assasination against me operating an impenetrable control room in Villa Park CA.