| United States District Court | Southern District of Texas |
|---|---|

Walter Uribe, §
§
       Plaintiff, §
§
versus §    Civil Action H-13-774
§
National Security Agency, et al., §
§
       Defendants. §

## Order Denying Reconsideration

Walter Uribe's motion for reconsideration is denied. (8)


Signed on April 8, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge