| United States District Court | Southern District of Texas |
|---|---|

Walter Uribe, §
§
    Plaintiff, §
§
versus §  Civil Action H-13-774
§
National Security Agency, et al., §
§
    Defendants. §

## Order on Denial

Walter Uribe's motion to disqualify is denied. (14)

Signed on April 16, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge