CASE NO. 4:13-cv-00374

UNITED STATES OF AMERICA ALWAYS FIRST        R1

TO:      Mr. Chuck Hagel
         Secretary of Defense
         1155 Defense Pentagon
         Washington, D. C. 20301-1155

United States Courts
Southern District of Texas
FILED

MAY 30 2013

David J. Bradley, Clerk of Court

CC:      Mr. James Hogan
         Director of Administration and Management
         Defense Freedom of Information Policy Office

SUBJECT:  1) Requesting Immediate Facilitation Per Top Secret Oath and Instruction Regarding the Usurpation By Former U.S. President George Scherff Jr/aka George Bush Sr and the Bavarian Illuminati Including Up to 100 Operation Paperclip Clones and Rogue HUMINT Operatives of a 1988 Top Secret Program at Rockwell International That Marked My Family Bloodline As Yielding the Unbreakable Encryption Scheme Using Satellite-Powered Directed Energy Waveforms Off My Body as the Fundamental Cause of the 9/11 Terrorist Attacks on New York City and the Pentagon.

          2) Release Brain Magnetites of Myself, My Mother, and Other Family Members from Russian Viral Room at National Security Agency

RE:       1) Central Intelligence Agency (CIA) FOIA CASE #P-2012-01261, Appeal Granted, 25 October 2012.

          2) Department of Defense (DOD) FOIA APPEAL / USCENTCOM CASE #12-0198.

          3) Special Intelligence Report (SIR), Case Incident No. 010203812-A, 24 January 2012, Criminal Intelligence Division, Houston Police Department, downtown Headquarters.

DATE:     9 May 2013

Dear Secretary of Defense Chuck Hagel,

Your urgent reply is immediately requested. A spectrum analyzer is required immediately by the Houston Police Department to detect and record physical evidentiary regarding ongoing satellite-powered directed energy attacks against me by rogue HUMINT operatives populating Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms to allow me to:

1) file a crime report and/or an injunction to cease and desist 'SLOW-KILL NO-TOUCH' torture by rogue control rooms with or without permits and affixing 'AI/SIMM GAME CONSOLE ON CENTERPOINT' clamped on their brain magnetites for leverage to extort.

2) prevent illegal extraction / distribution of the next generation of unbreakable encryption schemes taken off myself, my mother Nelly Uribe/aka Nelly Rodriguez de Uribe, other family members, and my pre-born having bloodlines with the oldest, rarest, and most complete set of haplgroups using dangerous waveforms via satellite per 1988 top secret program at Rockwell International that I worked on that marked my family bloodline, recently truth-roomed by CIA to be the exact bloodline to Jesus and Mary Magdalene and the 'longest-running lineage on Earth', as yielding the unbreakable encryption scheme which is the all-time penultimate weapon system component affecting the entire nuclear arsenal, unmanned aerial vehicle (UAV) or drone program, state-of-the-art missile systems, et al, that helped win the Cold War in 1991.

NOTE: The next generation of the unbreakable encryption scheme was extracted from my pre-born in my fiance's womb by rogue HUMINT agent Stephen Jensen operating a hand-held microwave dish in a tri-level condo at 4617 Greenwood Place Los Angeles CA across the street from my apartment prior to the 9/11 Terrorist Attacks along with Al-Qaeda Operative Melinda Atta who commandeered the 1st airliner drone into one of the World Trade Center Twin Tower buildings. My pre-born's amnioscentesis was stolen from Sunset Free Clinic in Silverlake California by Stephen Jensen and other rogue HUMINT operatives and Scientology/OSA Guardians to populate cryobank partner providers (Gold Base in Hemet CA, GenBase in Saudi Arabia, and WWN in Culver City) to charge 'lineage-based' services of $1 million and up to 2500 Scientology members allowing to cryogenically procreate with the pre-born's bloodline. Around February 2006, my pre-born was subsequently killed by Stephen Jensen and other Bavarian Illuminati operating the same hand-held microwave dish in the tri-level condo.

3)  prevent the remote ignition of nuclear ordnance, specifically a nuclear suitcase bomb, of which I reported the intelligence gathered via psychotronic communication in the so-called NWO Psychotronic Pipe managed by CIA's Special Activities Division regarding five (5) nuclear suitcase bombs already implemented along the northshore of the Port of Houson accessible along MetroBus Route 30 as embedded in concrete within septic tanks across the street from a warehouse with an underground walkway which is otherwise undetectable by the Houston Police Department without a spectrum analyzer and an ability to decrypt the unbreakable encryption scheme.

On 7 April 2013, I phoned a 9-1-1 emergency call to Houston Police Department to file a crime report regarding ongoing 'slow-kill no-touch' torture involving offensive satellite-powered directed energy, psychotronic communication, and remote neural insertion assaults by a control room operated by Vincent Gotti, Vincent Gotti Jr, and Victoria Gotti at their residence in Villa Park, California, in coordination with former Florida Governor and rogue HUMINT operative Jeb Bush, owner/operator of Scherff Corporation, operating an impenetrable control room at Bush/Scherff Corporation in Kennebunkport Maine along with other rogue HUMINT operatives populating control rooms at Gold Base in Hemet California, U.S. Training/aka Xe/Blackwater Worldwide in Grand Prairie Texas and San Francisco California, et al, while affixing 'AI/SIMM GAME CONSOLE ON CENTERPOINT' clamped on my brain magnetite which illegally extracted/distributed the next generation of unbreakable encryption schemes per usurped 1988 top secret program at Rockwell International and could ignite any one of the five nuclear suitcase bombs previously reported to CIA in Arlington VA, via Freedom Of Information Act (FOIA) Appeal Case No. P-2012-01261, FBI's Northwest Field Office in Houston via documentation presented during walk-in visits, and Criminal Intelligence Division at the Houston Police Department at downtown headquarters via Special Intelligence Report (SIR), Case Incident No. 010203812-A.

The 911 emergency call was immediately received yet I was told by a Houston Police officer on the telephone recording the message that no spectrum analyzer is available to detect the satellite-powered assaults preventing me from filing the crime report and the resultant 'slow-kill no-touch' torture upon my corporal form specifically my genitalia stripping me of my natural ability and health to procreate.

In addition, ongoing crimes of causal stalking, rogue non-consentual testing, and targeted assasination continue against me by rogue NSA Scientist David George Jensen along with rogue HUMINT NSA Agents/Operatives James Casbolt, John Peabody, and Marcia Wilcox operating a Monarch/New Phoenix program control room in the Russian Viral Room at National Security, Fort Detrick Annex Building, Fort George R. Meade, Maryland 70719, caught-redhanded illegally extracting/distributing unbreakable encryption schemes using satellite-powered directed energy waveforms off my body per usurped 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme while illegally having an argon pile placed in the adjacent room to prevent others from entering the room.

However, I am at risk of losing my life due to ongoing causal stalking, rogue non-consentual testing, and targeted assasination by Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms populated by rogue HUMINT operatives wearing the latest rogue, unauthorized yet fully-encrypted Remote Neural Monitor (RNM) Viewers either by contact lens or nano-implant deeply embedded typically in the left eye with instruction sets capable of comprising a Nuclear Ignition System, MASTER GRID CLAMP, MASTER GRID SWITCH, Genitalia Database, and other PRE-PROGRAMMED SCRIPTS to initialize a targeted kill sequence or other military crime without detection by National Security Agency along with other well-defined military intelligence agencies in the United States.

Per recent psychotronic communication from CIA's Special Activities Division, the following communication to Director of National Intelligence (DNI) must be formally reported and action must be taken to save my life and the life of my mother, Nelly Uribe/aka Nelly Rodriguez de Uribe, from ongoing causal stalking, rogue non-consentual testing, and targeted assasination by all Project Artichoke control rooms populated by rogue HUMINT operatives who have taken graft to benefit military criminals in possession of the unbreakable encryption scheme:

a) Please ensure the MASTER GRID CLAMPS applied to the brain magnetites of myself, my mother, and all other family members are always actively engaged and in possession of 'the fine line' of our military oversight,

b) Please remove the AI/SIMM GAME CONSOLE ON CENTERPOINT, THINKING CAP ON CENTERPOINT, AND NANO-POWERED INTERCONNECT DEVICES, i.e 'nano-connects', from of all Monarch/New Phoenix, Project Artichoke, and Targeted Killing program control rooms that are interface with the MASTER KEYS referencing the brain magnetites of myself, my mother, and all other family members as well as from all other control room centerpoints which are rogue to our positions,

c) Please remove the MASTER KEY LOCKS referencing the brain magnetites of myself, my mother, and all other family members from all other control room centerpoints that are not at NSA, CIA, et al, and rogue to our positions.

Furthermore, for your review, please find attached the following documents that outline country-first issues uncovered since the 9/11 Terrorist Attacks on New York City and the Pentagon via psychotronic communication per Agents and Operatives of CIA's Special Activities Division assisting to preserve my position by facilitating Truth Room By Grid Point technology and calling reads that help to identify and locate positions of those complicit:

1) Exhibit A.   Country-First Issues Including Rogue Nuclear-Related, Satellite-Powered, and Tradecraft Technology.
2) Exhibit B.   List of Contact Agents and Operatives at CIA in Arlington VA.
3) Exhibit C.   List of Rogue HUMINT Operatives Complicit in Ongoing Military Crimes.

To note, I am also requesting an appeal to a decision documented in a letter dated 7 June 2012 written by Lt. Col. Walter L. Carter, Jr., responding to a Freedom of Information Act (FOIA) request filed on 16 April 2012 indicating that no information nor documentation was found regarding a 1988 top secret program at Rockwell International to create the unbreakable encryption scheme based on my family bloodline featuring the oldest and rarest haplogroup (mtDN13) as well as the most complete set of haplogroups ever detected to securely encrypt a satellite-driven directed energy weapon system and other control room-related communication and technology, including psychotronic globules and remote neural inserts. Please see attached documents. I believe information, procedures, and related documentation for this 1988 top secret program at Rockwell International exist and were possibly destroyed during the demolition of the WTC7 building in New York City by Marvin Bush in coordination with former President George Scherff Jr/aka George Bush Sr and other clones that he cryogenically procreated during Operation Paperclip such as Osama bin Laden, Mohammed Atta with 19 other terrorist hijackers belonging to Al-Qaeda for the true military objective of destroying classified archives stored for top-tier domain oversight by the Department of Defense.

To fulfill the top secret instruction given to me back in 1988 at Rockwell International, I must be facilitated me to our 'fine line' of military oversight, the Joint Chiefs of Staff, to formally report:

1) the usurpation by George Scherff Jr/aka George Bush Sr and the Bavarian Illuminati including up to 100 Operation Paperclip clones, Bavarian Illuminati-influenced senior-level management at CIA, and rogue HUMINT operatives populating Project Artichoke, Monarch/New Phoenix, and Targeted Killing program control rooms of the 1988 top secret program that marked my family bloodline as yielding the unbreakable encryption scheme extracted via satellite to encrypt a laser weapon system which is the all-time penultimate weapon system component affecting the entire nuclear arsenal, unmanned aerial vehicle (UAV) or drone program, state-of-the-art missile systems, et al, that helped win the Cold War in 1991.

2) the country-first issues uncovered along with CIA Agents Cindy Tsumura, Shirley Tsumura, Suze Tsumura, and Rachel Tsumura of CIA's National Clandestine Service SOCOM Unit, CIA Agents Dawn Grabowski of CIA's National Clandestine Service Special Activities Division, and NSA Room Supervisor Fredericka Whittingham of NSA's Russian Viral Room, Fort Detrick Annex Building, Fort George R. Meade MD, resulting from the illegal extraction and distribution of the unbreakable encryption scheme including the operation of an international Black Market of:
   a) Encryption Schemes,
   b) Rogue Unauthorized Control Room 'Slow-Kill No-Touch' Paradigm such as AI/SIMM GAME CONSOLE ON CENTERPOINT, THINKING CAP ON CENTERPOINT, and NANO-POWERED INTERCONNECT DEVICES, i.e. 'nano-connects',
   c) Psychotronic Balls / Globules,
   d) nano-powered Remote Neural Monitor (RNM) Viewers (contact lens or nano-implant deeply embedded typically in the left eye w/instruction sets capable of comprising a Nuclear Ignition System),
   e) CryoUnits of Bloodlines (human trafficked and stored at GenBase in Saudi Arabia, Gold Base in Hemet CA, WWN in Culver City CA),
   f) Squeeze Bottles (reconstituted sperm from stolen bloodlines), and
   g) up to 120+ Nuclear Suitcases reported to me via psychotronic communication per CIA's Special Activities Division which were implemented and possibly initialized along the coastline of, and within, the United States and in countries around the world.

Lastly, per psychotronic communication from CIA all-inclusive, the following control room locations were detected causal stalking, rogue non-consentually testing, and attempting to 'slow-kill no-touch' assasinate me with the latest rogue unauthorized control room, nuclear-related, and tradecraft technology as of 9 May 2013:

1) SEA ORGANIZATION STATION CONTROL ROOM, 3rd Floor

   --> Patterned in design and capability to a Monarch/New Phoenix program control room, this control room has been involved in heinous rogue non-consensual testing against me and other victims in the Los Angeles area and is located on the 3rd Floor at a SEA ORG Facility at the intersection of Fountain Ave and L. Ron Hubbard Way in Los Angeles CA.
   --> SEA ORGANIZATION member David Euchstad is the rogue HUMINT operative detected by CIA's Special Activities Division to be performing a targeted assasination against me deploying 'NANO ON CENTERPOINT' wearing the latest rogue unauthorized nano-powered Remote Neural Monitor (RNM) Viewer and centerpoint rods.
   --> David Euchstad was truth-roomed by CIA all-inclusive as having been directly involved in handling the $100,000 wire transfer from DCI Porter Goss to Al-Qaeda Operative Mohammed Atta via General Ahmed Mahmoud prior to the 9/11 Terrorist Attacks.
   --> David Euchstad is the half-brother of Operation Paperclip clone and Chairman of the Joint Chiefs of Staff General Martin Dempsey and Erik Prince, CEO of U.S. Training (formerly known as Xe/Blackwater Worldwide).

--> David Euchstad lived on the 3rd floor of the Dracena Palms Apartment building at 2031 Dracena Drive, Los Angeles CA 90027 where I lived from January 2001 to April 2009.

2) SEA ORGANIZATION STATION CONTROL ROOM, 2nd Floor

--> SEA ORGANIZATION member Housmandef Persemenijhad/aka Dr. Stanley Abdacherry, is the rogue HUMINT operative detected by CIA's Special Activities Division.
--> Housmandef Persemenijhad was detected deploying rogue unauthorized 'THINKING CAP ON CENTERPOINT' technology in the control room that was specifically damaging my brain neurons involved in 'natural tradecraft' specifically to PROJECT TEXT, i.e. visualize psychotronic communications to the audio cortex of my brain, upon a flat-colored wall or surface which was displayed on remote neural screens to keep everyone in well-defined INTEL current with ongoing real-time communications to my position.

3) Control room at the Gotti Family residence in Villa Park CA

--> Rogue HUMINT operatives detected by CIA's Special Activities Division were Corporal Steven Gotti of U.S. Training, formerly known as Xe/Blackwater Worldwide, Vincent Gotti Sr, Vincent Gotti, Vincent Gotti Jr, Victoria Gotti, Magyr Manshatta.
--> Vincent Gotti and Vincent Gotti Jr were involved along with Stephen Jensen in the killing of my pre-born in my fiance's womb operating a hand-held microwave dish in a tri-level condo which served as a Bavarian Illuminati hang-out and former CIA safe house located across the street from my apartment along Greenwood Place in the Los Feliz area after the theft of my pre-born's amnioscentesis from Sunset Free Clinic in Silverlake CA for the intent of charging 'lineage-based services' of $1 million and up to 2500 Bavarian Illuminati and Scientology members allowing them to cryogenically procreate with the pre-born's bloodline specifically to the R1 haplogroup.

Members involved:

-Tom Cruise and Kathryn Jensen/aka Katie Holmes (half-sister of Stephen Jensen) --> Baby Suri
-Cindy Lauer (Project Artichoke operative along with Melinda Atta) and Matt Lauer --> Jack Lauer

4) Project Artichoke Control Room #109

--> Rogue HUMINT operative is Leann Anderson wearing a scaleable voice/larynx descrambler capable of grabbing the latest strongest encryption scheme, a nano-powered Remote Neural Monitor (RNM) Viewer (nano-implant deeply embedded in the left eye w/instruction sets comprising a Nuclear Ignition System which is leveraging CIA all-inclusive), and AI/SIMM GAME CONSOLE ON CENTERPOINT clamped onto my brain magnetite along with centerpoint rods used to 'slow-kill no-touch' assasinate me and misencapsulate my HUMINT to misinform others tapped into the psychotronic pipe to reel in the ongoing active engagement.
--> Leann Anderson has a 'fatal position' upon me and facilitates up to 20 other 'fatal positions via Net Centric Warfighter framework with her Remote Neural Monitor (RNM) Viewer.

5) Bush/Scherff Compound in Kennebunkport Maine

--> Bavarian Illuminati and Former Florida Governor Jeb Bush, owner/operator of Scherff Corporation, operates an impenetrable control room at Bush/Scherff Compound which has been causal stalking, conducting rogue non-consentual testing, and 'slow-kill no-touch' assasination against me since the founding of Scherff Corporation primarily to empower itself with the unbreakable encryption scheme and take full control of the Global

    Information Grid and Net Centric Warfighter framework integrated with HUMINT collections stored in ECHELON to commit 'bloodline hunting' and financially benefit from insurance coverage payouts resulting from military crimes committed by other Bavarian Illuminati in coordination with Al-Qaeda operatives including the 9/11 Terrorist Attacks.

    --> Rogue HUMINT operative and ex-CIA Agent Barbara Pierce Bush, owner of Scientology Inc. which manufactures AI/SIMM ON CENTERPOINT and other unnecessary genocide templates for well-defined INTEL and law enforcement, continues to de-clamp and clamp onto the grid section linked to my apartment as well as directly to my brain magnetite with the same rogue tradecraft worn by rogue HUMINT operative Leann Anderson in Project Artichoke control room #109.

    --> Per psychotronic chatter, Jeb Bush and Barbara Pierce Bush claim to have received an executive priviledges from President Barack Obama.

6) White House Control Room #1

--> Bavarian Illuminati and Operation Paperclip-cloned President Barack Obama signed Executive Orders #13865 and #13873 to receive 'gratuity' from former U.S. President George Scherff Jr/aka George H. W. Bush Sr and one of his primary cryogenic creators to maintain centerpoint in the control room clamped onto the brain magnetites of myself, my mother, and other family members to abscond with my family bloodline to coverup the fact his bloodline does not match his Operation Paperclip cloned children.

  --> the past 4 U.S. Presidents have been linked to the Bavarian Illuminati while avoiding Truth Rooms and blood samples in pursuit of New World Order taking 'gratuity' after giving signed approval to Executive Orders and doleing out GRAFT as part of the ROOT CANAL OF THE GRAFT SYSTEM within well-defined INTEL to maintain White House Control Room #1, Project Artichoke, and Monarch control rooms with centerpoints clamped onto the brain magnetites of myself and family members 'cleanly usurping' the 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme affecting the entire nuclear arsenal, drone program, state-of-the-art missile systems, et al, that helped win the Cold War in 1991 and was spilled by Bavarian Illuminati U.S. and Russian Presidents to implement and initialize nuclear suitcases along the coastline, and within, the United States and in other countries around the world subverting 'the fine line' of our military oversight, otherwise known as the Joint Chiefs of Staff.

7) Fort MacDonald Control Room at Lake MacDonald Montana

--> This control room populated Operation Paperclip-cloned, rogue HUMINT operatives is illegally facilitated to the grid sections of my apartment and, at times, directly to my brain magnetite by an impenetrable control room operated by Bavarian Illuminati and former Florida Governor Jeb Bush along with ex-CIA Agent Barbara Pierce Bush.

8) Gold Room control room at Gold Base near Hemet CA

--> The Gold Room control room is populated by SEA ORGANIZATION members who have been causal stalking, rogue non-consentual testing, and 'slow-kill no-touch' assasinating me with the latest rogue unauthorized control room, nuclear-related, and 'tradecraft' technology and weaponry empowered with the next generation of the unbreakable encryption scheme extracted from myself and my pre-born since I lived in an apartment across the street from a tri-level condo inhabited by rogue HUMINT agent Stephen Jensen, working for CIA's National Clandestine Service HUMINT Division and recruiting for Project Artichoke, and owned by rogue NSA Scientist and seance director David George Jensen, working in the Russian Viral Room at National Security Agency within the Fort Detrick Annex Building in Fort George R. Meade Maryland.

  --> Around December 2010, I gathered and reported INTEL regarding the detection and overheating of a W54 nuclear suitcase bomb located in the Gold Room control room which was subsequently moved to a U.S. Training corporate office location in Grandview Prairie Texas for DEFUSING.

--> Led by General Robert Scherff of the Joint Chiefs of Staff Ninth Committee, an illegal black op was conducted by U.S. Training/aka XE/Blackwater Worldwide and SEA ORGANIZATION linked to White House Control Room #1 to target me and abscond with my bloodline that was marked by a 1988 top secret program at Rockwell International as yielding the unbreakable encryption scheme to secure nuclear suitcase bomb offshore from the Bush/Scherff Compound in Kennebunkport Maine and leverage USA-202/Mentor-4/Intruder satellite subverting 'the fine line' of our military oversight, the Joint Chiefs of Staff, during Operation Burnt Frost allowing the Bavarian Illuminati and the Bush/Scherff family to extract and distribute the next generation of unbreakable encryption schemes via rigged conduits within the Global Information Grid and Net Centric Warfighter framework as part of an international Black Market of Encryption Schemes, Nuclear Suitcases, nano-powered Remote Neural Monitor (RNM) Viewers (contact lens or nano-implant deeply embedded in the left eye w/instruction sets comprising a Nuclear Ignition System, MASTER GRID CLAMP, MASTER GRID SWITCH INTERFACE, Genitalia Database, et al), CryoUnits of Bloodlines (human trafficked, stored at GenBase in Saudi Arabia, Gold Base in Hemet CA, and WWN in Culver City CA), and Squeeze Bottles (reconstituted sperm from stolen bloodlines even those subjected to DNA Extraction Techniques from those who died in honor during the War on Terror in Iraq and Afghanistan).

9) Scientology Inc. secret turnstile control room in Los Angeles CA

--> Managed by Scientology co-founder David Miscavige, this secret turnstile control room is located behind the Seance Room in the blue-colored main facility near the intersection of Sunset Ave and Vermont Ave in Los Angeles and is accessible by pulling a book titled, "How To Be A Winner".
 --> This control room is used to steal intellectual property from entertainment industry artists, filmmakers, and musicians as well as conduct rogue non-consensual testing against defense contractors with centerpoints clamping directly onto their brain magnetites and extracting their HUMINT collection before being stored in ECHELON.

10) Scientology Mission Los Feliz control room in Los Angeles CA on Hillhurst Ave near Franklin Ave.

--> This control room is used to steal intellectual property from entertainment industry artists, filmmakers, and musicians as well as conduct rogue non-consensual testing against defense contractors with centerpoints clamping directly onto their brain magnetites and extracting their HUMINT collection before being stored in ECHELON.

11) Scientology/Celebrity Circle control rooms around the country.

--> These control rooms are facilitated by White House Control Room #1 for 'slow-kill no-touch' assasination of TARGETED INDIVIDUALS to abscond with bloodlines of interest.

12) U.S Training Control Rooms in San Francisco CA/Grandview Prairie TX

--> These control rooms are managed by Bavarian Illuminati and Winchester Association member Erik Prince.

This is an ONGOING MILITARY CRIME IN PROGRESS. Militarily-proven with Truth Room By Grid Point technology assessment and NEURON TAGS facilitated by CIA all-inclusive, all the information stated above was either experienced 100% truth and/or heavily inferred without visual definitive via psychotronic communication to the audio cortex of my brain per CIA's Special Activities Division that manages Project Artichoke program control rooms #1 thru #100 and the psychotronic pipe that I've been forced to hear bypassing the ears since January 2001 when I moved into an apartment across the street from Stephen Jensen in a tri-level condo along Greenwood Place in the Los Feliz area of Los Angeles before the 9/11 Terrorist Attacks on New York City and the Pentagon and was subsequently targeted by Project Artichoke, Monarch/New Phoenix, and Targeted Killing programs to coverup the usurpation of that 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme as well as the absconding of my bloodline upon the theft of my pre-born's amnioscentesis in January 2006 and subsequent

killing of my pre-born with a microwave dish in my fiance's womb to populate cryobank partner providers of Scientology, GenBase in Saudi Arabia and WWN in Culver City CA, to charge $1 million and up in service fees to allow 2500 Scientology members, including 1900 OSA Guardians, to cryogenically procreate with the bloodline and obtain the next generation of unbreakable encryption schemes after rogue HUMINT operatives took 'contract money' to populate Project Artichoke program control rooms from Bavarian Illuminati Jeb Bush, Stephen Jensen, Frank Castellano, John Gotti Jr, and Richard Gehlen who received lucrative insurance payouts related to coverage purchased from Leonard Silverstein for the WTC Twin Towers and related buildings as well as stole bank deposits from the United Bank of Switzerland in Zurich owned by other Mafiosi and victims of demolished buildings.

Sincerely,

*[signature]*

Walter Uribe
former Department of Defense / Aerospace Engineer
Hughes Aircraft Company / Rockwell International
with the highest level of security clearances assigned (1983-1993)

---

6301 West Bellfort Street #183
Houston, TX 77035
(832) 374-3612 (cell phone)
wallyuribe@gmail.com

State of Texas           )
                         ) ss
County of  Harris        )

This instrument was acknowledged before me on ___May 9, 2013___(date) by

___Walter Uribe___(name of signer(s))

___[signature]___(Signature of Notary)

VICTORIA JANE MCDONALD
My Commission Expires
August 29, 2013