

CASE NO. 4:13-CV-00774

United States Courts
Southern District of Texas
FILED

MAY 30 2013

David J. Bradley, Clerk of Court

**Wally Uribe**
Saturday

UNITED STATES OF AMERICA ALWAYS FIRST

BREAKING TRADECRAFT: I ran out of time on the library computer yesterday to post on Facebook another heinous act of crime against humanity involving the use of satellite-powered directed energy to shock my brain neuronic activity while asleep in my residence in Houston Texas that was committed by Vincent Gotti operating a control room at the Gotti Family residence in Villa Park California with a centerpoint clamped onto my brain magnetite and coupled with the centerpoint from a control room operated by Bavarian Illuminati and former Florida Governor Jeb Bush, owner/operator of Scherff Corporation, at the Bush/Scherff Compound in Kennebunkport Maine.

Per CIA Agent 'LOYOLA' of CIA's National Clandestine Service Special Activities Division operating the Truth Room By Grid Point machine in Project Artichoke control room #108, my head was first 'showered' with satellite-powered directed energy by Vincent Gotti pointing a 'spectrum analyzer onto centerpoint'. Soon thereafter, my brain neurons were literally SHOCKED after Vincent Gotti poured electrolyte solution into the corresponding head of a centerpoint figurine and abruptly powered up the centerpoint decoupling unit which caused a 'SPARK ACROSS CENTERPOINT' clamped onto my brain magnetite intended to kill me and intentionally cause 'brain death'.

CIA Agent 'LOYOLA' truth-roomed and verified the identity of Vincent Gotti as the criminal complicit taking instruction from John Gotti Jr at his residence in Schenactady New York after an assignment was posted on the assignment board by Jeb Bush to coverup their respective roles in the usurpation of a 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme extracted from satellite which led to the planning and execution of 23+ years of military crimes including the 9/11 Terrorist Attacks.

🔏 Chat (100)



ONGOING MILITARY CRIME IN PROGRESS: Militarily-proven with Truth Room By Grid Point technology assessment and NEURON TAGS facilitated by CIA all-inclusive, all the information stated above was either experienced 100% truth and/or heavily inferred without visual definitive via psychotronic communication to the audio cortex of my brain per CIA's Special Activities Division that manages Project Artichoke program control rooms #1 thru #100 and the psychotronic pipe that I've been forced to hear bypassing the ears since January 2001 when I moved into an apartment across the street from Stephen Jensen in a tri-level condo along Greenwood Place in the Los Feliz area of Los Angeles before the 9/11 Terrorist Attacks on New York City and the Pentagon and was subsequently targeted by Project Artichoke, Monarch/New Phoenix, and Targeted Killing programs to coverup the usurpation of that 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme as well as the absconding of my bloodline upon the theft of my pre-born's amnioscentesis in January 2006 and subsequent killing of my pre-born with a microwave dish in my fiance's womb to populate cryobank partner providers of Scientology, GenBase in Saudi Arabia and WWN in Culver City CA, to charge $1 million and up in service fees to allow 2500 Scientology members, including 1900 OSA Guardians, to cryogenically procreate with the bloodline and obtain the next generation of unbreakable encryption schemes after rogue HUMINT operatives took 'contract money' to populate Project Artichoke program control rooms from Bavarian Illuminati Jeb Bush, Stephen Jensen, Frank Castellano, John Gotti Jr, and Richard Gehlen who received lucrative insurance payouts related to coverage purchased from Leonard Silverstein for the WTC Twin Towers and related buildings as well as stole bank deposits from the United Bank of Switzerland in Zurich owned by other Mafiosi and victims of demolished buildings.

👤● Chat (98)



Like · Comment · Promote · Share      Chat (98)