| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Walter Uribe, §
§
      Plaintiff, §
§
versus § Civil Action H-13-774
§
National Security Agency, et al., §
§
      Defendants. §

## Order

Walter Uribe's motion is denied. (20)

Signed on June 3, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge